**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TICKET POLICY FORUM, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Case No. 26-cv-3577 |

**DECLARATION OF LUCAS C. TOWNSEND IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, Lucas C. Townsend, declare as follows:

1. I am an attorney and am admitted to practice law in the District of Columbia, New York, and New Jersey. I represent Plaintiffs in this matter.

2. I am over the age of eighteen and make this declaration from personal knowledge based on information reviewed and/or referenced herein.

3. This declaration is submitted in support of Plaintiffs' Motion for Preliminary Injunction.

4. Attached as Exhibit A is a true and correct copy of a Committee on Public Works and Operations Committee Report dated June 22, 2026.

5. Attached as Exhibit B is a true and correct copy of the testimony of the Ticket Policy Forum before the Committee on Public Works and Operations dated October 22, 2025.

6. Attached as Exhibit C is a true and correct copy of the testimony of SeatGeek before the Committee on Public Works and Operations dated October 22, 2025.

7. Attached as Exhibit D is a true and correct copy of the testimony of National Consumers League before the Committee on Public Works and Operations dated October 22, 2025.

8. Attached as Exhibit E is a true and correct copy of the testimony of Professor Marianne Jennings submitted in connection with the Committee's public hearing on October 22, 2025.

9. Attached as Exhibit F is a true and correct copy of the testimony of Sports Fans Coalition submitted in connection with the Committee's public hearing on October 22, 2025.

10. Attached as Exhibit G is a true and correct copy of the testimony of Dr. Diana L. Moss, Vice President & Director of Competition Policy, Progressive Policy Institute before the before the Committee on Public Works and Operations dated October 22, 2025.

11. Attached as Exhibit H is a true and correct copy of the testimony of the Southern Christian Leadership Global Policy Initiative before the Committee on Public Works and Operations date November 4, 2025.

12. Attached as Exhibit I is a true and correct copy of the testimony of Get Safe Online before the Committee on Public Works and Operations dated November 5, 2025.

13. Attached as Exhibit J is a true and correct copy of the testimony of Ryan Nicholas, Legislative Director, Office of the Deputy Mayor for Planning and Economic Development, before the Committee on Public Works and Operations dated October 22, 2025.

14. Attached as Exhibit K is a true and correct copy of the testimony of Professor Chris Gowen before the Committee on Public Works and Operations dated October 22, 2025.

15. Attached as Exhibit L is a true and correct copy of the testimony of the Coalition for Ticket Fairness before the Committee on Public Works and Operations dated October 22, 2025.

16. Attached as Exhibit M is a true and correct copy of the testimony of Ashlee Hoagland before the Committee on Public Works and Operations dated October 21, 2025.

17. Attached as Exhibit N is a true and correct copy of the testimony of StubHub before the Committee on Public Works and Operations dated October 22, 2025.

18. Attached as Exhibit O is a true and correct copy of the testimony of Anthony Farah submitted in connection with the Committee's public hearing on October 22, 2025.

19. Attached as Exhibit P is a true and correct copy of the Committee Print dated June 22, 2026.

20. Attached as Exhibit Q is a true and correct copy of an amendment offered by Councilmembers Allen and Henderson to B26-0224 dated June 30, 2026.

21. Attached as Exhibit R is a true and correct copy of an amendment offered by Councilmember Pinto to B26-0224 dated July 13, 2026.

22. Attached as Exhibit S is a true and correct copy of D.C. Law No. L26-0181.

23. Attached as Exhibit T is a true and correct copy of the Racial Equity Impact Assessment, Bill 26-0224, dated December 4, 2025.

24. Attached as Exhibit U is a true and correct copy of the testimony of Kevin Vermillion, Director, Office of Consumer Protection, Office of the Attorney General for the District of Columbia, before the Committee on Public Works and Operations dated October 22, 2025.

25. Attached as Exhibit V is a true and correct copy of the testimony of Fan Alliance submitted in connection with the Committee's public hearing on October 22, 2025.

26. Attached as Exhibit W is a true and correct copy of screenshots that I caused to be taken on October 4, 2026 from the following sources:

a. John Summit Tickets in Washington (Capital One Arena) – Oct 31, 2026 at 7:00pm, SeatGeek (last visited Oct. 4, 2026).[1]

b. John Summit Washington Tickets – Capital One Arena, Oct 31, TickPick (last visited Oct. 4, 2026).[2]

c. John Summit Tickets – Capital One Arena, Washington, DC (Oct. 31, 2026), Vivid Seats (last visited Oct. 4, 2026).[3]

d. John Summit Tickets – Capital One Arena, Washington, DC (Oct. 31, 2026), Vivid Seats (last visited Oct. 4, 2026).[4]

e. John Summit Tickets – Capital One Arena, Washington, D.C. Oct. 31, 2026, Gametime (last visited Oct. 4, 2026).[5]

f. John Summit Tickets – Capital One Arena, Washington, D.C. Oct. 31, 2026, Gametime (last visited Oct. 4, 2026).[6]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2026
Washington, D.C.

*/s/ Lucas C. Townsend*
Lucas C. Townsend

[1] https://seatgeek.com/john-summit-tickets/washington-district-of-columbia-capital-one-arena-2026-10-31-7-pm/concert/18257240?quantity=2.
[2] https://www.tickpick.com/buy-john-summit-tickets-capital-one-arena-10-31-26-7pm/7982948/.
[3] https://www.vividseats.com/john-summit-tickets-washington-capital-one-arena-10-31-2026--concerts-dance-electronica/production/7058776.
[4] https://www.vividseats.com/john-summit-tickets-washington-capital-one-arena-10-31-2026--concerts-dance-electronica/production/7058776?showDetails=VB17412303703&groupId=&qty=2.
[5] https://gametime.co/concert/john-summit-tickets/10-31-2026-washington-dc-capital-one-arena/events/6a0e011daa7d4a7f20d0421d.
[6] https://gametime.co/concert/john-summit-tickets/10-31-2026-washington-dc-capital-one-arena/events/6a0e011daa7d4a7f20d0421d/listings/6aa19bd7ab42f9593a864e3d.