# Exhibit B

TICKET POLICY FORUM

**Testimony of the Ticket Policy Forum**

**DC City Council**

**10-22-25**

Good afternoon, Chairperson and Members of the Council.
My name is Brian Berry, and I am the Executive Director of the Ticket Policy Forum, an organization of the nation's leading and most trusted online ticket marketplaces: StubHub, SeatGeek, Vivid Seats, TickPick, Gametime, and Events Ticket Center.

The Ticket Policy Forum was founded to advocate for our marketplace members, protect fans, and promote real competition in ticketing.

**With The DC RESALE Act - We Agree and We Disagree**

Let me start by saying there are several positive elements in the DC RESALE Act, including refund requirements and transparency provisions, especially if they're aligned with the new federal upfront pricing rules that took effect nationwide in May. Those measures are good for fans and good for fairness.

However, other parts of the bill, while well intended, would have serious unintended consequences. They risk driving out the very marketplaces that have made ticket resale safe, transparent, and consumer-friendly in the District for more than two decades.

Specifically, the transferability provision would effectively give unchecked powers to venues and artists to strip fans of their current rights to use, give away, or resell their tickets as they choose - rights they've already paid taxes on. And the price and fee caps proposed simply won't work. They may sound good in theory, but in practice they distort the market and could create serious enforcement problems for the District. Plus, as proposed, the cap inequitably applies to resale only but not to primary ticketing, which doesn't work. Surely, we can find better, fairer solutions.

**Value of Resale Marketplaces to DC Consumers and the Market**

Here in the District, our marketplace members are proud to have served millions of fans over the past 25 years, making ticket-buying accessible, safe, and competitive.

It was these resale marketplaces that helped move ticket buying from the shady sidewalk exchanges outside the old MCI Center to a secure, regulated, and guaranteed online experience. There is simply no reason for anyone to buy what they hope is a ticket in a parking lot anymore.

Today, fans can browse tickets from their phones, compare prices, and often find better deals without waiting in Ticketmaster's long queues or jumping through special access pre-sale hoops.

And yes - resale tickets can be offered higher than their original price, but just as often they're sold for less. A lot less. In fact, D.C. residents saved millions last year buying tickets through legitimate resale marketplaces. And the taxes they pay when they do add up and are important. I personally bought a $7 ticket for a show at The Anthem…a show where The Anthem's original Ticketmaster price was $70.

TICKET POLICY FORUM

Let's also be clear about market concentration: nearly every major venue in the District - Capital One Arena, The Anthem, Audi Field, Warner Theater, Nationals Park, the 9:30 Club, DAR Constitution Hall and others – they are all under ticketed by Ticketmaster. That's got to be close to 95% of the market, which is already an enormous concentration of power.

**Addressing Concerns About Fraud and Speculative Tickets**

I understand that some local venues have expressed concerns about fake tickets or speculative listings. We share those concerns, and we're already addressing them.
Our member marketplaces agree that deceptive speculative tickets have no place in the system. Listings must either be within constructive possession of the seller or clearly labeled as a procurement service. Likewise, deceptive websites have no place in the system. Those steal business away from our legitimate marketplaces.

The reality is, the best way to keep fraud in check is to support legitimate resale, not by restricting resale or transferability. Every jurisdiction that has tried it has seen fraud skyrocket, because fans lose access to trusted marketplaces and are forced onto unregulated corners of the internet - places like Craigslist, Facebook Marketplace, and social media meetups. That's where people get scammed, robbed, and hurt.

Studies show that in markets with resale restrictions or price caps, fraud rates are nearly four times higher than in those without. Is the District prepared to deal with that kind of increase?

**On Resale Fees and Fairness**

The proposed 10% cap on resale fees also misunderstands how these marketplaces operate.
Unlike Ticketmaster, which profits from the base ticket price and a long list of venue and facility fees, current resale marketplaces fees fund fraud prevention, customer support, order fulfillment, and the guarantees that ensure fans get valid tickets or their money back. These fees aren't excessive - they're essential to keeping the system safe and fair.

**Marketplaces Pay Millions in Taxes Annually to the District**

Let's also talk about fairness. Our members pay millions of dollars in taxes to the District every year, directly supporting local programs and services. In return, we're asking for a level playing field - for our businesses and for our fans. The impact of this flawed proposed bill will have a profound fiscal impact on the District.

Neighboring jurisdictions in the DMV have already faced these same questions. Both Virginia and Maryland chose to protect transfer rights, not impose caps. Virginia passed a law ensuring fans can use or transfer their tickets freely, and Maryland rejected proposals for price and fee caps after realizing they'd harm consumers. D.C. shouldn't go the other way. We've seen this movie before and it doesn't end well for fans.

TICKET POLICY FORUM

**Conclusion**

In closing, our goal is not to oppose the Council's intent. We support consumer protection, and we agree that ticketing should work better for fans. But as currently written, this bill risks pushing out safe, regulated marketplaces and driving resale back underground - to the very places where fraud thrives.

That would hurt competition, reduce consumer choice, and ultimately benefit only one company: Ticketmaster. Further, a closer look reveals that most events particularly at smaller and mid-size venues are not selling out, and that for most shows there are tickets still available at the original price even at show time. So despite the acts of choreographed storytelling at this hearing, I believe this type of market intervention is neither urgent nor needed.

We are proud of the role our marketplaces have played in making live events more accessible and safe for the District's fans.

In meetings some of your offices have indicated a willingness to repair this bill, which we appreciate. We stand ready to work with you to amend this bill and craft a better policy that protects consumers, promotes transparency, and keeps D.C.'s ticket market open and fair.

Thank you for your time.