# Exhibit C

SEAT GEEK

**JOE FREEMAN**
**VICE PRESIDENT, GOVERNMENT RELATIONS**
**SEATGEEK**
**OCTOBER 22, 2025 D.C. COUNCIL TESTIMONY**
**COMMITTEE ON PUBLIC WORKS AND OPERATIONS**
**B26-0224**
**"RESTRICTING EGREGIOUS SCALPING AGAINST LIVE ENTERTAINMENT (RESALE) AMENDMENT ACT OF 2025"**

Good morning Chair Nadeau, Council Member Allen and Members of the Committee. My name is Joe Freeman and I am the Vice President of Government Relations for SeatGeek. We greatly appreciate the Committee's and Councilmember Allen's interest in strengthening consumer protection in live event ticketing, as well as the opportunity to offer testimony today. We are here to testify in respectful opposition to B26-0224 as introduced, unless the bill is amended.

## 1. INTRO TO SEATGEEK

SeatGeek is deeply committed to a consumer-friendly ticketing industry, and we ardently support and urge Members of the Council to adopt well-informed policies that help fans, embrace consumer choice and fair competition, and reflect modern technology and market realities. We also want local venues of all sizes to flourish: smaller independent venues and the artists they host are a critical and cherished part of the live entertainment ecosystem.

SeatGeek was founded in 2009 by a few friends frustrated by the lack of innovation in ticketing and the challenges of purchasing a ticket to live events. They still run the company, and our mission remains building the most consumer-friendly ticketing platform on earth. SeatGeek started as a ticketing search engine and then evolved into a resale ticketing marketplace. By 2016, SeatGeek's founders recognized that it was not possible to impact the ticketing experience the way they had hoped without working directly with teams and venues as their primary ticketing platform. As a result, the company decided to move into primary ticketing, attempting to compete directly with the dominant incumbent, Live Nation-Ticketmaster, for relationships with major venues in the US market.

Today, SeatGeek offers both primary ticketing (direct sales from teams and venues) and secondary ticketing (resale) services. We serve as the ticketing partner for six National Football League (NFL) teams, including the Washington Commanders, Baltimore Ravens and Dallas Cowboys, as well as three NBA teams, two NHL teams and nine Major League Soccer clubs. We are also the Official Ticket Marketplace of Major League Baseball (MLB), providing season ticket holders for all 30 MLB teams, including the Nationals and the Orioles, with a convenient and safe way to resell their tickets for games they cannot attend. And we are the official ticket marketplace for the University of Maryland Terrapins.

SEAT GEEK

Through our various industry partnerships, we are deeply invested in the health, vitality and growth of the live entertainment industry in the District of Columbia and the entire DMV. We have collected and remitted several million dollars of taxes here in the District over the last few years. And we cannot wait for the Commanders to return to the District and the transformed RFK Stadium to begin hosting dozens of non-sporting events starting in 2030. We are excited to see the District reach its promise of becoming the true live entertainment capital of the nation, and we hope to grow in the District as well for many years to come.

## 2. PRIMARY TICKETING IN D.C. AND ACROSS THE U.S. IS ANTI-COMPETITIVE AND DOMINATED BY TICKETMASTER

While we are thankful our product- and technology-driven approach has resonated with venues, teams, and fans, we continue to witness firsthand the chilling effects of Live Nation-Ticketmaster's anticompetitive behavior across the entire live entertainment industry. Live Nation-Ticketmaster's control of live entertainment ticketing is nowhere more pronounced than here in the District, where it controls ticketing for IMP concert venues like The Anthem and 9:30 Club; concerts, Caps, and Wizards games at the Capital One Center; and all events at Audi Field, including concerts and DC United and Washington Spirit matches.

We were therefore deeply grateful last year when the DC Attorney General's office, along with 39 State Attorneys General and the United States Department of Justice, filed a civil antitrust case against Live Nation-Ticketmaster, alleging a broad pattern of unfair and anticompetitive conduct across not just live event ticketing but virtually every aspect of the live entertainment industry. We respectfully urge Council members to review the allegations brought by AG Schwalb, USDOJ and the other AG plaintiffs to understand more fully the broad and systemic issues facing our industry and that we wish were underlying the bill before you today. The Live Nation-Ticketmaster antitrust case is set to go to trial in early March, and I want to thank AG Schwalb and his office for their leadership in that matter and beyond in working to protect fans looking to purchase tickets to live events in the District.

Also, last month the FTC and seven state AGs, including two Democratic state attorneys general, brought a far reaching lawsuit focused on Ticketmaster's historic deceptive pricing practices, violations of the federal BOTS Act, and apparent collusion with ticket brokers despite protestations to the contrary.

That Live Nation-Ticketmaster supports this legislation should tell you a lot - they know full well it would further entrench their dominance of D.C. live event ticketing.

## 3. THE RESALE AMENDMENT ACT NEEDS AMENDING

We respectfully submit that while the RESALE Amendment Act is undoubtedly well-intentioned, its current draft includes provisions that if enacted will be extremely harmful to the public, the industry and to fair competition. Its provisions will reduce if not eliminate consumer choice,

SEAT GEEK

shatter competition, and harm fans by precluding access to lower-priced tickets. Cases of fraud will spike dramatically. If the Bill passes in anything resembling its current form, fans will lose and Ticketmaster will score a huge win.

**Price controls are not the answer. The evidence is overwhelming that price controls don't work, are harmful, and will make the problems with ticketing far worse.**

Price controls are a major component of this bill. They are a misguided and damaging approach to protecting fans. You simply cannot legislate away consumer demand or wish away the laws of supply and demand. While price controls may sound like a consumer-friendly panacea to rising costs, the evidence is overwhelming that imposing price or fee caps on ticket sales is very harmful to consumers. As in countless other industries, supply and demand determine the pricing of live event tickets. Just as seasonal fluctuations in prices for flights to popular vacation destinations vary considerably, or hotel prices here in the District fluctuate depending on whether Congress is in session or there is a large convention in town, live event tickets fluctuate in price depending on supply and demand. It is usually the case that consumers shopping on resale platforms have access to tickets priced below their initial face price. And on the rare occasions that an extremely popular, high-demand artist like Taylor Swift comes to town, you cannot simply legislate away high or even astronomical levels of consumer demand. Resale, when done right, is part of the solution. It provides fans access to trustworthy and secure marketplaces. When fans are determined to attend an event, they will find a way to get tickets. If they have to, they will find a way to buy the tickets they want, going to unsafe sites without protections like Craigslist or Facebook Marketplace, or from someone on a street corner or back alley near the venue. Providing a reliable resale marketplace is vastly better than forcing fans back onto outdated, risky environments where ticket availability is scarce and scams and fraud are rampant.

You will doubtlessly be hearing a lot today from the Bill's supporters about the State of Maine and how its recently enacted ticketing law apparently created a wonderful example for the District to follow. But I don't think you will be hearing much today from any of its supporters about the Commonwealth of Massachusetts, which almost one year ago rescinded its 100-plus year old resale price cap law.

You will also be hearing today about how various other countries have led the way by legislating price caps. But other witnesses will also speak to the astronomically high levels of scams and ticket fraud in places like Ireland and Australia where price controls like those being proposed today exist and all market-priced resale is forbidden. In our written materials we provide an avalanche of data showing how overseas fans are to a shocking extent the victims of scams and ticket fraud, almost entirely because they have no access to reliable platforms like SeatGeek and instead have to try and buy tickets on platforms like Craigslist or Facebook marketplace with no protections in place.

SEAT GEEK

**Fee caps are another form of misguided and harmful price controls**.

The FTC all-in-pricing rule that came into effect on May 12. It is truly bipartisan. It was championed under the Biden Administration by former FTC Chair Lina Khan, and has been launched with much fanfare and to great effect under the current FTC leadership. All indications over the last five months are that it has been a resounding success. Fans are now rightly focused on the total amount they will pay for a ticket, not on what percentage of the total price they are paying goes to the company they are considering purchasing tickets from. Live event ticketing has to get past the toxic legacy Ticketmaster created, especially the anti-consumer model of drip pricing and junk fees it introduced a generation ago and inflicted upon fans for decades.

Our fees are legitimate and fair. They are the result of intense competition amongst multiple resale platforms. There is no similar competitive pressure on Ticketmaster's primary fees, and not surprisingly no such provision is included in the Bill.

Our fees allow us to (i) aggressively fight fraud (ii) provide an industry-leading fan Buyer Guarantee, (iii) battle against bots when we launch high-demand onsales, (iv) provide superior customer service, and (v) develop more cutting-edge, fan-friendly technologies that distinguish our product and allow us to compete against Ticketmaster.

Indeed, there are few if any other industries in which prices and margins are broken down or capped as is being proposed today. It makes no sense to do so here. Costs will still be passed on to fans, and companies like ours trying to innovate and build better products will lose.

It should not surprise you that Ticketmaster has come out in support of capping resale prices. They know that if you impose price controls they still control not only the primary ticketing at the venue but also the concert promotion and very often the artist management side of the business as well. So if you impose price controls fans will lose and Ticketmaster will score a huge win.

**Restrictions on Ticket Transferability Will Only Further Entrench the Live Nation-Ticketmaster Monopoly, Result in Less Consumer Choice, and Fewer Opportunities to Access Less Expensive Tickets.**

The Bill aims to restrict when tickets can be transferred or resold, leaving it to the discretion of the event provider which in the District is almost always - you guessed it - Ticketmaster or its parent Live Nation.

It cannot be stressed enough that resale often results in ***lower prices*** for fans. A comprehensive study published by the American Consumer Institute in June 2024 found that, of 80,000 live events sampled, 55% had tickets listed for below "face value." Consumers regularly benefit and save considerable sums ***because they have options that did not previously***

SEAT GEEK

***exist***, namely the opportunity to purchase tickets at a price they are willing to pay (above or below the initial price) on a reliable and secure resale marketplace. This very often includes tickets for shows where demand fails to meet supply and resale prices fall well below the initial price of the ticket. For example, tickets for the Beyoncé Cowboy Carter tour earlier this year could be had on the day of show for as low as $30 on SeatGeek in some cities. You could get in to see Paul McCartney for that much in Minneapolis a few weeks ago. Examples abound.

Where it can get away with it, Ticketmaster will very happily put in place a high-profile "face price only exchange" for concert tickets and preclude sales on other platforms. Pearl Jam ironically is a prime example of a band they love to do this for. But of course they not only install a price cap ***but also a price floor*** and thereby restrict fans from accessing potentially lower-cost tickets.

It must also be mentioned that Ticketmaster's goal of controlling or eliminating resale, and growing their own business, is not hypothetical. It is laid out explicitly in internal Ticketmaster emails cited in AG Schwalb's antitrust Complaint, where Ticketmaster has for years sought to restrict ticket transferability as a means of dominating resale just as it has primary ticketing.

By contrast, six states including Virginia have enacted laws requiring that tickets be transferable. In states where these laws do not exist, fans are susceptible to missing out on the opportunity to purchase lower-priced tickets for events where demand turns out to be less than expected. Again, the Live Nation-Ticketmaster-driven "Face Value Exchange" imposes an artificial *price floor* on resale tickets, depriving many fans of the chance to access tickets at a lower price when demand fails to meet expectations (as it regularly does for certain tickets to a very significant number of shows). In one recent example, a few days before two Pearl Jam concerts last summer at Wrigley Field in Illinois (one of the six aforementioned states where transferability is protected), tickets were available for as little as $40, well below their initial price. When Pearl Jam came to the CFG Bank Arena in downtown Baltimore a few weeks later, where no such protections were in place, ticket supply was scarce and prices were expensive. Again, we'll be providing background information for this in our written submission.

So if you take away or restrict ticket transferability, you will also be taking away fans' ability to find low-priced tickets to a significant majority of events, including concerts. Fans will lose, Ticketmaster will again score a huge win.

**Onerous and Unnecessary Regulatory Burdens Like Those in the Bill Will Drive Reliable Resale Platforms Like SeatGeek Out of the District**.

Lastly, it is hard to consider the regulatory and registration requirements being proposed in the Bill as anything other than death by regulation. These proposals seem specifically designed to shatter all competition and put legitimate, tax-paying resale platforms like SeatGeek, who strive to provide superior value and customer service while competing to the extent possible with Live Nation-Ticketmaster, completely out of business. We want to continue serving District residents'

SEAT GEEK

ticketing needs at the high levels we have been doing also while continuing to be a responsible part of the D.C. live entertainment ecosystem. If we cannot, it will be a big loss for fans and a huge win for Ticketmaster.

## 4. A "SOLD-OUT" CONCERT AT THE CAPITAL ONE CENTER TOMORROW NIGHT, OCTOBER 23, PERFECTLY ILLUSTRATES THESE POINTS

I could not have conjured up a better or clearer example of how important consumer choice and fan access to lower-priced tickets can be than a concert taking place tomorrow night here in D.C. at the Capital One Center. Until last week I had never heard of the young Icelandic cellist named Laufey, but my 20-something year-old nephew in California told his elderly Uncle (yours truly) that she is the next big deal and an incredibly great jazz and classical artist. He also told me that since I'm in D.C. this week, I'd be crazy to not try and grab a ticket at the last minute.

On the Ticketmaster site, as seen in the screenshot below, as of last Friday there were just a handful of primary tickets remaining. And they were not cheap, with a couple just behind or adjacent to the stage priced at $200 and two listings of "Official Platinum" tickets, on the floor just behind the pit, listed below $400:




Screenshot: October 17, 2025

SEAT GEEK

Then I checked the box to enable the Ticketmaster resale listings and, as indicated in light and dark blue below, there was a large amount of available inventory across the entire arena, including in the lower-priced upper bowl (with tickets apparently available for as low as $93):




Screenshot: October 17, 2025

SEAT GEEK

When I checked back the very next day, however, there were no longer any primary tickets available on Ticketmaster:




Screenshot: October 18, 2025

SEAT GEEK

But there were a lot of tickets available when I then enabled Ticketmaster to include resale listings. And, when I was checking, there were all upper-bowl tickets.




