# Exhibit H

**Council of the District of Columbia**
1350 Pennsylvania Avenue NW, Suite 504
Washington, DC 20004

November 4, 2025

Dear Councilmembers Allen, Bonds, Frumin, Henderson, Lewis, George, McDuffie, Mendelson, Nadeau, Parker, Pinto, White Jr., White Sr., and Wendell:

My name is Kevin Kimble, Executive Director of the Southern Christian Leadership Global Policy Initiative (SCL-GPI). SCL is a civil rights and social justice nonprofit organization founded by Rev. Dr. Martin Luther King, Jr., and SCL-GPI was established to further the SCLC's mission to navigate global policy issues.

I am writing to thank you, on behalf SCL-GPI and the other organizations whose logos are included in this letter's header, for your attention to the problem of ticket scalping in the District. The RESALE Act is a significant first step toward addressing this issue, and we greatly appreciate you introducing it and holding a public hearing on the legislation last week.

While the bill contains many great provisions, we agree with Mayor Bowser's administration that the provision establishing a price cap is problematic and will cause unintended consequences.

As you already heard in the Bowser administration's testimony, price caps could drive ticketing activity to unregulated markets, leading to increased fraud. SCL-GPI also fears that such a measure would increase Live Nation/Ticketmaster's market share and raise concerns about monopolization, the very corporation responsible for most of the ticketing industry's problems.

I have attached a copy of my organization's statement on the price-cap issue, as well as a relevant article on the concern from *The Washington City Paper.*

We thank you again for your leadership on this vital issue and for working to price D.C.'s working families back into the city's cultural events. Please don't hesitate to reach out with any questions you may have.

Thank you again for your leadership.

Sincerely,

**Kevin B. Kimble, Esq.**
Executive Director
Southern Christian Leadership Global Policy Initiative

CC:
The Honorable Muriel Bowser, Mayor of Washington, D.C.
The Honorable Adrea Turner, Chief of Staff, Office of the Deputy Mayor for Planning and Economic Development
The Honorable Jamie Scott, Deputy Chief of Staff
The Honorable Ryan Nicholas, Legislative Director

**Statement of Support**
**October 24, 2025**

# Mayor Bowser Is Right: Ditch the Ticketmaster Bailout to Make the Resale Act a True Social Justice Win




We commend Councilmember Charles Allen and the D.C. Council for holding a public hearing on the Resale Act and taking meaningful action to address ticket scalping. This issue has plagued the District for far too long. We support the bills' efforts to protect consumers by stopping speculative tickets (tickets that aren't yet owned by the lister) and addressing the predatory computer bot programs corporate brokers use to bulk buy tickets before ordinary District residents ever have a chance. However, we agree with Mayor Muriel Bowser that the Council needs to make a few key adjustments before the Resale Act can be considered a social justice win.

## How We Got Here

The problem of wholly unaffordable events in the District began in 2010, when the Department of Justice approved the merger of Live Nation and Ticketmaster. These two companies, once direct competitors, were allowed to turn into a vertically integrated monopoly — one that now controls nearly every part of the live event ecosystem, from artist management and concert promotion to venue ownership and ticket sales.

## How It Works Today

Through exclusive contracts, Live Nation-Ticketmaster now forces most major venues to sell tickets only through their monopoly. Venues that risk losing access to top tours and artists who object, may be locked out of major arenas. In D.C., this means fans have almost no alternatives. Service fees often exceed 25% of a ticket's face value — a cost that falls hardest on working families. Worse, Ticketmaster allows the automated computer bot programs, overseen by corporate brokers, to buy thousands of tickets within seconds of D.C. events going on sale. They then quickly resell these tickets at inflated prices on secondary markets. A recent Federal Trade Commission lawsuit found that Live Nation intentionally allows this because it enables the monopoly to cash in on fees twice: on the original sale and then on the resale.

## The Accidental Gift to Ticketmaster in the Resale Act

These concerns about monopolization are why the D.C. Attorney General was right to sue the company. They are also why Mayor Bowser's administration is correct to sound the alarm about one provision of the Resale Act: its proposed 10% price cap on resale listings. This may sound good in theory, but the fact that Live Nation/Ticketmaster is pushing this idea should give all advocates of sound social justice policies reason to pause.

News reports suggest that Live Nation is the only ticketing giant with deep enough pockets to survive a price cap, meaning that if one is enacted, Live Nation's competition will cease to exist. The monopoly would gain control of the entire ticketing marketplace, leaving us completely at its mercy.

## Break It Up, Don't Build It Bigger

The Live Nation/Ticketmaster monopoly is already bleeding District residents enough as it is. It should be broken up, not made bigger.

The D.C. Council's intent has always been to protect families, not to enrich monopolies. We commend the Council for making a good-faith effort to address this issue and look forward to working with its members to ensure the Resale Act fully protects D.C. consumers, restores fairness and competition, and keeps our city's culture accessible to every family

WASHINGTON CITYPAPER

# Consumer Protection or Ticketmaster Giveaway? D.C. Council Weighs Ticket Scalping Bill

https://washingtoncitypaper.com/article/772924/ticketmaster-d-c-council-ticket-scalping-bill/

The D.C. Council on Oct. 22 will hold a hearing on the Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act, a consumer-protection effort intended to curb ticket scalping and increase transparency for ticket purchasers in the District.

