# Exhibit O

## Anthony Farah

This will do more harm than good. Bots must be stopped, that I agree with. But to put a resale cap will only harm the consumer. Sure, you hear about the Taylor Swift concerts that balloon in price. But literally almost 90% of events become bargains on the secondary market and sell for way below face value as the events get closer. That won't happen anymore; venues and Ticketmaster will have unchecked power to just say "this is the price, deal with it." And not to mention dynamic pricing; all of these venues and Ticketmaster use dynamic pricing to just manipulate the market already. With dynamic pricing, there's lirerally no such thing as face value anyways. Take away the secondary market and you just strengthen this monopoly. Of course venues are in favor of it because when events sell for less than face value on the secondary market, these venues end up making less money. But you know who wins? The consumer. Most events become bargains on the secondary market because it is a free market. If you eliminate a free market, all you will do is eliminate secondary market deals and strengthen Ticketmaster's monopoloy. They'll have unchecked free reign to charge whatever they want. A free market results in checks and balances amongst the primary and secondary markets. Creating a resale cap won't bring prices down; it will eliminate ALL great ticket deals and push people to shady back alley transactions.