# Exhibit P

**Committee Print**
**Committee on Public Works and Operations**
**B26-0224**
**June 22, 2026**

A BILL

______________________

IN THE COUNCIL OF THE DISTRICT OF COLUMBIA

______________________

To amend Title 28 of the District of Columbia Official Code to protect artists, venues, and consumers in the District from unfair and deceptive practices in live event ticket purchases by clarifying a ticket issuer, reseller, or secondary ticket exchange's existing obligation under the Consumer Protection Procedures Act, like in all industries, to clearly and conspicuously disclose upfront certain information regarding ticket pricing, to prescribe procedures governing the provision of refunds, to prohibit the sale of speculative tickets, to prohibit a ticket issuer from restricting the transferability of a ticket unless the terms and conditions on transferability are clearly disclosed to the consumer prior to purchase, to permit ticket issuers to maintain and enforce policies and conditions or requirements for ticket purchase with respect to conduct, behavior, public health and safety, or age at the venue or event, and establish limits on the amount of tickets that can be purchased, to require a ticket issuer or secondary ticket exchange to maintain reasonable technology to prevent any machine, device, computer program, or computer software, with or without human assistance, from bypassing security measures or access control systems designed to limit the number of tickets that can be purchased by a person on a marketplace for initial purchase or secondary ticket exchange, to require the Mayor to issue rules, to authorize the Mayor to establish regulations governing the price and fee structure for the primary and secondary ticket markets, and to provide for civil penalties for violations of this chapter; and to amend Chapter 28 of Title 47 of the District of Columbia Official Code to require a reseller that resells or offers to resell 50 or more tickets a year to obtain a license and maintain a surety bond of $25,000, to clarify that secondary ticket exchanges shall obtain a basic business license, and to outline licensing and reporting requirements for the Department of Licensing and Consumer Protection, resellers, and secondary ticket exchanges.

BE IT ENACTED BY THE COUNCIL OF THE DISTRICT OF COLUMBIA, That this act may be cited as the "Restricting Egregious Scalping Against Live Entertainment (RESALE) Amendment Act of 2026".

Sec. 2. Title 28 of the District of Columbia Official Code is amended as follows:

(a) The table of contents is amended by adding a new chapter designation to read as follows:

"55. Sale and Resale of Live Event Tickets.".

(b) A new Chapter 55 is added to read as follows:

"Chapter 55. Sale and Resale of Live Event Tickets.

"28-5501. Definitions.

"28-5502. Ticket disclosure and refund requirements.

"28-5503. Prohibition on the sale or resell of speculative tickets.

"28-5504. Transferability of tickets.

"28-5505. Requirement of reasonable technology for a ticket issuer and secondary ticket exchange.

"28-5506. Requirements for resale of tickets.

"28-5507. Rules.

"28-5508. Penalties and enforcement.

"§ 28-5501. Definitions.

"For the purposes of this chapter, the term:

"(1) "Department" means the Department of Licensing and Consumer Protection.

"(2) "Resale" means the second or subsequent sale of a ticket by any method,

including in-person transactions, telephone, mail, e-mail, facsimile, or electronic means through a website or mobile application.

"(3) "Reseller" means a person engaged in the resale of tickets.

"(4) "Secondary ticket exchange" means an electronic marketplace that enables a person to sell, purchase, and resell tickets.

"(5) "Speculative ticket" means a ticket that is not in the actual or constructive possession of a reseller at the time of listing, sale, resale, or advertisement, including tickets that are not owned by the reseller and ticket that are under contract to be transferred to the reseller.

"(6) "Ticket" means any form of physical, electronic, or other evidence that grants the possessor of the evidence license to enter a place of entertainment for one or more events, including live concerts, theatrical performances, shows, or similarly scheduled live activities, at a specified date and time; provided, that the event is not a sporting event organized by a professional or intercollegiate sports team located in the District or professional athletic association with an event located in the District; provided further, that the event is not a motion picture screening.

"(7) "Ticket issuer" means a person or their agent who issues tickets for initial sale, including musicians, venues, promoters, theater companies, and marketplaces for initial purchases.

"§ 28-5502. Ticket disclosure and refund requirements.

"(a) The listing for a ticket and each step of a transaction to purchase a ticket shall clearly and conspicuously disclose:

"(1) The total price of the ticket, including all fees and taxes other than shipping costs that are not determinable at a step in the transaction;

"(2) An itemized listing of all charges that comprise the total price of the ticket, including all fees and taxes; and

"(3) The seat number, zone, and section, to the extent applicable to the seat and venue.

