# Exhibit V

fan alliance

To the members of the DC City Council,

Fan Alliance is a national independent grassroots non-profit organization of fans dedicated to creating a sustainable music ecosystem. W**e are in full support of the Ticket Resale Act (Bill 26-224.)**

As distinct from other so-called fan organizations, Fan Alliance is truly independent. We take no funds from industry sources. We represent thousands of actual fans in every state in the country.

Ticketing reform is urgently needed – for both concert fans and artists. We hear from fans across the country about ticket pricing schemes that add hidden fees, that allow third party sellers to charge exorbitant prices for supposedly "sold out" concerts or for premium seats.

We've heard from concert goers about their experiences attempting to purchase tickets when a show is announced but are "crowded out" by ticket resellers who obviously have systems to buy up tickets quickly. This can only be possible if the resellers are using algorithms or other forms of "bots" to secure large numbers of tickets – only to resell them at highly inflated prices.

Most egregiously, we've heard of examples of ticket resellers selling so-called "spec tickets" – tickets that had not even gone on the market yet. In other words, fake tickets. Fan excited and anxious to not miss out on a show, will pay for high priced, non-existent tickets. This needs to be prohibited and vigorously enforced.

The Resale Act goes a long way to solving the problems that impact fans – higher ticket prices, limiting the availability of tickets, finding that they have bought fake tickets and not knowing what fees are included in ticket prices until the final purchasing step.

This bill will

- Ban speculative tickets (aka tickets that don't yet exist,)
- Require full fee disclosure early in the ticket buying process.
- Sets reasonable limits on fees and resale purchase price.
- Make sure fans can get timely refunds for cancelled events.
- Creates a registration requirement for larger resellers to ensure resellers are professional services with accurate record keeping that will allow appropriate public oversight.

Please support this important legislation.

Sincerely,

Donald Cohen
Executive Director
www.thefanalliance.org