# Exhibit W

# SeatGeek General View



# TickPick General View



# Vivid Seats General View



# Vivid Seats Specific Seat View



# Gametime General View



# Gametime Specific Seat View

