**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TICKET POLICY FORUM, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Case No. 1:26-cv-03577 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 14, 2026 Minute Order, Plaintiffs and Defendant District of Columbia respectfully submit this joint status report. Earlier this afternoon, the parties conferred and reached an agreement to a schedule where Defendant would file its opposition brief on November 4, and Plaintiffs would file their reply brief on November 12. Plaintiffs request oral argument; the District does not; but the parties were prepared to jointly propose November 20 between 9 a.m. and noon or November 23 for an argument date, if the Court chooses to hold argument. The parties did not anticipate factual disputes; although, the District was still reviewing the voluminous record.

However, while the parties were finalizing their report, at 3:28 p.m., counsel for the District received a complaint and accompanying motion for a preliminary injunction in a new case filed this afternoon that appears to challenge the same law. That case is *National Association of Ticketing Professionals v. District of Columbia,* No. 26-cv-3620. Plaintiffs' counsel in that case stated when serving the District that they have marked that case as related to this one, so presumably under the Local Rules it will be assigned to this Court.

Given this late-breaking development, the District unfortunately—and through no fault of its own or Plaintiffs'—can no longer propose the schedule that the parties in this case intended to propose. Because the cases are related and seek similar relief, they should follow a similar schedule. The District now must respond to two motions for a preliminary injunction. Regardless of how similar they are (something the District has not yet been able to assess), the District cannot respond to two motions raising complex issues on a large record in three weeks. Put simply, the circumstances have changed since the District conferred about a schedule in this case earlier today. Accordingly, the District requests that the Court order the parties in both cases to confer and submit a joint status report proposing a schedule for both cases by 5 p.m. on October 20.

The parties respectfully address two additional matters that they believe will be helpful to the Court.

First, Plaintiffs filed a motion to seal portions of five declarations on October 14, 2026. Dkt. 12. The District consents to that motion to seal.

Second, the parties respectfully request that the Court stay the District's responsive pleading deadline so the parties can focus on briefing Plaintiffs' motion for a preliminary injunction. *See, e.g.*, Min. Order, *Hanson v. District of Columbia*, No. 22-cv-2256 (D.D.C. Sept. 7, 2022) (staying responsive pleading deadline pending resolution of a motion for a preliminary injunction). The parties request that the Court's order provide that the parties are to file a joint status report within seven days on a decision on the motion for preliminary injunction that proposes next steps in the case.

Due to the late-breaking development, the parties were unable to file by 5 p.m. The parties apologize to the Court.

Dated: October 16, 2026

/s/ Lucas C. Townsend
Lucas C. Townsend (D.C. Bar No. 1000024)
Joshua S. Lipshutz (D.C. Bar No. 1033391)
Morgan L. Ratner (D.C. Bar No. 1026987)
(admission application pending)
Aaron M. Smith (D.C. Bar No. 888314520)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
LTownsend@gibsondunn.com
JLipshutz@gibsondunn.com
ASmith3@gibsondunn.com

Michael Holecek (*pro hac vice* forthcoming)
Jonathan N. Soleimani (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7761
MHolecek@gibsondunn.com
JSoleimani@gibsondunn.com

Counsel for Plaintiffs

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Adam J. Tuetken*
Adam J. Tuetken (D.C. Bar No. 242215)
Helen M. Rave (D.C. Bar No. 90003876)
Assistant Attorneys General
Civil Litigation Division
Office of the Attorney General for the District of Columbia
400 6th Street, N.W., Suite 1011
Washington, D.C. 20001
Tel: (202) 735-7474
adam.tuetken@dc.gov
helen.rave@dc.gov

Counsel for Defendant