**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TICKET POLICY FORUM, INC., *et al.*,

*Plaintiffs*,

v.

DISTRICT OF COLUMBIA,

*Defendant*.

Civil Action No. 1:26-cv-03577 (CJN)

**SCHEDULING ORDER**

Upon consideration of the Joint Status Report, ECF No. 20, and the entire record, it is hereby **ORDERED** that:

1. On or before **November 9, 2026**, Defendant shall file its Response to Plaintiffs' Motion for a Preliminary Injunction, ECF No. 10.

2. On or before **November 16, 2026**, Plaintiffs shall file their Reply in Support of their Motion for a Preliminary Injunction, ECF No. 10.

3. The Court will hold a hearing on Plaintiffs' Motion on **November 19, 2026**, at 10:00 a.m. ET in Courtroom 17.

DATE: October 21, 2026

CARL J. NICHOLS
United States District Judge