# EXHIBIT F

# Testimony — Randy Nichols, National Independent Talent Organization (NITO)

**Before the Council of the District of Columbia – Committee on Business and Economic Development**
**Re: B26-0224, the RESALE Amendment Act of 2025**

Good afternoon Chairperson McDuffie and members of the Committee.

My name is **Randy Nichols**, and I serve on the board of the **National Independent Talent Organization (NITO)**, where I lead our ticketing policy. I also manage global touring artists and have spent over two decades in the live-music business.

I appreciate the opportunity to speak in strong support of **B26-0224, the RESALE Amendment Act of 2025.**

---

## Why This Bill Matters

At its core, this bill is about **protecting fans, artists, and local venues** from a system that has been hijacked by the **private-equity-backed, multi-billion-dollar ticket-scalping industry.**

Every night in cities across America, tickets meant to cost $50 end up selling for $200, $300, even $500 — not because of organic demand, but because our laws have left the door open for unregulated arbitrage. Those markups don't make shows better or fund venues — they line the pockets of multinational resellers exploiting both technology and legal loopholes.

The truth is, the secondary market isn't a cottage industry of fans reselling tickets they can't use. It's a sophisticated global enterprise. Many of these companies use complex ownership structures that stretch through **places like the Cayman Islands and the Seychelles**, where regulation is minimal and transparency is nonexistent.

They act like **short sellers** — listing tickets before they even exist, driving prices up at the on-sale moment, then buying back cheaper later when fans' plans change. It's a financial instrument, not a fan service.

Meanwhile, companies like StubHub Who's K-1 states they spent **$850 million last year on marketing** and only around **$60 million on actual operations**. That's not a service; that's a predatory ad machine designed to keep fans trapped in their ecosystem.

B26-0224 finally gives the District tools to close these loopholes:

- **Caps resale prices** at a modest margin over face value.
- **Bans speculative listings** for tickets that don't actually exist.
- **Registers high-volume brokers** so they can be held accountable.
- **Demands data transparency and anti-bot protections** to curb mass ticket hoarding.

These are straightforward, consumer-first policies — the same kind of rules we already expect for airfare, hotels, and other regulated markets.

---

## Evidence That These Reforms Work

Last year, NITO conducted a national resale-market study using data from **The Cure's sold-out 2023 tour**, where the band deliberately kept prices affordable and used fan-to-fan exchanges at face value.

The results were striking:

- In **Los Angeles**, where artists are allowed to restrict transfer, **only 20 tickets** were sold on scalper marketplaces.
- In **New York**, where state law protects the scalpers instead of the consumers, **3,875 tickets** were resold for a single Madison Square Garden show.
- At Madison Square Garden, **3,875 tickets were resold on StubHub for a $519,579 profit**.
- In Maryland, for a nearly identical show, **only 3 tickets** were resold. That's not a coincidence — that's policy in action.

  That's the difference policy makes. **fans get the tickets — not scalpers.**

- Building on that data, the National Independent Talent Organization recently conducted a study of 65 random shows by artists represented by our members. The findings are staggering.
- Ticket resellers earned an average cumulative profit of $41,000 per show by charging roughly double the original ticket price. In multiple cases, tickets were resold for 10 times face value. In one instance, a ticket was resold for $1,014.49 when the average face value was just $79.55.

**These numbers expose the myth that scalpers "lose money most of the time." You can't build a multibillion-dollar industry on consistent losses. If they're not lying, they're laundering.**

- One last example, a prominent country artist — someone who intentionally keeps ticket prices low so more fans can attend — had 7,767 tickets sold on the secondary market for a single stadium show, the scalpers grossed $2.3 million. The average face value was $72, but resellers charged $298, a 313% markup. That artist's generosity was hijacked to enrich scalpers.

---

## The Human Impact

Resale platforms often brag about a "1% failure rate."
That sounds small until you do the math. At a 1,200-capacity club like the 9:30 Club, that means **a dozen people** left standing outside every sold-out show with fake or invalid tickets. At a large arena like **Capital One**, it's **200 people or more** — angry, disappointed, and facing venue staff who have to tell them they've been scammed.

And those fans don't blame the scalper hiding behind a website — they blame the person at the door. It creates security risks, emotional distress, and erodes trust in the entire live-event ecosystem.

Worse, refund policies on resale platforms often cover **only the ticket**, not the **travel, hotels, or time off work**. Imagine flying from overseas for a once-in-a-lifetime event — like next year's World Cup — only to find your ticket is fake. The "guarantee" means nothing when your trip is ruined.

---

## Technology and Enforcement

To truly protect fans, this legislation must also **ban any and all software** that allows scalpers to get tickets before fans can.
That includes:

- Dynamic credit cards that rotate numbers to bypass fraud checks.
- Queue-skipping extensions and session-spoofing tools.
- IP-masking and SIM-farm operations that mimic thousands of fake buyers.

- Automated text-verification bots and plug-ins that claim tickets faster than any human can.

If the District wants a fair marketplace, these tools have to be outlawed — full stop.

## Why This Is Good Policy for D.C.

The District's live-event sector is a cultural and economic engine — filling hotels, restaurants, and small businesses. But unchecked resale siphons that money out of the community and erodes fan trust.

This bill doesn't ban resale. It simply sets **guardrails** — guardrails that keep commerce fair, transparent, and fan-focused.

By passing B26-0224, the Council can make D.C. a **national leader in consumer protection**, while showing that supporting live events and protecting consumers are not mutually exclusive.

## Closing

On behalf of the **National Independent Talent Organization**, I thank you for advancing this thoughtful, balanced legislation.
We urge swift passage of the RESALE Amendment Act so the District can stand for what this is really about: **protecting fans, not scalpers.**

Thank you for your time.