# EXHIBIT G

Testimony of KOKAYI in Support of the RESALE Amendment Act of 2025

Good afternoon, Councilmembers. My name is KOKAYI, I'm a Grammy-nominated artist, Guggenheim Fellow, lifelong Washingtonian, born and raised off South Cap, the lil sliver of SW on the SE side, and at present a Ward 7 resident who grew up on Junkyard , and Chuck Brown and who now plays hundreds of shows and festivals across the world, from right here in D.C. to Europe, Africa, the Middle East, Asia, everywhere.

From international festivals to hole-in-the-wall clubs, the one consistent thing, no matter what language the audience speaks, after there is interest in the music that we play, is how much are tickets?, or, depending on who it is, is there a guest list?

I usually speak with the promoter, my manager or the venue regarding guest lists so I'm here to speak with you about the tickets and my strong support of the RESALE Amendment Act, and I want to thank Councilmember Allen, the co-sponsors for introducing this bill, and you for your time. Because time, even if reclaimed, is the only thing we can't get back.

I'm here to advocate on behalf of artists and friends, and as a Recording Academy governor, I know that the Recording Academy, or the Grammy folks, as you may know them, have been pushing for transparency in ticketing for a while, for both the artists they care for and for fans. And I'm leaning in on the word transparency, because if both sides don't know where the money's going, who does?

I'm an artist and a fan, I've stood in actual lines for shows and have been in these digital lines, where when I started with a ticket advertised at $45, when i click "checkout" suddenly it's $82. I'm hit with "processing fees", "convenience fees", "delivery fees", and at this point, I'm wondering if there's a "your internet or your fingers were too slow" fee.

This isn't just annoying, it's deceptive. When resellers swoop in and buy up all the tickets, only to flip them for three, five, or ten times the price, it creates the illusion that the artists are the ones cashing in. But let me be really clear, we are not.

My fee stays the same. The booker gets a cut, the ticketer gets a cut, the venue gets the bar and concessions. By the time everyone's done slicing the pie, what's left is the artist's fee, and that's been locked in for months before ticket sales happen. Everything associated with the ticket after that? That's money going to someone who didn't play a note, write a lyric, didn't set up a mic stand, or had to deal with their parents telling them to have a fallback plan or get a real job and years therapy to reconcile old traumas. But that's another meeting.

I want to be clear this isn't just about money or price caps, it's a both, and issue, because it's both about the aforementioned and, it's about messing with that relationship between my work as an artist and any potential new or longtime fan. I've had folks come up to me like, "Kok, I love your music, but why were tickets $300?" And I'm standing there thinking, when did these tickets become $300? I wish I knew that tickets were $300, because now I need to holler at the promoter.

The deeper issue that is happening is that people are leveraging love; the love fans have for the music, the love I have for the fans, and our connection, our escape. That's sacred. That's not something you play with.

I'm supporting this Act because it tackles this messy entanglement head-on:

It makes ticketing transparent and transparency is key especially when we talk about all-in pricing, which helps people know exactly what they're paying for. So that when the fees start piling up they know exactly whose pocket to watch. It bans speculative tickets, meaning no more people selling seats they don't have. And it caps resale prices at 10% above face value. That's fair and I get it, plans change — folks need to resell sometimes — but nobody should be running a lowkey Ponzi, Wall Street hustle, off a Rico Nasty, Ohhedead, or Backyard ticket.

I've spent over 30 years performing, collaborating, teaching, and traveling, and I've seen how music brings people together. But I've also seen how predatory ticketing drives them apart, when that kid is calling their parents to give up $500 more dollars because the better seat that was $100 in the beginning that puts them up close, they couldn't get that online because a reseller bought up the front rows to sell to the highest bidder, so no in desperation their own the phone, that's playing with love. It's about watching people get Beyonce fresh, boots, cowboy hats and clear bags, standing outside the venue in tears, when that scanned ticket that they purchased online through the reseller is nonexistent or fake, that's playing with love.

This bill is about protecting that love, restoring that trust, making sure that when people spend their hard-earned money to see an artist they love, that love isn't being exploited, with nebulous processing fees, fees for typing too slow or astronomical fees, because people are desperate to see those artists that they love.

So, yes, to some this might sound like a technical issue about fees and percentages, to others it's about the free market and supply and demand, but for the artists and folks that have to answer to our supporters, it's about respect, and relationships, respect for the artist, for the fan, and for the culture that keeps this city alive.

So as a council, I know you all need action items, so let's have some action and approve this bill. Our neighbors in Maryland have already passed a similar bill, and it's working. D.C. can, and should, lead right alongside. Three stars, two bars forever.

Thank you for your time, and for taking steps to make sure that the love between artists and audiences, the real economy of live music, can't be bought, flipped, or resold.