# EXHIBIT H

SAG·AFTRA

Screen Actors Guild – American Federation of Television and Radio Artists (“SAG-AFTRA”) submits the following letter in strong support of Bill 26-224.

SAG-AFTRA is the world's largest labor union representing performers, broadcasters and recording artists. Our diverse membership includes recording artists and singers who perform and tour live.

Bill 26-224 reflects an understanding that the interests of consumers and the interests of workers go hand in hand. We want to encourage live entertainment fans to become ongoing patrons of the arts, and so we have an interest in ensuring that they have the best possible experience without the deceptive practices and confusion that currently make ticket buying such a challenge.

By capping resale, Bill 26-224 eliminates resellers’ economic incentive to use bots or other tools to snatch up ticket inventory before actual fans, while also allowing a healthy secondary market to continue to exist, so fans don’t get stuck with tickets they can’t use. This also ensures that more of the money flowing into live entertainment will make it to workers, including singers, performers, crew, sound & light engineers, rather than private-equity backed companies that had no role in putting on the event, while also ensuring that consumers will pay less.

Our members typically have no control over ticket fees, but all-in pricing with clear and up-front itemization in 26-224 will guarantee that every consumer sees the full price up front, and will also see the face value of the ticket and fees - encouraging firms to compete to lower fees.

We believe that 26-224 is good for workers, including our members who reside and work in DC as well as touring artists from outside the state. Strong provisions in 26-224 make the District a more attractive place to perform. We are joined in this view by a broad array of organizations representing singers and musicians at all stages of their careers, including The Recording Academy, Artist Rights Alliance, Music Managers Forum, Black Music Action Coalition, Music Artists Coalition and more.

We urge a favorable report.

SCREEN ACTORS GUILD – AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS
5757 Wilshire Boulevard, Los Angeles, CA 90036-3600 * T/323 549-6555 * F/323 549-6605
SAGAFTRA.org