# EXHIBIT J

vividseats

100% buyer guarantee for every ticket sold. Learn more.

# Review Order

**Contact**

[redacted]

Update

**Payment Method**

- Credit / Debit Card
- PayPal
- Klarna
- Buy Now, Pay Later with PayPal

**EVENT TICKET PROTECTION** Allianz

**Get reimbursed up to 100%** of your ticket purchase if you can't attend an event due to a covered reason - such as a covered illness, traffic accident, weather emergency, and more.



**Smashing Pumpkins**

Thursday November 12 at 8:00pm

Kia Forum, Inglewood, CA

9.9 **Excellent Value**

All-In Ticket Price $361 × 2

Add gift card or promo code

**Total Amount** **$722**

**Floor D, Row 16**

2 Tickets