Screenshot: October 18, 2025

SEAT GEEK

But throughout my search, SeatGeek offered far more choices and better access to lower-cost tickets. This was particularly true since I was a last-minute shopper. Not only were there more listings to choose from on SeatGeek, but there were dozens of tickets to choose from that were much cheaper than the choices on Ticketmaster, primary or resale, including some as low as $82 or $83.




Screenshots: October 18, 2025

## 5. THE PATH FORWARD

There is a far better pro-consumer and pro-competition path forward. Other states, including Minnesota and Maryland, have looked closely at these issues as recently as last year and in our view largely got it right. In 2024, Maryland legislators passed and Governor Moore signed into law a bill that among other things prohibits (i) speculative ticketing and (ii) misleading URLs and other practices meant to confuse purchasers into thinking they are buying directly from the venue box office when they were not, while mandating (iii) listing of tickets by seat number (where not General Admission), (iv) displaying the full, all-in-price from the first time a price is displayed, (v) robust anti-bots protections, and (vi) reasonable refund requirements. There are

SEAT GEEK

portions of the Bill that constructively address these issues, and we believe with appropriate amendments there is a very strong path forward for emulating the good work in protecting fans and competition similar to what Minnesota and Maryland have done in these areas.

But it is important to note that legislators in both Maryland and Minnesota looked very closely at imposing price caps almost identical to the ones being proposed here today. Your counterparts in those states considered the same arguments and information and, mindful of the negative impact on consumers and further entrenching Ticketmaster, stepped back from the abyss. I respectfully request that you in your consideration of these matters do the same.

**6. CONCLUSION**

When resale is done right on trusted and reliable marketplaces like SeatGeek, it is part of the solution. This is especially the case with the recent FTC rule bringing all-in-pricing nationwide and the prospect of a transformative legal case going to trial in under five months. Resale done right gives consumers flexibility and choice and, very often, access to lower-priced tickets. Price controls that violate the elementary laws of supply and demand are simply not the answer.

SeatGeek wants fans, venues and the artists they love to have a ticketing industry free of monopolies and misguided regulations that restrict choice and fail to protect fans. We sincerely appreciate the opportunity to testify in respectful opposition to B26-0224 as introduced, and we welcome the chance to work with the Committee on potential amendments.

For further background, we are also appending to this written testimony recent comments we have submitted to the federal government as well as to Maryland Attorney General Anthony Brown's office.

I am happy to answer any questions you may have.

SEAT GEEK

**JOE FREEMAN**
**VICE PRESIDENT, GOVERNMENT RELATIONS**
**SEATGEEK**
**OCTOBER 22, 2025 D.C. COUNCIL TESTIMONY**
**COMMITTEE ON PUBLIC WORKS AND OPERATIONS**
**B26-0224**
**"RESTRICTING EGREGIOUS SCALPING AGAINST LIVE ENTERTAINMENT (RESALE) AMENDMENT ACT OF 2025"**

Good morning Chair Nadeau, Council Member Allen and Members of the Committee. My name is Joe Freeman and I am the Vice President of Government Relations for SeatGeek. We greatly appreciate the Committee's and Councilmember Allen's interest in strengthening consumer protection in live event ticketing, as well as the opportunity to offer testimony today. We are here to testify in respectful opposition to B26-0224 as introduced, unless the bill is amended.

## 1. INTRO TO SEATGEEK

SeatGeek is deeply committed to a consumer-friendly ticketing industry, and we ardently support and urge Members of the Council to adopt well-informed policies that help fans, embrace consumer choice and fair competition, and reflect modern technology and market realities. We also want local venues of all sizes to flourish: smaller independent venues and the artists they host are a critical and cherished part of the live entertainment ecosystem.

SeatGeek was founded in 2009 by a few friends frustrated by the lack of innovation in ticketing and the challenges of purchasing a ticket to live events. They still run the company, and our mission remains building the most consumer-friendly ticketing platform on earth. SeatGeek started as a ticketing search engine and then evolved into a resale ticketing marketplace. By 2016, SeatGeek's founders recognized that it was not possible to impact the ticketing experience the way they had hoped without working directly with teams and venues as their primary ticketing platform. As a result, the company decided to move into primary ticketing, attempting to compete directly with the dominant incumbent, Live Nation-Ticketmaster, for relationships with major venues in the US market.

Today, SeatGeek offers both primary ticketing (direct sales from teams and venues) and secondary ticketing (resale) services. We serve as the ticketing partner for six National Football League (NFL) teams, including the Washington Commanders, Baltimore Ravens and Dallas Cowboys, as well as three NBA teams, two NHL teams and nine Major League Soccer clubs. We are also the Official Ticket Marketplace of Major League Baseball (MLB), providing season ticket holders for all 30 MLB teams, including the Nationals and the Orioles, with a convenient and safe way to resell their tickets for games they cannot attend. And we are the official ticket marketplace for the University of Maryland Terrapins.

SEAT GEEK

Through our various industry partnerships, we are deeply invested in the health, vitality and growth of the live entertainment industry in the District of Columbia and the entire DMV. We have collected and remitted several million dollars of taxes here in the District over the last few years. And we cannot wait for the Commanders to return to the District and the transformed RFK Stadium to begin hosting dozens of non-sporting events starting in 2030. We are excited to see the District reach its promise of becoming the true live entertainment capital of the nation, and we hope to grow in the District as well for many years to come.

## 2. PRIMARY TICKETING IN D.C. AND ACROSS THE U.S. IS ANTI-COMPETITIVE AND DOMINATED BY TICKETMASTER

While we are thankful our product- and technology-driven approach has resonated with venues, teams, and fans, we continue to witness firsthand the chilling effects of Live Nation-Ticketmaster's anticompetitive behavior across the entire live entertainment industry. Live Nation-Ticketmaster's control of live entertainment ticketing is nowhere more pronounced than here in the District, where it controls ticketing for IMP concert venues like The Anthem and 9:30 Club; concerts, Caps, and Wizards games at the Capital One Center; and all events at Audi Field, including concerts and DC United and Washington Spirit matches.

We were therefore deeply grateful last year when the DC Attorney General's office, along with 39 State Attorneys General and the United States Department of Justice, filed a civil antitrust case against Live Nation-Ticketmaster, alleging a broad pattern of unfair and anticompetitive conduct across not just live event ticketing but virtually every aspect of the live entertainment industry. We respectfully urge Council members to review the allegations brought by AG Schwalb, USDOJ and the other AG plaintiffs to understand more fully the broad and systemic issues facing our industry and that we wish were underlying the bill before you today. The Live Nation-Ticketmaster antitrust case is set to go to trial in early March, and I want to thank AG Schwalb and his office for their leadership in that matter and beyond in working to protect fans looking to purchase tickets to live events in the District.

Also, last month the FTC and seven state AGs, including two Democratic state attorneys general, brought a far reaching lawsuit focused on Ticketmaster's historic deceptive pricing practices, violations of the federal BOTS Act, and apparent collusion with ticket brokers despite protestations to the contrary.

That Live Nation-Ticketmaster supports this legislation should tell you a lot - they know full well it would further entrench their dominance of D.C. live event ticketing.

## 3. THE RESALE AMENDMENT ACT NEEDS AMENDING

We respectfully submit that while the RESALE Amendment Act is undoubtedly well-intentioned, its current draft includes provisions that if enacted will be extremely harmful to the public, the industry and to fair competition. Its provisions will reduce if not eliminate consumer choice,

SEAT GEEK

shatter competition, and harm fans by precluding access to lower-priced tickets. Cases of fraud will spike dramatically. If the Bill passes in anything resembling its current form, fans will lose and Ticketmaster will score a huge win.

**Price controls are not the answer. The evidence is overwhelming that price controls don't work, are harmful, and will make the problems with ticketing far worse.**

Price controls are a major component of this bill. They are a misguided and damaging approach to protecting fans. You simply cannot legislate away consumer demand or wish away the laws of supply and demand. While price controls may sound like a consumer-friendly panacea to rising costs, the evidence is overwhelming that imposing price or fee caps on ticket sales is very harmful to consumers. As in countless other industries, supply and demand determine the pricing of live event tickets. Just as seasonal fluctuations in prices for flights to popular vacation destinations vary considerably, or hotel prices here in the District fluctuate depending on whether Congress is in session or there is a large convention in town, live event tickets fluctuate in price depending on supply and demand. It is usually the case that consumers shopping on resale platforms have access to tickets priced below their initial face price. And on the rare occasions that an extremely popular, high-demand artist like Taylor Swift comes to town, you cannot simply legislate away high or even astronomical levels of consumer demand. Resale, when done right, is part of the solution. It provides fans access to trustworthy and secure marketplaces. When fans are determined to attend an event, they will find a way to get tickets. If they have to, they will find a way to buy the tickets they want, going to unsafe sites without protections like Craigslist or Facebook Marketplace, or from someone on a street corner or back alley near the venue. Providing a reliable resale marketplace is vastly better than forcing fans back onto outdated, risky environments where ticket availability is scarce and scams and fraud are rampant.

You will doubtlessly be hearing a lot today from the Bill's supporters about the State of Maine and how its recently enacted ticketing law apparently created a wonderful example for the District to follow. But I don't think you will be hearing much today from any of its supporters about the Commonwealth of Massachusetts, which almost one year ago rescinded its 100-plus year old resale price cap law.

You will also be hearing today about how various other countries have led the way by legislating price caps. But other witnesses will also speak to the astronomically high levels of scams and ticket fraud in places like Ireland and Australia where price controls like those being proposed today exist and all market-priced resale is forbidden. In our written materials we provide an avalanche of data showing how overseas fans are to a shocking extent the victims of scams and ticket fraud, almost entirely because they have no access to reliable platforms like SeatGeek and instead have to try and buy tickets on platforms like Craigslist or Facebook marketplace with no protections in place.

SEAT GEEK

**Fee caps are another form of misguided and harmful price controls**.

The FTC all-in-pricing rule that came into effect on May 12. It is truly bipartisan. It was championed under the Biden Administration by former FTC Chair Lina Khan, and has been launched with much fanfare and to great effect under the current FTC leadership. All indications over the last five months are that it has been a resounding success. Fans are now rightly focused on the total amount they will pay for a ticket, not on what percentage of the total price they are paying goes to the company they are considering purchasing tickets from. Live event ticketing has to get past the toxic legacy Ticketmaster created, especially the anti-consumer model of drip pricing and junk fees it introduced a generation ago and inflicted upon fans for decades.

Our fees are legitimate and fair. They are the result of intense competition amongst multiple resale platforms. There is no similar competitive pressure on Ticketmaster's primary fees, and not surprisingly no such provision is included in the Bill.

Our fees allow us to (i) aggressively fight fraud (ii) provide an industry-leading fan Buyer Guarantee, (iii) battle against bots when we launch high-demand onsales, (iv) provide superior customer service, and (v) develop more cutting-edge, fan-friendly technologies that distinguish our product and allow us to compete against Ticketmaster.

Indeed, there are few if any other industries in which prices and margins are broken down or capped as is being proposed today. It makes no sense to do so here. Costs will still be passed on to fans, and companies like ours trying to innovate and build better products will lose.

It should not surprise you that Ticketmaster has come out in support of capping resale prices. They know that if you impose price controls they still control not only the primary ticketing at the venue but also the concert promotion and very often the artist management side of the business as well. So if you impose price controls fans will lose and Ticketmaster will score a huge win.

**Restrictions on Ticket Transferability Will Only Further Entrench the Live Nation-Ticketmaster Monopoly, Result in Less Consumer Choice, and Fewer Opportunities to Access Less Expensive Tickets.**

The Bill aims to restrict when tickets can be transferred or resold, leaving it to the discretion of the event provider which in the District is almost always - you guessed it - Ticketmaster or its parent Live Nation.

It cannot be stressed enough that resale often results in ***lower prices*** for fans. A comprehensive study published by the American Consumer Institute in June 2024 found that, of 80,000 live events sampled, 55% had tickets listed for below "face value." Consumers regularly benefit and save considerable sums ***because they have options that did not previously***

SEAT GEEK

***exist***, namely the opportunity to purchase tickets at a price they are willing to pay (above or below the initial price) on a reliable and secure resale marketplace. This very often includes tickets for shows where demand fails to meet supply and resale prices fall well below the initial price of the ticket. For example, tickets for the Beyoncé Cowboy Carter tour earlier this year could be had on the day of show for as low as $30 on SeatGeek in some cities. You could get in to see Paul McCartney for that much in Minneapolis a few weeks ago. Examples abound.

Where it can get away with it, Ticketmaster will very happily put in place a high-profile "face price only exchange" for concert tickets and preclude sales on other platforms. Pearl Jam ironically is a prime example of a band they love to do this for. But of course they not only install a price cap ***but also a price floor*** and thereby restrict fans from accessing potentially lower-cost tickets.

It must also be mentioned that Ticketmaster's goal of controlling or eliminating resale, and growing their own business, is not hypothetical. It is laid out explicitly in internal Ticketmaster emails cited in AG Schwalb's antitrust Complaint, where Ticketmaster has for years sought to restrict ticket transferability as a means of dominating resale just as it has primary ticketing.

By contrast, six states including Virginia have enacted laws requiring that tickets be transferable. In states where these laws do not exist, fans are susceptible to missing out on the opportunity to purchase lower-priced tickets for events where demand turns out to be less than expected. Again, the Live Nation-Ticketmaster-driven "Face Value Exchange" imposes an artificial *price floor* on resale tickets, depriving many fans of the chance to access tickets at a lower price when demand fails to meet expectations (as it regularly does for certain tickets to a very significant number of shows). In one recent example, a few days before two Pearl Jam concerts last summer at Wrigley Field in Illinois (one of the six aforementioned states where transferability is protected), tickets were available for as little as $40, well below their initial price. When Pearl Jam came to the CFG Bank Arena in downtown Baltimore a few weeks later, where no such protections were in place, ticket supply was scarce and prices were expensive. Again, we'll be providing background information for this in our written submission.