Bill 26-0224 would make it illegal to resell a ticket for more than 10 percent above face value and require ticket sellers to make an effort to block scalpers and corporate brokers from using automated computer programs to bulk-buy tickets online. Those programs are designed to scoop up vast sums of ticket sellers' inventory the second shows go on sale, making it difficult for fans to purchase tickets at face value.

The legislation would also ban "speculative" listings—ads for tickets that sellers don't actually own yet—that lawmakers say would cut down on scams and fake tickets. It would also establish "all-in" pricing so buyers can see the total cost—including taxes and fees—before checkout, and require high-volume sellers, defined as anyone selling more than 50 tickets per year, to register and pay a $10,000 bond as a safeguard in case they break the rules.

The D.C. attorney general would also be able to fine violators up to $10,000 per ticket.

The bill, introduced with great fanfare last year by Ward 6 Councilmember **Charles Allen**, has received support from more than 30 local venues and consumer groups, including **Allyson Jaffee**, owner of DC Improv Comedy Club, and **Donald Cohen**, executive director of the Fan Alliance, a nonprofit dedicated to advocating on behalf of music fans.

"The Resale Act goes a long way to solving the problems that impact fans," Cohen says in his written testimony.

But one provision, the 10 percent cap on resale tickets, could end up hurting consumers and boosting Live Nation's bottom line.

**The Bots Crackdown**

The legislation's supporters and critics alike generally agree that one of the bill's central

provisions—targeting the automated bots that scalpers use to buy tickets in bulk—is sound policy.

“These bots buy up thousands of tickets within seconds of going on sale, leaving consumers to pay inflated resale prices or miss out entirely,” says **Chris Gowen**, an adjunct professor of law at American University, in written testimony.

In a September 2025 federal lawsuit, the Federal Trade Commission accused Live Nation (the parent company of Ticketmaster), which controls roughly 80 percent of the primary ticketing market, of allowing such bots to purchase thousands of tickets to major concerts. Gowen argues this practice lets Live Nation profit twice: from the initial sale and again from resales on its own platform.

Although federal law already bans this conduct under the Better Online Ticket Sales (BOLTS) Act of 2016, enforcement has been sparse.

“Despite the BOTS Act being enacted in December 2016, the FTC has taken action only once,” Sen. **Richard Blumenthal**, a Democrat from Connecticut, wrote in a 2024 letter to the FTC criticizing lax oversight.

The federal government has limited resources for enforcement. That’s why states and districts frequently support consumer protection by giving their attorney general enforcement power. The RESALE Act would allow the Office of the D.C. Attorney General—already part of a multistate antitrust suit against Live Nation—to directly enforce anti-bot rules locally.

**Concerns About Fraud**

The bill’s critics generally support tougher action on bots and added accountability measures on ticket sellers. But some warn that the legislation’s cap on the cost of resale tickets at no more than 10 percent of face value could backfire.

Some economists have suggested that similar caps abroad have pushed sales to unregulated websites and fueled fraud.

“That’s exactly what happened in Ireland after its 2021 Sale of Tickets Act,” **Danielle Zanzalari**, an economics professor at Seton Hall University, wrote in an op-ed earlier this year. “Fraud complaints skyrocketed as criminal networks stepped in to supply tickets legitimate platforms could no longer provide.”

A poll (which was funded by StubHub) determined that fraud rates were nearly four times higher in jurisdictions with resale limits, such as Victoria, Australia, and Ireland, than in the U.K., which has no price cap.

But there are much stronger consumer protections in the U.S. than in these regions, so if the policy does increase fraud, it likely would not reach nearly the same extent.

**Concerns About Entrenching Ticketmaster’s Monopoly**

Other analysts point to Live Nation-Ticketmaster’s public support for a resale price cap as evidence that the near monopoly could bankrupt ticket resellers such as SeatGeek, StubHub, and Vivid Seats, entrenching Live Nation-Ticketmaster’s market dominance at consumers’ expense.

"Although Ticketmaster, with its vertical integration across venue ownership, artist management, and primary ticketing, could absorb any loss, most other ticket platforms couldn't survive under a government-imposed resale price-control regime," **Michael Busler**, a professor of finance at Stockton University, writes in an op-ed. "Once they are gone, Ticketmaster would conveniently find itself with all the business its competitors lost, and fans would be left stuck paying whatever fees the Ticketmaster monopoly decides."

Zanzalari agrees, arguing that "what looks like a safeguard is really an attempt to secure Live Nation's monopoly power."

Indeed, Live Nation is backing the price-cap proposal and has asked the Trump administration to push for a 20 percent cap.

**What's Next**

At the Oct. 22 hearing, councilmembers are expected to hear from more than 50 District residents, consumer advocates, economists, and advocacy organizations before deciding whether to advance the measure.

If passed, Mayor **Muriel Bowser**'s administration would draft regulations defining "face value" and outlining how violations are tracked.

With dozens of witnesses slated to testify, the Council faces a delicate task: curbing scalping and deceptive practices without strengthening the very monopoly it aims to restrain.