"(b)(1) The total price of a ticket disclosed pursuant to subsection (a) of this section may be increased in a noninitial step of a transaction by the amount of reasonable shipping costs for physically delivered tickets.

"(2) The shipping costs allowed under paragraph (1) of this subsection may vary with the consumer's location relative to the shipment's location of origin and the delivery method selected by the consumer.

"(3) The total price of the ticket, including all fees, taxes, and shipping costs, shall be clearly and conspicuously disclosed prior to final purchase of the ticket.

"(c)(1) A ticket issuer, secondary ticket exchange, or reseller directly engaged in a transaction with a consumer shall provide a full refund, including all fees and taxes, if:

"(A) The ticket is counterfeit;

"(B) The event is canceled; or

"(C) The ticket does not conform to the description provided at the time of purchase.

"(2) Refunds shall be issued within 10 days of the event's cancellation or discovery of non-conformance.

"(3) Notwithstanding paragraphs (1) and (2) of this subsection, a nonprofit corporation organized under Chapter 4 of Title 29 of the District of Columbia Official Code shall not be required to provide a refund if a consumer elects to donate the cost of their ticket.

"§ 28-5503. Prohibition on the sale or resale of speculative tickets.

"A reseller or a secondary ticket exchange shall not sell, resell, or offer to sell or offer to resell speculative tickets.

"§ 28-5504. Transferability of tickets.

"(a) A ticket issuer shall not restrict the transferability of a ticket sold unless the terms and conditions on transferability are clearly and conspicuously disclosed to the consumer prior to purchase and the consumer acknowledges receipt of such disclosure prior to purchase.

"(b) A ticket issuer may, subject to applicable District or federal law:

"(1) Maintain and enforce policies and conditions or requirements for ticket purchase with respect to conduct, behavior, public health and safety, or age at the venue or event; and

"(2) Establish limits on the quantity of tickets that may be purchased.

"§ 28-5505. Requirement of reasonable technology for a ticket issuer and secondary ticket exchange.

"A ticket issuer and secondary ticket exchange, to the extent applicable and under the totality of the circumstances, shall implement and maintain reasonable technology to prevent any machine, device, computer program, or computer software, with or without human assistance, from bypassing security measures or access control systems designed to limit the number of tickets that can be purchased by a person on a primary or secondary ticket exchange.

"§ 28-5506. Requirements for resale of tickets.

"(a) A secondary ticket exchange shall, prior to a ticket being resold or offered to be resold:

"(1) Verify that the reseller meets all licensure and bonding requirements established in § 47-2890.02; and

"(2) Disclose the original purchase price of the ticket, including all fees and taxes in connection with the initial purchase price of the ticket.2

"§ 28-5507. Rules.

"(a) The Mayor, pursuant to Title I of the District of Columbia Administrative Procedure Act, approved October 21, 1968 (82 Stat. 1204; D.C. Official Code § 2-501 et seq.), shall issue rules to implement the provisions of this chapter.

"(b) Notwithstanding subsection (a) and § 28-5506(b), the Mayor is authorized to promulgate rules governing the price and fee structure for the primary and secondary market sale of tickets covered under this chapter, including establishing limitations on:

"(1) The maximum ticket sale fees that may be charged;

"(2) The use of dynamic pricing; and

"(3) The total resale price of a ticket, expressed in a percentage of the total purchase price of the initial ticket.

"§ 28-5508. Penalties and enforcement.

"(a) A violation of this chapter shall be a Class 2 civil infraction and subject to fines pursuant to section 3201 of Title 16 of the District of Columbia Municipal Regulations (16 DCMR § 3201).

"(b) Failure to comply with the requirements of this chapter shall be an unlawful trade practice under § 28-3904.".

"(c) The civil penalty imposed pursuant to subsection (a) of this section shall be in addition to the remedies available to the Attorney General pursuant to § 28-3909.

Sec. 3. Subchapter IV of Chapter 28 of Title 47 of the District of Columbia Official Code is amended as follows:

(a) The table of contents is amended by adding the following after "47-2889.08. Relation to Electronic Signatures in Global and National Commerce Act.":

"Part H. Ticket Resellers and Secondary Ticket Exchanges.".