So if you take away or restrict ticket transferability, you will also be taking away fans' ability to find low-priced tickets to a significant majority of events, including concerts. Fans will lose, Ticketmaster will again score a huge win.

**Onerous and Unnecessary Regulatory Burdens Like Those in the Bill Will Drive Reliable Resale Platforms Like SeatGeek Out of the District**.

Lastly, it is hard to consider the regulatory and registration requirements being proposed in the Bill as anything other than death by regulation. These proposals seem specifically designed to shatter all competition and put legitimate, tax-paying resale platforms like SeatGeek, who strive to provide superior value and customer service while competing to the extent possible with Live Nation-Ticketmaster, completely out of business. We want to continue serving District residents'

SEAT GEEK

ticketing needs at the high levels we have been doing also while continuing to be a responsible part of the D.C. live entertainment ecosystem. If we cannot, it will be a big loss for fans and a huge win for Ticketmaster.

## 4. A "SOLD-OUT" CONCERT AT THE CAPITAL ONE CENTER TOMORROW NIGHT, OCTOBER 23, PERFECTLY ILLUSTRATES THESE POINTS

I could not have conjured up a better or clearer example of how important consumer choice and fan access to lower-priced tickets can be than a concert taking place tomorrow night here in D.C. at the Capital One Center. Until last week I had never heard of the young Icelandic cellist named Laufey, but my 20-something year-old nephew in California told his elderly Uncle (yours truly) that she is the next big deal and an incredibly great jazz and classical artist. He also told me that since I'm in D.C. this week, I'd be crazy to not try and grab a ticket at the last minute.

On the Ticketmaster site, as seen in the screenshot below, as of last Friday there were just a handful of primary tickets remaining. And they were not cheap, with a couple just behind or adjacent to the stage priced at $200 and two listings of "Official Platinum" tickets, on the floor just behind the pit, listed below $400:




Screenshot: October 17, 2025

SEAT GEEK

Then I checked the box to enable the Ticketmaster resale listings and, as indicated in light and dark blue below, there was a large amount of available inventory across the entire arena, including in the lower-priced upper bowl (with tickets apparently available for as low as $93):




Screenshot: October 17, 2025

SEAT GEEK

When I checked back the very next day, however, there were no longer any primary tickets available on Ticketmaster:




Screenshot: October 18, 2025

SEAT GEEK

But there were a lot of tickets available when I then enabled Ticketmaster to include resale listings. And, when I was checking, there were all upper-bowl tickets.




Screenshot: October 18, 2025

SEAT GEEK

But throughout my search, SeatGeek offered far more choices and better access to lower-cost tickets. This was particularly true since I was a last-minute shopper. Not only were there more listings to choose from on SeatGeek, but there were dozens of tickets to choose from that were much cheaper than the choices on Ticketmaster, primary or resale, including some as low as $82 or $83.




Screenshots: October 18, 2025

## 5. THE PATH FORWARD

There is a far better pro-consumer and pro-competition path forward. Other states, including Minnesota and Maryland, have looked closely at these issues as recently as last year and in our view largely got it right. In 2024, Maryland legislators passed and Governor Moore signed into law a bill that among other things prohibits (i) speculative ticketing and (ii) misleading URLs and other practices meant to confuse purchasers into thinking they are buying directly from the venue box office when they were not, while mandating (iii) listing of tickets by seat number (where not General Admission), (iv) displaying the full, all-in-price from the first time a price is displayed, (v) robust anti-bots protections, and (vi) reasonable refund requirements. There are

SEAT GEEK

portions of the Bill that constructively address these issues, and we believe with appropriate amendments there is a very strong path forward for emulating the good work in protecting fans and competition similar to what Minnesota and Maryland have done in these areas.

But it is important to note that legislators in both Maryland and Minnesota looked very closely at imposing price caps almost identical to the ones being proposed here today. Your counterparts in those states considered the same arguments and information and, mindful of the negative impact on consumers and further entrenching Ticketmaster, stepped back from the abyss. I respectfully request that you in your consideration of these matters do the same.

## 6. CONCLUSION

When resale is done right on trusted and reliable marketplaces like SeatGeek, it is part of the solution. This is especially the case with the recent FTC rule bringing all-in-pricing nationwide and the prospect of a transformative legal case going to trial in under five months. Resale done right gives consumers flexibility and choice and, very often, access to lower-priced tickets. Price controls that violate the elementary laws of supply and demand are simply not the answer.

SeatGeek over just the last few years has collected and remitted millions of dollars in taxes to the District. It is also worth stressing that since the beginning of 2023 only 11% of fans who have purchased tickets on SeatGeek for events taking place in the District have had D.C. billing addresses. 56% were from Maryland or Virginia. Fully one-third have been from outside the DMV region. Simply stated, SeatGeek helps bring significant revenue into the District that would not otherwise be captured (as do our rival ticketing platforms).

SeatGeek wants fans, venues and the artists they love to have a ticketing industry free of monopolies and misguided regulations that restrict choice and fail to protect fans. We sincerely appreciate the opportunity to testify in respectful opposition to B26-0224 as introduced, and we welcome the chance to work with the Committee on potential amendments.

For further background, we are also appending to this written testimony recent comments we have submitted to the federal government as well as to Maryland Attorney General Anthony Brown's office.

I am happy to answer any questions you may have.

SEAT GEEK

# SeatGeek, Inc. Response to Request for Comments on

# UNFAIR AND ANTICOMPETITIVE PRACTICES IN LIVE TICKETING

## Docket No. ATR-2025-0002

**July 2025**

## Table of Contents


**A. Introduction......1**

**B. SeatGeek......1**

**C. Strong Structural Remedies in the Live Nation-Ticketmaster Antitrust Case Are The Most Important Way to Protect Fans and Artists...... 2**

Background: The Obama Administration Allows a Problematic Merger to Proceed...... 2

The Aftermath of the Merger: Exactly What Was Feared...... 3

Impact to Artists and Fans...... 4

The 2024 Complaint Against Live Nation-Ticketmaster......4

1. Breaking Up Live Nation-Ticketmaster......5
2. Opening Up the Ticketmaster Platform...... 6
3. Barring Ticketmaster From Entering Into Long-Term Exclusive Ticketing Agreements... 6
4. Protecting Ticket Transferability So Ticketmaster Cannot Impose Resale Restrictions That Further Entrench Its Monopoly Power...... 6

**D. The FTC Must Ensure That Consumers See the "All-In" Price of a Ticket at All Times. 7**

**E. The FTC Should Bring Enforcement Actions Targeting Misleading URLs, Deceptive Websites and Other Unfair Practices......7**

**F. The BOTS Act Should Be Strictly Enforced and Stronger Industry Anti-Bots Actions Mandated......8**

**G. Speculative Ticketing Must Be Banned...... 9**

**H. Price Controls Will Create, Not Solve, Problems in Live Event Ticketing...... 9**

Why Are Concert Tickets Becoming More Expensive?......9

How Event Tickets Are Priced for Sale (and Resale)......10

When Done Right, Resale is Part of the Solution......11

Price Controls Will Bring a Dramatic Increase in Fraud and Scams......13

What Could Help Bring Prices Down?......15

Restrictions on Ticket Transferability Will Only Further Entrench the Live Nation-Ticketmaster Monopoly and Result in Less Consumer Choice and Fewer Opportunities to Access Less Expensive Tickets...... 16

**I. Recommended Legislation and Regulation......17**

**J. Conclusion...... 17**

SEAT GEEK

## A. Introduction

SeatGeek appreciates this opportunity to share its perspective with the Federal Trade Commission (FTC) and U.S. Department of Justice (DOJ), and to submit comments and information in response to the call for public comment on unfair, harmful, and anticompetitive practices and conduct in the live concert and entertainment industry, and potential regulation or legislation to protect consumers.

Across almost every industry, there is one dynamic that drives lower costs, product innovation and consumer satisfaction: competition. Unfortunately, competition has not existed in live event ticketing since the Obama Administration allowed the merger of Live Nation and Ticketmaster to proceed in 2010. The result is exactly what one would expect: consumers frustrated with high fees, inferior products and a lack of alternatives. To improve live event ticketing, it is essential that at a minimum Live Nation and Ticketmaster be broken up so that competition may be restored and companies are able to innovate and drive lower costs as in any other industry.

For the past few years, Live Nation-Ticketmaster has done its best to deflect attention from its monopolistic practices by claiming that bots, "scalpers," and secondary markets are the main source of the problems in ticketing. While there are certainly areas where legislation could help improve the live event ticketing industry, no degree of legislation or rulemaking will solve the structural challenges this industry confronts without removing the fundamental impediment of the Live Nation-Ticketmaster monopoly.

Resale done right, on trusted and reliable marketplaces, is part of the solution, especially with the recent advent of all-in-pricing. Resale gives consumers flexibility and choice and, very often, access to lower-priced tickets. Price controls inexorably lead to spikes in fraud and scams when consumers lack a safe place to go; they are not the answer. With certain additional safeguards as set forth below, including heightened enforcement of the BOTS Act, consumers and the artists they love will win in a ticketing industry free of monopolies and misguided regulations that restrict choice and fail to protect fans.

## B. SeatGeek

SeatGeek was founded in 2009 by a few friends frustrated by the lack of innovation in ticketing and the challenges of purchasing a ticket to live events. SeatGeek started as a ticket search engine and then evolved into a full resale marketplace. The company has been recognized for product innovations such as "Deal Score", a proprietary algorithm ascribing value to a ticket based on seat location and price, as well as its mobile-first applications and fan-friendly interfaces.

Despite early success, SeatGeek's founders recognized that it was not possible to impact the ticketing experience the way they had hoped without working directly with teams and venues as their primary ticketing platform. As a result, in 2016, the company decided to move into primary ticketing, attempting to compete directly with Live Nation-Ticketmaster for relationships with major venues in the US market.

SEAT GEEK

Today, SeatGeek offers both primary ticketing (direct sales from teams and venues) and secondary ticketing (resale) services. We serve as the ticketing partner for six National Football League (NFL) teams, three National Basketball Association (NBA) teams, two National Hockey League (NHL) teams, nine Major League Soccer (MLS) clubs, and multiple National Women's Soccer League, United Soccer League and English Premier League clubs. SeatGeek is also the official ticketing partner of the PGA Championships, Ryder Cup, and United States Golf Association. In addition, SeatGeek is the Official Ticket Marketplace of Major League Baseball (MLB), providing season ticket holders for all 30 MLB teams with a convenient and safe way to resell their tickets for games they cannot attend. We are also the Official Ticket Marketplace of Paciolan, the largest primary ticketer for U.S. college athletics, serving approximately 100 athletic programs.

While the partnerships above demonstrate how SeatGeek's product- and technology-driven approach has resonated with venues and teams, the company continues to witness firsthand the chilling effects of Live Nation-Ticketmaster's anticompetitive behavior across the entire live entertainment industry.

## C. Strong Structural Remedies in the Live Nation-Ticketmaster Antitrust Case Are The Most Important Way to Protect Fans and Artists

A fundamental tenet of basic market economics and antitrust law is that fair competition results in lower prices, superior customer service, and product innovations. This, sadly, has not been the case in the live event ticketing industry due to Live Nation-Ticketmaster's monopoly position across both ticketing and concert promotion.

**Background: The Obama Administration Allows a Problematic Merger to Proceed**

Live Nation-Ticketmaster is the product of the 2010 merger of Live Nation and Ticketmaster. At the time of the merger, the DOJ recognized that, until Live Nation's entry into primary ticketing the previous year, Ticketmaster had "dominated the market for primary ticketing services to major concert venues in the United States." The DOJ found that despite a dramatic decline in ticket distribution costs as consumers increasingly used the internet for ticket purchases, "the ticketing fees retained by Ticketmaster ha[d] not fallen, and Ticketmaster ha[d] continued to enjoy large profit margins." The DOJ also noted significant entry barriers to the ticketing market, including "Ticketmaster's practice of signing long-term exclusive contracts with venues."[1]

The DOJ viewed the merger as a threat to competition in the U.S. primary ticketing market. The DOJ concluded that the merger would (i) "eliminate the financial benefits that venues enjoyed during the brief period when Live Nation was poised to challenge Ticketmaster's dominance"; (ii) "diminish innovation in primary ticketing services because the merged firm would have reduced incentives to develop new features"; and (iii) increase barriers to entry and expansion,

[1] Competitive Impact Statement, pp. 8-10, United States of America, et al. v. Ticketmaster Entertainment, Inc. and Live Nation, Inc., No. 1:10-cv00139, (D.D.C. January 25, 2010), https://www.justice.gov/d9/atr/case-documents/attachments/2010/01/25/254544.pdf.