(b) A new Part H is added to read as follows:

"Part H. Ticket Resellers and Secondary Ticket Exchanges.

"§ 47-2890.01 Definitions.

"For the purposes of this chapter, terms shall have the same meaning as set forth in § 28-5501.

"§ 47-2890.02 Ticket resellers.

"(a)(1) No reseller that posts 50 or more ticket resale listings in a year shall operate in the District without obtaining a license from the Department.

"(2) If a reseller lists a single ticket for resale across multiple secondary ticket exchange platforms, the total number of listings for the ticket shall count toward the threshold provided in paragraph (1) of this subsection.

"(b) An applicant for licensure shall provide the following information to the Department:

"(1) Full legal name and any aliases or usernames used in the resale of tickets;

"(2) Contact information, including a physical street address, email address, and phone number;

"(3) All associated entities involved in the resale of tickets;

"(4) Proof of current surety bond as required by subsection (d) of this section;

"(5) And any additional information required by the Department.

"(c) All entities under common ownership or control of a person shall be considered one reseller for the purposes of the license requirements imposed under this section.

"(d)(1) A reseller that lists 50 or more tickets for resale in a year shall maintain a surety bond of $25,000 to ensure compensation to consumers in cases where the reseller fails to deliver purchased tickets or engages in fraudulent activities.

"(2) The surety bond shall cover compensation for lost funds by the consumer, including travel expenses incurred by the consumer if the reseller fails to deliver the purchased tickets.

"(3) The Department may adjust the surety bond requirements by rulemaking.

"§ 47-2890.03 Secondary ticket exchanges.

"A secondary ticket exchange shall obtain a basic business license to operate in the District in accordance with D.C. Official Code § 47-2851.02.

"§ 47-2890.04 Reporting requirements.

"(a) The Department shall maintain a list of licensed resellers and make the list available to the public via the Department's website. The list shall:

"(1) Include the legal name, aliases, and associated entities of all registered resellers; and

"(2) Be updated at least quarterly; and

"(3) Include information on any violations of this part and Chapter 55 of Title 28 of the District of Columbia Official Code within the past 5 years.

"(b) A licensed reseller shall retain for 3 years:

"(1) The total number of tickets resold by the licensed reseller ;

"(2) The original purchase price of each ticket purchased by the licensed reseller within the previous year; and

"(3) The final resale price of each ticket resold by the licensed reseller.

"(c) A secondary ticket exchange shall:

"(1) Maintain records for 3 years of all licensed resellers and all tickets resales in the District on its platform for inspection and upon request by the Department at least annually, including:

"(A) The total number of tickets resold by a licensed reseller on its platform;

"(B) The original purchase price of each ticket resold by a licensed reseller; and

"(C) The final resale price of each ticket resold by a licensed reseller.

"(2) Report any unlicensed or non-compliant resellers that sell, offer to sale, or list tickets to an event being held in the District to the Department.

"§ 47-2890.05 Penalties and enforcement.

"(a) The Department may suspend, revoke, or deny the license of any secondary ticket exchange or reseller found to be in violation of this part and Chapter 55 of Title 28 of the District of Columbia Official Code.

"(b) Failure to comply with the requirements of this part shall be an unlawful trade practice under § 28-3904.".

Sec. 4. Applicability.

(a) This act shall apply as of January 1, 2027.

(b)(1) Amendatory section 28-5506 within section 2 and section 3 shall apply upon the date of inclusion of their fiscal effect in an approved budget and financial plan.

(2) The Chief Financial Officer shall certify the date of the inclusion of the fiscal effect in an approved budget and financial plan and provide notice to the Budget Director of the Council of the certification.

(3)(A) The Budget Director shall cause the notice of the certification to be published in the District of Columbia Register.

(B) The date of publication of the notice of the certification shall not affect the applicability of this act.

Sec. 5. Fiscal impact statement.

The Council adopts the fiscal impact statement in the committee report as the fiscal impact statement required by section 4a of the General Legislative Procedures Act of 1975, approved October 16, 2006 (120 Stat. 2038; D.C. Official Code § 1-301.47a).

Sec. 6. Effective date.

This act shall take effect after approval by the Mayor (or in the event of veto by the Mayor, action by the Council to override the veto) and a 30-day period of congressional review as provided in section 602(c)(1) of the District of Columbia Home Rule Act, approved December 24, 1973 (87 Stat. 813; D.C. Official Code § 1-206.02(c)(1)).