SEAT GEEK

including "requir[ing] competitors to offer venues both primary ticketing services and access to content" in order to compete effectively.[2]

The DOJ attempted to resolve its concerns in 2010 by obtaining Live Nation-Ticketmaster's agreement to a Consent Decree that included provisions designed to prohibit the merged entity from conditioning the provision of Live Nation concerts on the use of Ticketmaster's ticketing services, and from retaliating against venues that did not use Ticketmaster.[3]

**The Aftermath of the Merger: Exactly What Was Feared**

Following the merger, Live Nation-Ticketmaster repeatedly engaged in exactly the anticompetitive activity feared by many in 2010. A 2019 DOJ investigation confirmed that Live Nation-Ticketmaster had violated the Consent Decree directly and repeatedly almost from its inception. The DOJ identified six distinct examples of Live Nation-Ticketmaster threatening to pull live events from venues that did not contract with Ticketmaster and/or retaliating against venues that did not contract with Ticketmaster by withholding Live Nation concerts.[4] The DOJ found that, as a consequence of Live Nation-Ticketmaster's conduct, "venues throughout the United States have come to expect that refusing to contract with Ticketmaster will result in the venue receiving fewer Live Nation concerts or none at all."[5]

Over the last 15 years, Live Nation-Ticketmaster has attained "unprecedented control over artists, venues, and consumers. [Live Nation-Ticketmaster] has used this position to block rivals in the primary and secondary ticketing markets, funnel ticketing contracts with its own venues and the tours it promotes to Ticketmaster, extract supra-competitive rents from venues and artists, boycott venues that reject its terms, and price gouge consumers."[6] As one country music industry observer explained, Live Nation-Ticketmaster has a "chokehold" across the four business segments in live entertainment bridging artists to fans – artist management, concert promotion, venue ownership and ticketing – "leaving fans and artists alike [...] with no practical 'opt out' of the company's current system."[7]

---

[2] *Id.* at pp. 11-12.
[3] Final Judgment, United States of America, et al. v. Ticketmaster Entertainment, Inc. and Live Nation, Inc., No. 1:10-cv00139 (D.D.C. July 30, 2010), https://www.justice.gov/atr/case-document/file/513321/dl.
[4] Motion to Modify Final Judgment and Enter Amended Final Judgment, p. 6*, United States v. Ticketmaster*, No. 10-cv-00139, (D.D.C. Jan. 8, 2020), https://www.justice.gov/atr/case-document/file/513321/dl.
[5] *Id*.
[6] The Case Against Live Nation-Ticketmaster, American Economic Liberties Project, January 2024, https://www.economicliberties.us/wp-content/uploads/2024/01/20240104-AELP-Livenation-Brief-FINAL.pdf.
[7] The author further opined that "[h]igh fees, dynamic pricing, and website crashes are just symptoms of this integrated chokepoint." *See* A Legalized Monopoly? How Ticketmaster & Live Nation Control Every Aspect of the Love Music Industry, Whiskey Riff, April 3, 2024, https://www.whiskeyriff.com/2024/04/03/a-legalized-monopoly-how-ticketmaster-live-nation-control-every-aspect-of-the-live-music-industry/. The author also noted, with respect to artist management, that "the company's portfolio is far from every touring artist, but it's clear it owns a significant and growing piece of the artist management industry and oversees many of the biggest acts in music. So when they go out on major tours, and bring a slew of other artists with them, there's a clear incentive to stay within their ecosystem and use the next segment in the Live Nation chain, which is what the company originally became known for…" *Id.*

SEAT GEEK

**Impact to Artists and Fans**

Few artists, understandably, have had the courage to speak out against Live Nation-Ticketmaster's monopoly power[8] and the unfair treatment and price gouging they experience at the hands of Live Nation-Ticketmaster.[9] However, artists have experienced significant harm, sometimes in ways they are not even aware. *See* New Evidence Exposes Another Way Live Nation-Ticketmaster Exploits Conflicts of Interest to Rake in Cash, American Economic Liberties Project, March 29, 2024 (highlighting a longstanding accounting scheme under which Live Nation issued itself rebates while hiding revenue from artists, other promoters and independent venues).[10]

Of course, fans have also suffered mightily for years on account of Live Nation-Ticketmaster's monopoly power, enduring high fees, lengthy queues, data breaches, and system crashes. Resale has often been their only alternative, particularly in instances of "limited" available primary ticket inventory.

**The 2024 Complaint Against Live Nation-Ticketmaster**

The DOJ's Complaint against Live Nation-Ticketmaster, filed in May 2024 and amended in August 2024 (the "Amended Complaint"), has been joined by 40 state and district attorneys general and directly addresses many of these issues. The DOJ alleges that Live Nation-Ticketmaster has unlawfully exploited its monopoly power over event promotion and live event ticketing to the detriment of consumers, artists and competition.[11] Live Nation-Ticketmaster's anticompetitive abuse of its market power has allowed them "to insert themselves at the center and the edges of virtually every aspect of the live music ecosystem" and "given [them] the opportunity to freeze innovation and bend the industry to their own benefit [... at] a real cost to Americans."[12] Live Nation-Ticketmaster "possesses and routinely exercises control over which artists perform on what dates at which venues ... [as well as] how fans are able to purchase tickets [...] and what fees those fans will pay to do so."[13] These unlawful acts include coercing venues into using Ticketmaster and preventing the development of alternative ticketing solutions.[14] Moreover, this anticompetitive behavior, notably, extends into ticket resale, imposing harmful and unfair restrictions on ticket transferability.[15]

---

[8] Kid Rock, notably, is one. In particular, he has said that "[t]hey have a monopoly. And even though I make a lot of money for them and I love the people at Live Nation – we've done great business together – I'm like , this is f—-- up." *See 'Highway robbery': Kid Rock calls Ticketmaster a monopoly that needs breaking up*, Washington Times, April 1, 2024, https://www.washingtontimes.com/news/2024/apr/1/highway-robbery-kid-rock-calls-ticketmaster-monopo/.

[9] One other exception is the soul-pop band Lawrence. In their January 2023 testimony to the Senate Judiciary Committee, band members described in detail the many unfair costs and diminished earnings imposed upon artists as a consequence of regularly having to engage with Live Nation-Ticketmaster as promoter, venue and ticketer. Written Testimony of Clyde Lawrence and Jordan Cohen, https://www.judiciary.senate.gov/imo/media/doc/Testimony%20-%20Lawrence%20-%202023-01-24.pdf.

[10] https://www.economicliberties.us/press-release/new-evidence-exposes-another-way-live-nation-ticketmaster-exploits-conflicts-of-interest-to-rake-in-cash/#.

[11] Amended Complaint, *United States of America, et al. v. Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*, No. 1:24-cv-03973-AS (S.D.N.Y. August 19, 2024) . https://www.justice.gov/archives/opa/media/1364366/dl?inline.

[12] *Id.* at 5.

[13] *Id.*

[14] *Id.* at 6.

[15] *Id.* at ¶¶ 108-112.

SEAT GEEK

The Amended Complaint also notes that the Live Nation-Ticketmaster monopoly has enabled the imposition of a "Ticketmaster Tax" that raises the price fans pay.[16] In particular, "[a]ny fan who has logged onto Ticketmaster's website to buy a concert ticket knows the feeling of shock and frustration as the base cost of the ticket increases dramatically with the addition of fees [...]."[17] "Whatever the name of the fee and however the fees are packaged and collected, they are essentially a "Ticketmaster Tax" that ultimately raise the price fans pay."[18]

This chokehold on competition and harm to fans can also be seen in the stifling of innovation. "Competition increases the array and quality of services available and makes it easier for fans to find and see artists they love. Unburdened by competition on the merits, Ticketmaster does not need to invest as much to improve the fan experience."[19] This "diminished incentive to innovate can manifest in real ways. Without competitive pressure to spur investment and innovation, customer service, website and app design, and product quality and stability suffer. These harms are the natural and predictable consequence of an industry suffocating under monopoly." [20]

The continued aggressive prosecution of the antitrust case against Live Nation-Ticketmaster, including the pursuit of appropriate remedies, is the most powerful and direct way to protect fans and artists, and help bring about fair competition in the live entertainment industry. These remedies at a minimum should include:

**1. Breaking Up Live Nation-Ticketmaster**

Live Nation-Ticketmaster ***must*** be broken up. As has been repeatedly demonstrated by Live Nation-Ticketmaster's behavior since 2010, mere "slaps on the wrist" or behavioral remedies will not suffice. A structural remedy that separates ticketing services and concert promotion is the only way to address the fear of retaliation felt by venues if they do not select Ticketmaster as their exclusive ticketing provider.

In addition to the separation of  Live Nation as a concert promoter and Ticketmaster as a ticketing platform, the DOJ should also seek to break up Live Nation's concert promotion division, which is itself the consolidation of dozens of regional promoters, giving the combined company a monopoly position in concert promotion across the country. Once separated, significant monitoring and enforcement efforts should be instituted to ensure the former constituent parts of the monopoly do not continue to collude with one another.[21]

---

[16] *Id.* at ¶¶ at 8-9.
[17] *Id.* at  8.
[18] *Id.* at  9.
[19] *Id.* at  10.
[20] *Id.* at  12.
[21] Incredibly, a Live Nation-Ticketmaster spokesperson recently described the DOJ lawsuit as a "performative attempt to grab headlines by asking for a breakup that won't ever happen." *See* Expensive concert tickets are the new normal, Business Insider, June 29, 2025. https://www.businessinsider.com/ticket-prices-expensive-cheap-beyonce-taylor-swift-ticketmaster-stubhub-seatgeek-2025-6

SEAT GEEK

### 2. Opening Up the Ticketmaster Platform

The DOJ has highlighted how Live Nation-Ticketmaster "understood the benefits a more open and competitive ticketing ecosystem would bring to fans and others" and, recognizing that "more competition and threats to its dominance" might ensue, instead sought to "[add] new restrictions to its ticketing systems to force fans to interact with Ticketmaster."[22]

Mandating that the Ticketmaster system be opened up to back-end interoperability and interconnectivity with other ticketing platforms would be a highly equitable and very fan-friendly outcome in light of Live Nation-Ticketmaster's past conduct. Interoperability is the standard in other consumer-facing industries. For example, in air travel, consumers do not need to visit each airline's individual website to search for or purchase tickets. Platforms like Expedia and Kayak aggregate seat availability and pricing across carriers, giving consumers the ability to comparison shop and make more informed decisions – without having to worry about whether they have purchased a real ticket.[23] It is only Ticketmaster's refusal to integrate with other platforms that prevents this pro-consumer model from emerging in live entertainment ticketing. Integrating live event ticketing in such a manner would result in an ecosystem in which consumers have greater choice and a better ability to comparison shop, and in which Ticketmaster would not be able to act as a chokepoint and prevent further industry innovation.

### 3. Barring Ticketmaster From Entering into Long-Term Exclusive Ticketing Agreements

Ticketmaster regularly enters into long-term exclusive agreements with its venue clients, creating yet another barrier to entry. These exclusive agreements can be as long as 10 years, meaning no competitor has the opportunity to compete for this business for a full decade. Given its monopoly market share position, Ticketmaster should be barred from entering into new exclusive ticketing agreements longer than three years. In addition, the Court should order that all existing Ticketmaster contracts be voidable for a period of six months in order to provide all venues currently ticketed by Ticketmaster the opportunity to leave their existing Ticketmaster contract immediately and consider signing with another ticketing company.

### 4. Protecting Ticket Transferability So Ticketmaster Cannot Impose Resale Restrictions That Further Entrench its Monopoly Power

As the Amended Complaint highlights, Ticketmaster uses its monopoly power to restrict ticket transferability and attempt to keep resale customers solely on its platform.[24] As discussed in further detail below, consumers must be allowed *more* freedom, not less, including the ability to buy, sell, and transfer tickets on the platform of their choosing.

---

[22] *Id.* at 11.

[23] Similarly, the hotel industry shows what live event ticketing could look like: travellers can book rooms at a Hilton or Hyatt hotel via aggregator platforms like Expedia and Kayak without having to visit the Hilton or Hyatt websites or worrying whether they have booked a real room.

[24] Amended Complaint, ¶¶ 108-112.

SEAT GEEK

### D. The FTC Must Ensure That Consumers See the "All-In" Price of a Ticket at All Times

Just as the DOJ must continue to pursue appropriate remedies in the Live Nation-Ticketmaster antitrust litigation, the FTC must actively enforce its Rule on Unfair or Deceptive Fees (the "Rule").[25]

Consumers have been frustrated, if not enraged, during countless ticket purchasing experiences since Ticketmaster introduced and widely promulgated the practice of "outside" fees in live event ticketing over 30 years ago. Since the Rule came into effect on May 12, consumers have been able to make ticket purchasing decisions on the basis of consumer-friendly factors (*e.g.*, valid price comparisons or the quality of a site's user interface and ease of use), rather than a seemingly low ticket price that, after the addition of fees at the very end of the purchase process, turns out to be no bargain at all.

We are encouraged by early indications that the FTC intends to devote significant resources to enforcing the Rule.[26] We believe that aggressively enforcing the Rule is essential to protecting consumers from misleading and harmful behavior and ensuring that all primary and resale ticketing sites remain fully compliant with its provisions.

The Rule does not require the separate breaking out of fees, which we believe is the right approach to all-in pricing. Few, if any, other industries break out their cost components or display margins to their customers, and consumers neither seek nor benefit from particularized fee information. The most salient information for ticket purchasers is the actual "out of pocket" cost or price of a ticket; it must be presented from the first instance in a clear and transparent manner. Requiring the separate breaking out of fees only perpetuates the "outside" fee approach that Ticketmaster introduced long ago. We believe the FTC gets it exactly right,[27] and accordingly urge the enactment into federal law of the Rule (as well as the preemption of state laws perpetuating the Ticketmaster-inspired system of separately breaking out fees). This will both further entrench the Rule's benefits and strengthen its enforceability.

### E. The FTC Should Bring Enforcement Actions Targeting Misleading URLs, Deceptive Websites and Other Unfair Practices

No fan should purchase a ticket mistakenly believing they are buying from a venue- or artist-affiliated website. Unfortunately, too many sites continue to deceive consumers into

[25] *See* FTC Rule on Unfair or Deceptive Fees to Take Effect on May 12, 2025, FTC Press Release, May 5, 2025. https://www.ftc.gov/news-events/news/press-releases/2025/05/ftc-rule-unfair-or-deceptive-fees-take-effect-may-12-2025.
[26] *See* With NFL's 2025 Schedule Set to be Announced, FTC Warns Ticket Reseller StubHub it Must Comply with Agency's New Rule on Unfair and Deceptive Fee*s*, FTC Press Release, May 14, 2025. https://www.ftc.gov/news-events/news/press-releases/2025/05/nfls-2025-schedule-set-be-announced-ftc-warns-ticket-reseller-stubhub-it-must-comply-agencys-new.
[27] The FTC Rule also allows for government-imposed taxes to be added at the time of purchase, which we believe is appropriate and avoids unnecessary operational expense in calculating sales and other taxes when it is unclear that a consumer intends to complete a purchase.

SEAT GEEK

believing this type of misleading affiliation. These deceptive and misleading ticketing sites plague ticket buyers and responsible industry stakeholders.

The FTC should aggressively pursue enforcement actions against sites and platforms that have (or are affiliated with sites having) misleading URLs or other features that create the false impression of being affiliated with a venue, artist or event provider. Fans and the live event industry as a whole will benefit enormously from their elimination.

Other deceptive practices, such as employing a "countdown" clock to create a false sense of purchasing urgency or using misleading labels (*e.g.*, falsely claiming an event is "sold out"), should similarly be prosecuted and eliminated.

## F. The BOTS Act Should Be Strictly Enforced and Stronger Industry Anti-Bots Actions Mandated

The legislation necessary to combat bot activity already exists, and SeatGeek agrees with the call by many that the Better Online Ticket Sales (BOTS) Act, 15 U.S.C. §45c, should be more aggressively enforced. Illegal and unscrupulous operators should not be allowed to cut the line and deprive fans of fair access to tickets.

Preventing the use of bots is very much a primary ticketing issue (and not a resale one), as the initial sale is when ticket purchasers utilize the illegal use of bots. There is no effective way a resale marketplace can detect whether tickets listed for resale were acquired initially using bots; tickets acquired by using a bot appear as any other resale ticket listing.

As a provider of primary ticketing services, SeatGeek actively seeks to prevent bot activity on its platform. SeatGeek's Terms of Use prohibits the use of such technology:

> "You may not attempt to conceal your identity by using multiple Internet Protocol addresses or email addresses, or by any other means, to conduct Ticket transactions on the SeatGeek online marketplace. You may not use ticket bot technology to search for, reserve, or purchase Tickets through the SeatGeek online marketplace. For the avoidance of doubt, this specifically prohibits you from using automated ticket purchasing software on the SeatGeek online marketplace, and prohibits you from circumventing any security measure, access control system, or other technological control or measure on the SeatGeek online marketplace that is used to enforce posted event Ticket purchasing limits or to maintain the integrity of posted online Ticket purchasing order rules."

During primary ticket onsales, SeatGeek's platform employs technologies designed to detect and block bots. In addition, we review certain ticket purchases to help ensure that they were made by a human, check for unusual behavior that could indicate the use of bots, and limit the number of tickets that can be purchased by a single user to prevent bulk purchases by bots. Our platform also uses secure payment processing to help prevent fraudulent transactions. By implementing these and other measures, we strive to prevent bots from accessing our platform, as our goal is to

ensure a secure and fair ticket purchasing experience on behalf of our enterprise clients and, above all, our customers.

Live Nation-Ticketmaster's claim that bots are among the biggest problems plaguing ticketing is ironic and difficult to take seriously. Given its monopoly in primary ticketing, Live Nation-Ticketmaster is best equipped to address the scourge of bot purchases. To the extent bots are still a problem, it is a reflection of Live Nation-Ticketmaster's failure over 15 years as a dominant monopolist to innovate and deploy the technology necessary to combat these illegal practices on its own site. Removing barriers to competition (starting with the breaking up of Live Nation-Ticketmaster) will allow for investments in technology and the sale of primary tickets across a number of digital properties that are better equipped to face this challenge so that bots can no longer serve as an excuse when legacy technology fails to address ever-evolving challenges.

## G. Speculative Ticketing Must Be Banned

Only those possessing, or having a contractual right to possess, an event ticket should be allowed to post it for resale.

We believe there is a further step that should be taken to eliminate speculative ticketing: requiring the listing of specific seat numbers for resale ticket listings, as is the case currently in a handful of states.[28] Such a requirement would help consumers avoid purchasing speculative, non-existent tickets.[29]

## H. Price Controls Will Create, Not Solve, Problems in Live Event Ticketing

SeatGeek recognizes the call from some to impose price controls as a means of keeping ticket prices accessible to "real" fans. As discussed in further detail below, while price controls may sound like a consumer-friendly panacea to rising costs, the evidence is overwhelming that imposing price or fee caps on ticket sales is very harmful to consumers.

**Why Are Concert Tickets Becoming More Expensive?**

This is a threshold question posed by many consumers and policymakers across the country. The answer is far more complex than those who point the finger at resale marketplaces suggest:

- **Artists now rely primarily on touring income**. A generation ago, live performances were a loss-leader or marketing tool for the sale of recorded music. Today, with streaming royalties offering a fraction of the income recorded music once provided, artists make the bulk of their money from touring. According to concert industry publication *Pollstar*,

---

[28] *See* Minnesota Statutes, Chapter 325F.676, 3(a)(3); Maryland Commercial Law, §13–310.1(b)(2)(iii).

[29] Such a seat-level listing requirement would also address the challenge of "premature" resale listings for events before they are first made available for sale, as season ticket holders already having tickets or a contractual right to those tickets would be easily able to include specific seat numbers in their resale listings.

SEAT GEEK

top-grossing tours like Taylor Swift's Eras Tour (over $2 billion in revenue) are part of a broader shift where leading artists focus on bigger, more expensive shows.[30]

- **Tours are more expensive to produce**. The production level of shows has gone up: massive LED walls, pyrotechnics, stage lifts, custom fashion, and hundreds of people behind the scenes are increasingly the norm for large-scale concert tours. For example, Beyoncé's 2023 *Renaissance* tour, which brought in over $579 million,[31] reportedly cost well over $50 million just to launch.[32]

- **Demand is increasing**. People are prioritizing live experiences more than ever.[33] In 2023, live music ticket sales hit a record $34.7 billion globally—a 46% increase from the year before.[34] Everyone wants to see Taylor Swift or Beyoncé, and there are only so many seats (and only one first row).[35]

- **The concert market is controlled by a monopoly**. Live Nation-Ticketmaster often owns or controls the ticketing platform, venue, and concert promotion, and sometimes even manages the artist. As described in the Amended Complaint, Live Nation-Ticketmaster imposes a "Ticketmaster Tax" that raises the price fans pay, including that "the base cost of the ticket increases dramatically with the addition of fees [...]."[36] Artists also often feel like they have no choice other than to work with or through Live Nation-Ticketmaster.

**How Event Tickets Are Priced for Sale (and Resale)**

As in countless other industries, supply and demand determine the pricing of live event tickets. Just as seasonal fluctuations in prices for flights to popular vacation destinations vary considerably (*i.e.*, considerably lower fares in off-season months, much higher ones during peak

[30] *See* Deep Data Cuts: Beyond The Top 100 Tours, Pollstar, January 17, 2025. https://news.pollstar.com/2025/01/17/deep-data-cuts-beyond-the-top-100-tours/.

[31] Beyoncé's Renaissance Tour Brings In Half-Billion Dollars—But These Singers Made Even More, Forbes, October 3, 2023. https://www.forbes.com/sites/anafaguy/2023/10/03/beyoncs-renaissance-tour-brings-in-half-billion-dollars-but-these-singers-made-even-more/.

[32] *See, e.g.,* Beyoncé's Renaissance World Tour robot arms are estimated to cost $100,000 each — and they could be dangerous to perform with, according to an expert, Business Insider, June 15, 2023. https://www.businessinsider.com/beyonce-renaissance-tour-robot-arms-cost-100000-each-expert-says-2023-6.

[33] Live sports and entertainment spending has increased at a faster rate than the U.S. gross domestic product every year from 2021 to 2023, according to the U.S. Bureau of Economic Analysis. This trend is particularly pronounced among Millennials and Gen-Zers, which collectively represented approximately 43% of the U.S. population as of 2022, according to the U.S. Census Bureau. As this demographic has aged and increased their spending power, the portion of overall U.S. consumer spending on live entertainment and sports versus material goods has increased significantly from 2021 to 2023, according to the U.S. Bureau of Economic Analysis. *See* U.S. Bureau of Economic Analysis, U.S. Department of Commerce, Personal Consumption Expenditure by Type of Product. https://apps.bea.gov/iTable/?reqid=19&step=3&isuri=1&select_all_years=0&nipa_table_list=2015&series=m&first_year=2017&last_year=2020&scale=-99&categories=underlying&thetable=#eyJhcHBpZCI6MTksInN0ZXBzIjpbMSwyLDMsM10sImRhdGEiOltbIm5pcGFfdGFibGVfbGlzdCIsIjIwMTciXSxbImNhdGVnb3JpZXMiLCJTdXJ2ZXkiXSxbIkZpcnN0X1llYXIiLCIyMDIxIl0sWyJMYXN0X1llYXIiLCIyMDI1Il0sWyJTY2FsZSIsIi02Il0sWyJTZXJpZXMiLCJBIl1dfQ==.

[34]https://news.pollstar.com/2023/12/08/welcome-to-pollstars-2023-year-end-issue/#:~:text=The%20live%20entertainment%20industry%20remains,notched%20by%20female%20stadium%20headliners..

[35] *See also* Baby, please don't go banning "price gouging" of concert tickets, The Josiah Bartlett Center for Public Policy, August 30, 2024 (noting that "Van Morrison came to New Hampshire only because the prices were so high"). https://jbartlett.org/2024/08/baby-please-dont-go-banning-price-gouging-of-concert-tickets/.

[36] Amended Complaint at ¶¶ at 8-9.

SEAT GEEK

holiday and vacation times), and hotel prices in a college town may spike for graduation weekend or a big game, live event tickets fluctuate in price depending on supply and demand. This is increasingly true for both primary and resale tickets: artists and other live entertainment rightsholders regularly set their initial sales prices not just based on their best estimate of perceived demand for each event, but also on a more granular level by seating section and even row and seat.[37]

And, where promoters overestimate initial demand, recent advances in ticketing technology allow them to lower initial sales prices. *See* How Much Does It Cost to See Beyoncé? It Depends., New York Times, May 15, 2025 (both primary and resale ticket prices lowered after initial onsale on account of softer-than-expected consumer demand).[38] Of course, in extreme cases of overestimating demand, artists may have to cancel or "downsize" their tour plans. *See* Jennifer Lopez's Rough Month: Cancels Tour Amid Shaky Sales And Rumors, Forbes, May 31, 2024;[39] Jonas Brothers Shift Six Dates to Smaller Venues Amid Low Demand, Digital Music News, June 15, 2025.[40] Indeed, the term "face value" is increasingly an anachronism: fans today typically do not receive a physical ticket with a static price printed on the ticket, and instead are issued a digital ticket that does not indicate any "face value" (making it very hard for marketplaces like SeatGeek to know what the initial sales price of a ticket was prior to being listed for resale).

As to the pricing of resale tickets, in addition to supply and demand, seller motivation is also a critical factor impacting pricing. For example, SeatGeek's Smart Pricing tool[41] asks sellers to indicate how motivated they are to sell their tickets. This allows us to best support them in effectively pricing their tickets on our platform. Specifically, this tool empowers fans, such as sports season ticket holders, to list their tickets for sale at a price that best suits how eager they are to sell when they are unable or elect not to use them (or for when they acquire concert tickets via their season ticket holder rights).

Simply put, resale marketplaces help sellers find the market-clearing price for their tickets, *i.e.,* the price that reflects what buyers are actually willing to pay. And, as discussed below, providing fans access to trustworthy and secure marketplaces is orders of magnitude better than driving them backwards in time into environments where availability is scarce, pricing is arbitrary, and frauds and scams are widespread.

**When Done Right, Resale is Part of the Solution**

Resale is painted by some as the primary villain behind high ticket prices. That narrative is not only misguided and harmful to live entertainment fans (see discussion below on increased fraud), but it is often hypocritical. For example, Live Nation-Ticketmaster, while painting resale as an

[37] Other possible factors that could be taken into consideration when setting the initial price of event tickets include, for example, the number of overall concert tour stops or, for sporting events, opposing team popularity, playoff implications, etc.
[38] https://www.nytimes.com/2025/05/15/arts/music/beyonce-cowboy-carter-tour-ticket-prices.html?searchResultPosition=1.
[39] https://www.forbes.com/sites/conormurray/2024/05/31/jennifer-lopez-cancels-troubled-this-is-me-live-tour-amid-poor-sales/.
[40] https://www.digitalmusicnews.com/2025/06/15/jonas-brothers-smaller-venues-from-arenas/?utm_source=Daily+Snapshot&utm_campaign=5a6c16f9be-Daily_Snapshot_June_16th_2025&utm_medium=email&utm_term=0_-77cac1fdfd-21996108&mc_cid=5a6c16f9be&mc_eid=837a615a3b.
[41] https://seatgeek.com/sell.

SEAT GEEK

industry problem, itself hosts one of the largest resale platforms and has a long and well-documented history of working directly with ticket resellers. *See, e.g.,* These touts made millions - and claimed staff at big ticketing firms helped, BBC.com, June 12, 2025;[42] Live Nation admits to helping artists scalp their own tickets to make more money, Vox.com, July 22, 2019;[43] Ticketmaster Has Secretly Been Cheating You With Its Own Scalpers, Rolling Stone, September 19, 2018;[44] Concert Tickets Get Set Aside, Marked Up by Artists, Managers, Wall Street Journal, March 11, 2009.[45]

In fact, resale conducted on trusted marketplaces gives consumers flexibility and choice. Fans may only become aware of an event at the last minute and want access to tickets. Other fans may prefer to wait and see how prices change over time instead of waiting for hours in an online queue many months before an event to try and buy tickets during a high demand onsale. On the other hand, fans who do purchase tickets well in advance may no longer be able to attend and seek to recapture or mitigate prior expenses. Trusted marketplaces help address the constant changes in consumer demand and supply for live events, ensuring that as many people as possible are able to attend an event at a price that is right for them.

It cannot be stressed enough that resale often results in *lower* prices for fans. A comprehensive study published by the American Consumer Institute in June 2024 found that, of 80,000 live events sampled, 55% had tickets listed for below "face value."[46] That same study also found that in 2023, the ticket resale market helped consumers save over $440 million by providing access to lower-priced tickets.[47] Consumers regularly benefit and save considerable sums *because they have options that did not previously exist*, namely the opportunity to purchase tickets at a price they are willing to pay (above or below the initial price) on a reliable and secure resale marketplace and not from some guy on Craigslist or on the street corner near the venue. This very often includes tickets for high-profile shows where demand fails to meet supply and resale prices fall well below the initial price of the ticket.[48] One recent prominent example is the ongoing Beyoncé Cowboy Carter tour. *See* Beyoncé Cowboy Carter Tickets Hit $20 on SeatGeek as Tour Kicks Off In Los Angeles, Digital Music News, April 28, 2025;[49] As Beyoncé's Cowboy Carter Tour kicks off, thousands of cheap tickets are still for sale, NBC News, April 29, 2025.[50] *See also* The Thrill of the Chase for a $9 Cyndi Lauper Ticket, Wall

---

[42] https://www.bbc.com/news/articles/ce3vrw4v3q2o.
[43] https://www.vox.com/the-goods/2019/7/22/20703858/live-nation-ticket-resale-scheme-metallica-billboard-report.
[44] https://www.rollingstone.com/pro/news/ticketmaster-cheating-scalpers-726353/.
[45] https://www.wsj.com/articles/SB123672740386088613.
[46] American Consumer Institute, Antitrust Ticketing Case Fails to Solve Pricing Problems, June 2024, https://www.theamericanconsumer.org/wp-content/uploads/2024/06/Antitrust-Ticketing-Case-Fails-to-Solve-Pricing-Problems.pdf.
[47] *Id.*
[48] *See* The Thrill of the Chase for a $9 Cyndi Lauper Ticket, Wall Street Journal, January 4, 2025. https://www.wsj.com/lifestyle/concert-tickets-cyndi-lauper-taylor-swift-springsteen-cheap-c45eba35?st=y79gm4&reflink=desktopwebshare_permalink.
[49] https://www.digitalmusicnews.com/2025/04/28/beyonce-cowboy-carter-tickets-low-prices/.
[50] https://www.nbcnews.com/pop-culture/pop-culture-news/beyonce-cowboy-carter-tour-los-angeles-ticket-prices-drop-rcna203410.

SEAT GEEK

Street Journal, January 4, 2025.[51] Simply stated, resale often helps fill seats and get more fans in the door at prices that work for them.

Just as lower-than-expected demand results in lower resale prices, improved pricing capabilities and technology increasingly now result in prices being lowered in the primary market as well. As referenced above, during the Beyoncé Cowboy Carter tour, promoter Live Nation appears to have lowered primary ticket prices when consumer demand did not meet initial expectations after the initial onsale. *See* How Much Does It Cost to See Beyoncé? It Depends, New York Times, May 15, 2025.[52]

It has also been recently reported by concert industry publication Pollstar that the average price of the top 100 tours in the world has dropped by about 6% from last year (the largest decline since 2012). *See* Concert Ticket Prices Are Falling For the First Time in Years, Bloomberg, June 15, 2025.[53]

**Price Controls Will Bring a Dramatic Increase in Fraud and Scams**

The evidence is overwhelming that imposing price controls on ticket sales drives consumers underground to black markets and leads to a significant spike in consumer fraud and online scams.

In the UK, where resale is severely restricted and price controls are being contemplated, the government recently reported at least £1.6 million ($2.2 million) in ticket fraud in 2024 (double the amount from the previous year) arising from some 3,700 ticket fraud reports submitted, with almost half arising from offers made on social media platforms.[54] A recent poll found that "one in four Britons say they have fallen victim to a ticket scam involving an in-demand event."[55] Another recent UK study reported that data from the National Fraud Intelligence Bureau, Action Fraud and the National Crime Agency show that the cost of reported ticket fraud for England and Wales was £70 million ($94 million) in 2024; yet another study found that consumers would be "hit in the pocket to the tune of £280 million ($377 million) a year – with £100 million ($135 million) of that falling in the peak summer months alone" were the UK's mooted price cap to be introduced.[56] And another recent UK study found that in Ireland and Victoria, Australia, jurisdictions with strict resale ticket price control regimens, "ticketing fraud rates are almost four

[51] https://www.wsj.com/lifestyle/concert-tickets-cyndi-lauper-taylor-swift-springsteen-cheap-c45eba35?st=y79gm4&reflink=desktopwebshare_permalink.

[52] https://www.nytimes.com/2025/05/15/arts/music/beyonce-cowboy-carter-tour-ticket-prices.html?searchResultPosition=1.

[53] https://www.bloomberg.com/news/newsletters/2025-06-16/concert-ticket-prices-are-falling-for-the-first-time-in-years.

[54] Stop! Think Fraud says UK government after £1.6m lost to gig ticket scams in 2024, The Ticketing Business, June 25, 2025. https://www.theticketingbusiness.com/2025/06/stop-think-fraud-says-uk-government-after-1-6m-lost-to-gig-ticket-scams-in-2024/.

[55] One in four Britons victim of ticket scams for in-demand events, says Nationwide, The Guardian (UK), April 6, 2025. https://www.theguardian.com/money/2025/apr/07/one-in-four-britons-victim-of-ticket-scams-for-in-demand-events-says-nationwide.

[56] *See* Scam Summer: Experts Warn Price Caps May Fuel £100 Million in Ticket Fraud, https://www.businesswire.com/news/home/20250601083455/en/Scam-Summer-Experts-Warn-Price-Caps-May-Fuel-%C2%A3100-Million-in-Ticket-Fraud. We Fight Fraud press release, June 2, 2025, citing Ticket fraud: its impact and the cost of market regulation, Bradshaw Advisory, March 16, 2025 (finding that "pushing more sellers (and therefore buyers) into the unregulated markets, the vulnerability of UK consumers to ticket fraud will likely increase"). https://bradshawadvisory.com/insights/ticket-fraud-its-impact-and-the-cost-of-market-regulationnbsp.

SEAT GEEK

times higher [...] than the UK, with this result holding across essentially all ticket types, from sport events to concerts to exhibitions."[57]

The recent Taylor Swift Eras Tour also provided multiple examples across various countries demonstrating that, to the great detriment of consumers, ticket fraud and scams spike sharply where market-priced resale for high-demand events is suppressed by price controls or other resale restrictions:

- **Canada**: Prior to Ms. Swift's November 2024 Toronto concerts, some 400 fans became victims of ticket fraud totalling approximately $300,000 after mistakenly believing they were purchasing legitimate Taylor Swift tickets on Facebook. *See* Apparent Taylor Swift ticket scam targets hundreds who claim to be out $300K, CTV News, November 17, 2024.[58]

- **Ireland**: Prior to Ms. Swift's three July 2024 Dublin concerts, the Bank of Ireland warned fans that "scammers [...] will be using whatever channels are open to them to try to steal money from desperate Swifties" and that "[c]riminals have been using hacked social media accounts and online ads to try to con people out of hundreds of euro – and possibly even more." *See* Taylor Swift fans warned of ticket scams ahead of Dublin concerts; Bank of Ireland warns fans seeking tickets for Dublin gigs to be alert to criminals' efforts to con them, Irish Times, June 24, 2024;[59] *see also* Bank Of Ireland report huge surge in scams as they issue warning to customers, Extra.ie, May 20, 2024.[60]

- **United Kingdom**: As of April 2024, months before Ms. Swift's forthcoming eight summer concert dates in London, Lloyds Bank was already estimating that thousands of UK fans had lost over £1 million in ticket scams, and that "90% of the reported concert ticket scams started on Facebook." *See* Avoid a Cruel Summer: Lloyds Bank issues urgent warning over Taylor Swift ticket scams, Lloyds Bank Press Release, April 17, 2024.[61]

- **Australia**: Provincial police in early 2024 reported over 250 consumers complained of ticketing scams related to the Eras Tour. *See* Victorian fans lose almost $300,000 in scams ahead of Taylor Swift Eras Tour as MCG issues warning for ticketless fans, Sky News Australia, February 7, 2024.[62]

These instances extend well beyond Taylor Swift. *See* Oasis ticket scams cost UK fans more than £2m says Lloyds bank, The Ticketing Business, April 24, 2025;[63] Fans Scammed Out of

---

[57] Ticket fraud: its impact and the cost of market regulation, Bradshaw Advisory, March 16, 2025. https://bradshawadvisory.com/insights/ticket-fraud-its-impact-and-the-cost-of-market-regulationnbsp.
[58] https://www.ctvnews.ca/canada/article/apparent-taylor-swift-ticket-scam-targets-hundreds-who-claim-to-be-out-300k/.
[59] https://www.irishtimes.com/culture/music/2024/06/24/taylor-swift-fans-warned-to-be-aware-of-ticket-scams-ahead-of-dublin-concerts/.
[60] https://extra.ie/2024/05/20/news/irish-news/bank-of-ireland-purchase-scams.
[61] https://www.lloydsbankinggroup.com/assets/pdfs/media/press-releases/2024-press-releases/lloyds-bank/2024.04.17-lloyds-bank-urgent-warning-over-taylor-swift-ticket-scams.pdf.
[62] https://www.skynews.com.au/australia-news/crime/victorian-fans-lose-almost-300000-in-scams-ahead-of-taylor-swift-eras-tour-as-mcg-issues-warning-for-ticketless-fans/news-story/455223459481ef816a49f9382281bb81.
[63] https://www.theticketingbusiness.com/2025/04/oasis-ticket-scams-cost-uk-fans-more-than-2m-says-lloyds-bank/.

SEAT GEEK

Thousands for Sabrina Carpenter, Oasis Tickets After Ireland Banned For-Profit Resale, Ticket News, March 10, 2025.[64]

By contrast, when buyers and sellers have the option of utilizing reliable marketplaces that allow for goods to be sold at fair market value, they can trust they are getting a fair price and that there will be consequences for any broken orders. When such marketplaces do not exist, consumers will inevitably seek alternative black markets that provide none of these benefits and security, as demonstrated above, and are often left with no recourse when a seller fails to deliver as advertised.

We note as well a 2024 article authored by the Josiah Bartlett Center for Public Policy in New Hampshire entitled, Banning 'scalping' won't fix the ticket resale market,[65] written in response to legislation being considered at the time by the New Hampshire State Legislature proposing price controls on resale tickets. In the Bartlett Center piece, the author stresses that imposing price controls on ticketing marketplaces would "create shortages in legitimate secondary ticket markets and stimulate a separate black market for event tickets."[66] That is precisely what has happened over and over again in countries outside the U.S., where policy makers have sought the false elixir of price controls.[67]

**What Could Help Bring Prices Down?**

Breaking up the Live Nation-Ticketmaster monopoly is the most important thing that can be done to lower ticket prices.

As discussed above, and as alleged by the DOJ, Ticketmaster adds a compendium of fees to the initial sales price of tickets that, "[w]hatever the name of the fee and however the fees are packaged and collected, [...] are essentially a "Ticketmaster Tax" that ultimately raise the price fans pay."[68]

Better and more innovative pricing technologies can also help lower ticket prices. Today, the vast majority of initial ticket prices are set manually and in bulk. They are adjusted, if at all, far too late leading up to an event. A more competitive live event ticketing industry will result in better predictive pricing tools able to forecast live entertainment demand, price accordingly, and sell more tickets. *See, e.g.,* How Much Does It Cost to See Beyoncé? It Depends., New York Times,

[64] https://www.ticketnews.com/2025/03/fans-scammed-sabrina-carpenter-oasis-tickets-ireland-banned-for-profit-resale/.
[65] https://jbartlett.org/2024/03/banning-scalping-wont-fix-the-ticket-resale-market/.
[66] *Id.*
[67] We also note recent proposals, most prominently in the State of New York, to place price controls or a cap on the amount or percentage of ticket fees. These proposals are similarly misguided and harmful. First, as discussed above, it is extremely difficult to reliably know the initial or "face" ticket price, particularly where Ticketmaster is the primary ticketer and not open to sharing data. Furthermore, with fans now seeing the full all-in ticket price (excluding taxes) from the first time a price is listed pursuant to the new FTC Rule, the breaking out of fees will be of far lesser significance or relevance, if any. Only the out-of-pocket cost will matter, and fees will hopefully soon become almost wholly irrelevant to consumers in an age of all-in pricing. Fans are rightly focused on the total amount they will pay for a ticket, not on what percentage of the total price they are being asked to pay would go to the company they are considering purchasing from. Indeed, there are few if any other industries in which pricing is broken down in this manner. Here again, live event ticketing must confront and get past the toxic legacy of Ticketmaster and the broken, anti-consumer model it has perpetuated for decades.
[68] Amended Complaint, ¶¶ 8-9.

SEAT GEEK

May 15, 2025 (both primary and resale ticket prices lowered after initial onsale on account of softer-than-expected consumer demand).[69] These technological advancements should also help artists and smaller venues, who could adjust prices in real time - *including downward* - as needed to ensure supply is meeting demand (including when demand is overestimated).[70]

**Restrictions on Ticket Transferability Will Only Further Entrench the Live Nation-Ticketmaster Monopoly and Result in Less Consumer Choice and Fewer Opportunities to Access Less Expensive Tickets**

As with price controls, restricting ticket transferability will inevitably lead to a cascade of unintended results that are harmful to consumers (and of no benefit to artists).

As laid out explicitly in internal company emails cited in the Amended Complaint, Ticketmaster has for years sought to restrict ticket transferability as a means of dominating resale just as it has primary ticketing.[71] When Massachusetts recently enacted a misguided measure empowering Live Nation-Ticketmaster to restrict transferability at their discretion, it was promptly noted that they had, in effect, further entrenched the Live Nation-Ticketmaster monopoly. *See* Massachusetts Lawmakers Just Made It Harder for Trustbusters To Break Up the Live-Nation Ticketmaster Monopoly, Promarket, January 9, 2025.[72]

By contrast, six states have enacted laws requiring that tickets be transferable. In states where these laws do not exist, fans are susceptible to missing out on the opportunity to purchase lower-priced tickets for events where demand turns out to be less than expected. Specifically, the Live Nation-Ticketmaster-driven "Face Value Exchange" imposes an artificial *price floor* on resale tickets, depriving many fans of the chance to access tickets at a lower price when demand fails to meet expectations (as it regularly does for certain tickets to a very significant number of shows). In just one example, resale tickets in the days before two Pearl Jam concerts in August 2024 at Wrigley Field in Illinois (one of the six aforementioned states where transferability is protected) were available for as little as $40, well below their initial price. *See* Pearl Jam Tickets For Their Wrigley Field Shows Are Going For Under $40. Here's Why, Block Club Chicago, August 29, 2024.[73]

Consumer choice and competition should be fostered, not constrained. This will lead to better marketplaces and consumer outcomes, including the opportunity to access lower-priced tickets. By contrast, proposals to curtail transferability and restrict choice will drive fans back into Live Nation-Ticketmaster's arms, exactly as Live Nation-Ticketmaster long ago intended.[74] This is particularly the case given that fans will rightfully be concerned about whether they will be

[69] https://www.nytimes.com/2025/05/15/arts/music/beyonce-cowboy-carter-tour-ticket-prices.html?searchResultPosition=1.
[70] Commercial aviation provides a telling example. Airplane passengers effectively assume that the passengers sitting next to them likely paid a different amount for their ticket depending on a broad number of circumstances, *i.e.*, whether they purchased a fully refundable ticket or further in advance or when demand for a given flight was forecast to be higher. There is no reason a similar, more efficient pricing paradigm resulting in more opportunities for less expensive purchases cannot also be adopted by the live entertainment industry.
[71] Amended Complaint, ¶¶ 108-112.
[72] https://www.promarket.org/2025/01/09/massachusetts-lawmakers-just-made-it-harder-for-trustbusters-to-break-up-the-live-nation-ticketmaster-monopoly/.
[73] https://blockclubchicago.org/2024/08/29/pearl-jam-tickets-for-their-wrigley-field-shows-are-going-for-under-40-heres-why/
[74] Amended Complaint at ¶¶ 108-112.

SEAT GEEK

turned away at the gate for having purchased otherwise valid tickets outside the Live Nation-Ticketmaster ecosystem. *See, e.g.,* Dreams 'crushed' as Ticketmaster cancels fans' Oasis '25 tickets, The Guardian (UK), February 8, 2025.[75]

## I. Recommended Legislation and Regulation

SeatGeek believes that the federal TICKET Act (H.R.1402 and S.281) is the proper vehicle for enacting needed live event ticketing statutory reforms in this Congress, in particular to (i) enact the FTC Rule into federal law, (ii) strictly ban misleading URLs and deceptive websites, and (iii) end speculative ticketing.

With respect to all-in-pricing, SeatGeek intends to respectfully urge Congress to adopt the same pro-consumer standards set forth in the FTC Rule, *i.e.*, excluding taxes from the up-front listing and not mandating the separate breaking out of fees. We further intend to urge Congress to include a preemption clause so a uniform, pro-consumer set of governing rules for ticketing can be established, replacing the many conflicting laws being considered and enacted across the country.

## J. Conclusion

The most powerful way to address the problems in live event ticketing is to create open and fair competition by seeking strong structural remedies against the Live Nation-Ticketmaster monopoly, which has long stifled competition, suppressed innovation, and harmed fans and artists. But while this is the most important step to take, it is not the only one that should be taken. To create a healthier live events ecosystem, it must be paired with the following:

1. Strict enforcement of the (i) FTC Rule on Unfair or Deceptive Fees and (ii) BOTS Act.
2. Aggressive action against sellers engaging in deceptive practices such as misleading URLs and speculative tickets.
3. Allowing fans to transact on the marketplace of their choice at the price they choose.

We greatly appreciate this opportunity to share our vision of what a more fair, competitive, and fan- and artist-friendly live event ticketing industry should look like, and what actions we believe should be taken to help bring about that result.

Please do not hesitate to contact us if you have any questions or would like to discuss further any matter contained herein.

Respectfully submitted,

SeatGeek, Inc.

[75] https://www.theguardian.com/business/2025/feb/08/dreams-crushed-as-ticketmaster-cancels-fans-oasis-25-tickets.

SEAT GEEK

August 30, 2024

The Hon. Anthony G. Brown
Attorney General of Maryland
c/o Steve Sakamoto-Wengel, Esq.
Division of Consumer Protection
200 Saint Paul Place, 16th Floor
Baltimore, MD 21202

**Re: <u>SB539 Event Ticket Sales Study</u>**

Dear General Brown:

SeatGeek appreciates the opportunity to share its perspective with your office as it conducts its study of event ticketing in Maryland as required by Senate Bill 539 of the 2024 Legislative Session. SeatGeek is committed to an economically vibrant and fan-friendly Maryland live event ticketing industry, and we ardently support and urge Maryland policymakers to adopt well-informed policies that reflect modern technology, consumer expectations and fairness, as well as recent antitrust developments.

**<u>SeatGeek Background</u>**

SeatGeek began as a ticket search engine in 2009 and then for several years was a ticket marketplace focused on resale. SeatGeek subsequently evolved into a full-service ticketing services provider after seeing that the only way to improve the live event ticketing experience was to work directly with both fans and industry rightsholders, and we have harnessed our best-in-class user experience, advanced technology and strong reputation with fans to become a key challenger to the dominant ticketing company, Ticketmaster. Today, SeatGeek has the dual capability to handle both primary ticketing (direct sales from teams and venues) and secondary ticketing (resale), and we serve as the primary ticketing partner for the Baltimore Ravens and Washington Commanders, as well as the official ticket marketplace for the Baltimore Orioles and University of Maryland Terrapins.

SEAT GEEK

**Ticketmaster / Live Nation's Monopoly Power in Event Ticketing & the Live Entertainment Industry**

SeatGeek respectfully suggests that to improve the Maryland live event ticketing market, policy makers must first address the unlawful conduct on the part of Ticketmaster and its parent Live Nation Entertainment as alleged in the Amended Complaint filed on August 19 by the State of Maryland, U.S. Department of Justice, the District of Columbia and 38 other state Attorneys General. *See* Amended Complaint, *United States of America, et al. v. Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*, No. 1:24-cv-03973-AS (S.D.N.Y.) ("Amended Complaint").

As the State of Maryland and its 40 co-Plaintiffs allege, Ticketmaster/Live Nation has unlawfully exploited its monopoly power over event promotion and live event ticketing to the detriment of consumers, competition and artists. *Id.* Ticketmaster/Live Nation's anticompetitive abuse of its market power has allowed them "to insert themselves at the center and the edges of virtually every aspect of the live music ecosystem" and "given [them] the opportunity to freeze innovation and bend the industry to their own benefit [... at] a real cost to Americans." *Id.* at ¶ 5. Ticketmaster/Live Nation "possesses and routinely exercises control over which artists perform on what dates at which venues … [as well as] how fans are able to purchase tickets […] and what fees those fans will pay to do so." *Id.* These unlawful acts include coercing venues into using Ticketmaster and excluding alternative ticketing platforms such as SeatGeek. *Id.* at ¶ 6. And, as the Amended Complaint put it, the Ticketmaster/Live Nation monopoly imposes a "Ticketmaster Tax" that ultimately raises the price fans pay. *Id.* at ¶ 9. Notably, this anticompetitive behavior extends into ticket resale, including imposing harmful and unfair restrictions on ticket transferability. *Id.* at ¶¶ 108-112.

Given the potential impact of this lawsuit on consumers and the broader live event industry, we encourage the Attorney General and Maryland policymakers not to take any actions until the unlawful behavior that is the subject of the Amended Complaint is addressed.

———

We turn now to the specific questions posed in Mr. Sakamoto-Wengel's July 17 email.

- **MARYLAND AG QUESTION: How event tickets are obtained for resale by professional resellers and brokers, e.g., from individual ticket buyers, event venues, from the original seller?**

SEAT GEEK

Season ticket holders and other sports and live entertainment fans account for a considerable portion of ticket resales. Leagues, teams and schools have supported resale platforms because, among other reasons, they allow fans to purchase season tickets knowing that they may not be able to attend every game. As stated in our February 2024 testimony on SB539,[1] season ticket holders in particular embrace the flexibility and cost-offsetting possibilities provided when fans can resell some of their tickets at prevailing market prices. For example, SeatGeek, as the Official Ticket Marketplace of Major League Baseball, enables fans to resell their MLB tickets to Orioles and other MLB games on the SeatGeek online platform with just the tap of a button thanks to ticket barcode integration. SeatGeek is also one of three NFL-licensed ticketing channels[2] where fans who are unable to attend an NFL game can list their tickets for sale in a fully secure, integrated manner. Similarly, as the Official Ticket Marketplace of University of Maryland Athletics,[3] SeatGeek enables college sports fans and others unable to use their tickets for certain Terrapins events (as selected by the University) to resell them with the security of full barcode integration.

It is also common practice in the live entertainment industry for third party professional sellers to work with certain event providers, venues and professional sports teams to help them distribute their ticket inventory. *See, e.g.*, "Dodgers sign huge resale deal with Eventellect".[4] The State of Maryland and its co-Plaintiffs similarly note in the Amended Complaint that Ticketmaster "makes available a limited number of tickets to ticket brokers" and also to artist fan clubs.[5]

Working with third party professional sellers allows event providers to partially outsource their internal sales function while also receiving a portion of their ticketing revenue upfront. These third party sellers often specialize in selling to specific segments of the market, more effectively reaching audiences such as corporate clients and out-of-town

---

[1] SeatGeek Testimony to Maryland Senate Finance Committee, February 14, 2024, https://mgaleg.maryland.gov/cmte_testimony/2024/fin/1cN354L9B2sy6Dv1X35bixZ5wsk-683M3.pdf.
[2] "NFL Ticket Network expands to three licensed channels," NFL.com, May 2, 2024, https://www.nfl.com/news/nfl-ticket-network-expands-to-three-licensed-channels.
[3] *See* "90 NCAA Athletic Programs Sign Up For SeatGeek's Marketplace Integration Through Paciolan Partnership," https://www.learfield.com/2023/08/90-ncaa-university-athletic-programs-sign-up-for-seatgeeks-marketplace-integration-through-paciolan-partnership/
[4] "Dodgers sign huge resale deal with Eventellect," The Ticketing Business, February 16, 2018, https://www.theticketingbusiness.com/2018/02/16/dodgers-sign-huge-resale-deal-eventellect/.
[5] Amended Complaint, ¶ 177.

SEAT GEEK

fans that event providers might not otherwise be able to reach directly. Professional sellers assume the risk of unsold tickets, which is particularly valuable to sports teams for games and promoters for shows that might have lower-than-expected demand.

- **MARYLAND AG QUESTION: What percentage of the tickets you resell are purchased from each different source?**

As a leading ticket marketplace, our goal is to provide fans with the most choices for tickets to an event. Our focus is on ensuring that tickets listed on our marketplace are valid and, like any other marketplace, that the seller will deliver what has been described and what the buyer believes they are purchasing. As discussed below in further detail, we are very successful in ensuring the integrity of our marketplace and that buyers receive what they purchase. When a ticket is listed for sale on our marketplace, we do not know the nature of each seller's relationship with an event provider and cannot speak to how all tickets listed on our marketplace were originally procured. That said, using as an example two of our fully integrated ticketing relationships (*i.e.*, primary and resale) with the Ravens and Commanders, we can state that the significant majority of resale transactions for NFL games in Maryland in the 2023-24 season were fan-to-fan in nature (*i.e.*, did not involve professional sellers).

- **MARYLAND AG QUESTION: What is the difference in price of event tickets offered to and purchased by consumers on the resale market when compared with the face values and total event ticket prices for tickets offered to and purchased by consumers in the primary event ticket market?**

Ticket marketplaces like SeatGeek featuring third party resale ticket listings often do not know the initial price at which a ticket is sold. A recently released third party study does indicate, however, that between 2017 and 2023 more than one-third of sports tickets offered for resale were in fact resold below their original purchase price.[6] Another study published in June 2024 found that, of 80,000 live events sampled, 55% had tickets listed for resale at below face value.[7] That same study, published by the American

---

[6] Sports Fan Coalition, "Ticket Transferability Saves Sports Fans $351 million since 2017," August 19, 2024, https://www.sportsfans.org/ticket_transferability_saves_sports_fans_351_million_since_2017.
[7] American Consumer Institute, "Antitrust Ticketing Case Fails to Solve Pricing Problems," June 2024, https://www.theamericanconsumer.org/wp-content/uploads/2024/06/Antitrust-Ticketing-Case-Fails-to-Solve-Pricing-Problems.pdf.

SEAT GEEK

Consumer Institute, also found that in 2023 the ticket resale market helped consumers save over $440 million nationwide.[8]

We would further respectfully suggest that the term “face value” is increasingly an anachronism. Fans today typically no longer receive a physical ticket with a static price printed on the ticket. Instead, consumers receive a digital ticket that does not include a “face value” on the ticket itself. Primary sales prices are increasingly market-driven and dynamically priced, which makes it even harder for marketplaces like SeatGeek to know what the initial sales price of a ticket was prior to being listed for resale (particularly when SeatGeek is not the primary ticketing services provider). For example, Live Nation Entertainment, whose wholly owned subsidiary Ticketmaster provides exclusive ticketing services for significant Maryland concert venues including the Merriweather Post Pavilion and CFG Bank Arena, has stated recently that it wants more concert tickets to be priced based on demand and with more “VIP” pricing options, clarifying that “we still think [dynamic pricing] is a multiyear opportunity” that, in the U.S., is still in the “fifth inning”.[9]

- **MARYLAND AG QUESTION: What are the factors that impact the pricing of event tickets sold and offered for sale on the resale market?**

Supply and demand determine the pricing of event tickets on the resale market. Indeed, there are countless similar examples in other industries, such as seasonal fluctuations in prices for flights to popular vacation destinations (*i.e.*, considerably lower fares in off-season months, much higher ones during peak holiday and vacation times); the availability and pricing of ride-share services (like Uber) when it is raining or there is a major convention in town; or hotel prices in a college town (like Annapolis) for graduation weekend.

Seller motivation is also a critical factor impacting the pricing of resale tickets. For example, SeatGeek’s Smart Pricing tool[10] asks sellers to describe how motivated they are to sell their tickets so we can best support them in effectively pricing their tickets on

---

[8] *Id*.

[9] *See* “Live Nation wants to price more concert tickets based on demand and add more VIP options,” MarketWatch, February 23, 2024, https://www.marketwatch.com/story/live-nation-wants-to-price-more-concert-tickets-based-on-demand-and-add-more-vip-options-521d3025.

[10] https://seatgeek.com/sell

SEAT GEEK

our platform. This tool empowers fans, including Orioles, Ravens, Commanders and Terrapins season ticket holders, to list their tickets for sale at a price that best suits their needs when they are unable or elect not to use them.

When buyers and sellers have the option of a reliable marketplace that allows for goods to be sold at fair market value, they can trust they are getting a fair price and that there will be consequences for any broken orders. When such marketplaces do not exist, consumers seek alternative black markets which provide none of these benefits and often leave buyers with no resource when a seller fails to deliver as advertised. We note a short article authored earlier this year by the Josiah Bartlett Center for Public Policy[11] in response to similar issues (including proposed resale price and fee caps) being considered in ticketing legislation before the New Hampshire State Legislature. In the Bartlett Center piece, the author stresses that imposing price controls on ticketing marketplaces would "create shortages in legitimate secondary ticket markets and stimulate a separate black market for event tickets."[12] And, as set forth below, where the supply of market-priced resale tickets for high-demand events is suppressed (*e.g.*, recent Taylor Swift concerts in Ireland and the UK), there inevitably is an ensuing spike in ticket scams and consumer fraud.[13]

- **MARYLAND AG QUESTION: Identify the problems consumers are encountering relating to the purchase of event tickets sold and offered for sale on the resale market, including:**
  **(i) the fraudulent sale of event tickets;**
  **(ii) the sale of counterfeit tickets;(iii) the denial of entry to events for which tickets were purchased by consumers;**
  **(iv) the use of bots to purchase resale tickets for in–demand events.**

---

[11] The Josiah Bartlett Center for Public Policy, "Banning 'scalping' won't fix the ticket resale market," March 6, 2024, https://jbartlett.org/2024/03/banning-scalping-wont-fix-the-ticket-resale-market/.
[12] *Id*.
[13] It is also worth noting that where event providers bar ticket transferability or otherwise restrict it to "face price only" exchanges, fans for lower-demand shows are often unable to purchase tickets at below-face price when sellers would otherwise be willing to sell them for lower prices. *See, e.g.*, Pearl Jam Tickets For Their Wrigley Field Shows Are Going For Under $40. Here's Why", Block Club Chicago, August 29, 2024, https://blockclubchicago.org/2024/08/29/pearl-jam-tickets-for-their-wrigley-field-shows-are-going-for-under-40-heres-why/.

SEAT GEEK

**(i)-(ii): Fraudulent Sale of Event Tickets & Sale of Counterfeit Tickets**

Like any marketplace, SeatGeek has a strong interest in ensuring that buyers get what they expect and do not encounter any difficulties throughout the purchase and delivery process. To provide consumers with additional comfort, SeatGeek offers the SeatGeek Buyer Guarantee[14] which states that customers' tickets will (i) be delivered in time for their event, (ii) provide valid entry to the event, and (iii) be the same as those ordered and, if not, that we will work with the customer on a case-by-case basis to resolve any issues, including by providing comparable or better tickets or a refund pursuant to Maryland law as appropriate.

Examples of consumers encountering "fraudulent sales" or "counterfeit tickets" on the SeatGeek marketplace are extremely rare. Over the last 12 months approximately 99.84% of all transactions involving tickets sold for live events taking place in the State of Maryland were completed as intended, and virtually none (0.019%) involved tickets that were not accepted for scanning at the venue.

It is worth noting that an increasingly frequent challenge fans do face relates to the timely delivery of tickets they purchase. In particular, Ticketmaster, the dominant primary ticketing provider for Maryland concert venues, now often does not release event tickets purchased months earlier until very close in time to a performance. This is typically done at the instruction of the concert promoter, which is very likely Ticketmaster's parent Live Nation. As a result, consumers are regularly made to worry unnecessarily about whether they will receive their tickets in time for an event, even though they were purchased some time prior.

**(iii) Denial of Entry Where Tickets Were Purchased by Consumers**

SeatGeek honors valid tickets presented for entry at venues where it is the primary ticket services provider, *e.g*, M&T Bank Stadium and Northwest Stadium (until recently known as Commanders Field). This is irrespective of where a fan elected to purchase tickets. We believe denying entry to fans or deactivating otherwise valid tickets on account of the platform on which they were purchased or resold is an unfair and anti-consumer practice, and note again that Ticketmaster's 'SafeTix' product is called out by the Attorney General and others in the Amended Complaint as wrongfully restricting ticketing transferability in an anticompetitive manner.[15]

[14] https://seatgeek.com/buyer-guarantee.
[15] *See* Amended Complaint ¶¶108-112. *See also* The Verge, "Ticketmaster's nontransferable 'SafeTix' are anticompetitive, DOJ suit claims," August 19, 2024, https://www.theverge.com/2024/8/19/24223774/ticketmaster-safetix-doj-antitrust-lawsuit-10-states-join.

SEAT GEEK

**(iv) Use of Bots**

SeatGeek actively seeks to prevent bots activity from interfering with ticket purchasing on its platform, and SeatGeek's Terms of Use accordingly prohibits the use of such technology:

> "You may not attempt to conceal your identity by using multiple Internet Protocol addresses or email addresses, or by any other means, to conduct Ticket transactions on the SeatGeek online marketplace. You may not use ticket bot technology to search for, reserve, or purchase Tickets through the SeatGeek online marketplace. For the avoidance of doubt, this specifically prohibits you from using automated ticket purchasing software on the SeatGeek online marketplace, and prohibits you from circumventing any security measure, access control system, or other technological control or measure on the SeatGeek online marketplace that is used to enforce posted event Ticket purchasing limits or to maintain the integrity of posted online Ticket purchasing order rules."

To clarify, we believe the use of bots is very much a primary ticketing issue, *i.e.*, that is when the illicit/illegal use of bots in the ticket purchasing process takes place. There is no effective way a resale marketplace can detect whether tickets listed by a third party for resale were acquired initially using bots; once listed for resale, they appear as any other resale ticket listing.

During primary ticket onsales where we are the primary ticketing services provider, *e.g.*, for events at M&T Bank Stadium and Northwest Stadium, SeatGeek's platform employs technologies to detect and block bots. In addition, we review certain ticket purchases to help ensure that they were made by a human and were not fraudulent, have a review process that checks for unusual behavior and anomalies that could indicate the use of bots, and limit the number of tickets that can be purchased by a single user to prevent bulk purchases by bots, helping to ensure that tickets are made available to a wider range of fans. Our platform also uses secure payment processing to prevent fraudulent transactions. By implementing these and other measures, we continually strive to prevent bots from accessing our primary platform, as our goal is always to ensure a secure and fair ticket purchasing experience on behalf of our enterprise clients and, above all, our customers.

- **MARYLAND AG QUESTION: Identify the impact on the market of any measures taken in other states to protect consumers in the event ticket market, such as through resale price caps, limits on fees and charges by secondary market resale platforms, requiring the transferability of event tickets, and restrictions on the use of bots to purchase tickets for resale.**

SEAT GEEK

We believe states have recognized that consumers benefit from markets where ticket prices are set according to the laws of supply and demand, and no state is actively limiting the resale price of tickets to live events. While a few states do have legacy resale price or fee cap laws on the books (typically dating back to pre-internet days of folks reselling tickets on the corner or alley near a venue), they are not enforced. And it even appears that the legacy Massachusetts resale price cap statute may be rescinded as soon as this Fall.[16]

Six states[17] have laws protecting ticketing transferability, *i.e.* requiring that tickets be transferable. We note that in states such as Maryland where these laws do not exist, fans are susceptible to missing out on the opportunity to purchase lower-priced tickets for events where demand turns out to be less than expected. For example, at Pearl Jam's upcoming concerts this weekend in its home state of Illinois (one of the six aforementioned states where transferability is protected), resale tickets are available for as little as $40 (apparently well below their initial price).[18] At the same time, the event provider (Live Nation) for Pearl Jam's upcoming September 12 show at CPG Bank Arena in Baltimore (admittedly a smaller venue than Wrigley Field) is seeking to restrict ticket transfer to the Ticketmaster "Face Value Exchange" where tickets can only be bought and sold at "face value" (and not below). As it appears demand for these shows has not met expectations, tickets for this concert are listed on the SeatGeek marketplace at prices well below those for the same section on Ticketmaster's Face Value Exchange.[19] As Maryland fans may be concerned whether they will be allowed into CFG Bank Arena if they arrive with tickets purchased outside "official" channels, they risk being deprived of the opportunity to purchase market-driven, lower-priced tickets to the upcoming Pearl Jam concert.

We further note that in overseas jurisdictions where ticket resale is restricted or proscribed, ultra-high demand events like the recent Taylor Swift concert tour leg in Europe unfortunately, but not surprisingly, see a spike in fraudulent activity as commerce is driven underground, *i.e.*, to unreliable and unsafe settings. For example, as of April 2024 - months before her eight London concert dates in June and August -

---

[16] Besides Maryland we are aware of two states, Minnesota and New Hampshire, in which legislation advocating for resale price or fee caps was introduced in 2024. Neither of those two state legislatures moved forward with those provisions as initially proposed as part of ticketing reform legislation.

[17] Illinois, New York, Connecticut, Virginia, Colorado and Utah

[18] *See* Pearl Jam Tickets For Their Wrigley Field Shows Are Going For Under $40. Here's Why", Block Club Chicago, August 29, 2024, https://blockclubchicago.org/2024/08/29/pearl-jam-tickets-for-their-wrigley-field-shows-are-going-for-under-40-heres-why/.

[19] See attached screenshots at end of document taken earlier today. These screenshots are from the (i) Ticketmaster and (ii) SeatGeek websites, showing ticketing availability and pricing on each site for Section 105 for the upcoming September 12 Pearl Jam concert at CFG Bank Arena. It is also worth noting the variations in "Face Value" on the Ticketmaster site.

SEAT GEEK

Lloyds Bank was already estimating that thousands of UK fans had lost over £1 million in ticket scams, and that "90% of the reported concert ticket scams started on Facebook."[20] *See also, Taylor Swift fans warned of ticket scams ahead of Dublin concerts ("Bank of Ireland warns fans seeking tickets for Dublin gigs to be alert to criminals' efforts to con them").*[21] This avalanche of fraud and ticket scams is the diametrical opposite of the fan experience on SeatGeek.

_____

We thank you for the opportunity to comment on these important topics, and look forward to further engagement and discussions with Maryland policymakers to help ensure that any future policy initiatives regarding live event ticketing are well-informed and pro-consumer.

Very truly yours,

Joe Freeman
VP, Government Relations
SeatGeek

[20] Lloyds Bank Press Release, "Avoid a Cruel Summer: Lloyds Bank issues urgent warning over Taylor Swift ticket scams," April 17, 2024, https://www.lloydsbankinggroup.com/assets/pdfs/media/press-releases/2024-press-releases/lloyds-bank/2024.04.17-lloyds-bank-urgent-warning-over-taylor-swift-ticket-scams.pdf.

[21] Irish Times, "Taylor Swift fans warned of ticket scams ahead of Dublin concerts: Bank of Ireland warns fans seeking tickets to Dublin gigs to be alert to criminals' efforts to con them," June 24, 2024, https://www.irishtimes.com/culture/music/2024/06/24/taylor-swift-fans-warned-to-be-aware-of-ticket-scams-ahead-of-dublin-concerts/.

SEAT GEEK


Pearl Jam - Dark Matter Worl
Pearl Jam Tickets Baltimore
ticketmaster.com/pearl-jam-dark-matter-world-tour-baltimore-maryland-09-12-2024/event/15006035B07826B7
Finish update
ticketmaster
Sell Tickets
Sign In
Home / Concert Tickets / Rock / Pearl Jam
Pearl Jam - Dark Matter World Tour 2024
More Info
Thu • Sep 12 • 7:30 PM
CFG Bank Arena, Baltimore, MD
Important Event Info: The artist wants to give fans, not scalpers, the best chance to buy tickets at f...
more
2 Tickets
Filters
$411
$936
Price includes fees (before taxes if applicable).
LOWEST PRICE
BEST SEATS
Sec 105 • Row C
Face Value Exchange Ticket
$660.95
Sec 105 • Row C
Face Value Exchange Ticket
$660.95
Sec 105 • Row C
Face Value Exchange Ticket
$660.95
Sec 105 • Row E
Face Value Exchange Ticket
$498.70
Sec 105 • Row G
Face Value Exchange Ticket
$848.15
Sec 105 • Row J
Face Value Exchange Ticket
$848.15
Sec 106 • Row C
Legend

SEAT GEEK


Pearl Jam - Dark Matter Worl
Pearl Jam Tickets Baltimore
seatgeek.com/pearl-jam-tickets/baltimore-maryland-cfg-bank-arena-2024-09-12-7-30-pm/concert/6394584
Finish update
SEAT GEEK
What do you want to see live?
Sports
Music
Shows
Cities
USD
Sell
Support
Section 105
4 listings available
$426 each incl. fees
6 Good Deal · 1 ticket
Row Q
$502 each incl. fees
8 Great Deal · 2 tickets
Row F
$597 each incl. fees
6 Good Deal · 2 tickets
Row H
$647 each incl. fees
7 Great Deal · 2 tickets
Row B
$903
$466
$601
$432
$647
$502
$597
$426
105