# EXHIBIT K

vividseats

100% buyer guarantee for every ticket sold. Learn more.

# Review Order

## Contact

[redacted]

Update

## Payment Method

- Credit / Debit Card
- PayPal
- Klarna
- Buy Now, Pay Later with PayPal

## EVENT TICKET PROTECTION

Allianz

**Get reimbursed up to 100%** of your ticket purchase if you can't attend an event due to a covered reason - such as a covered illness, traffic accident, weather emergency, and more.




**Mojo Brookzz - Dyon Brooks**

Saturday November 14 at 7:00pm

Lyric Baltimore, Baltimore, MD

10.0 Fantastic Value

Pricing Details

| | |
|---|---|
| Tickets | $426.00 x 2 |
| Delivery | $5.00 |
| Fees | $156.50 x 2 |

Add gift card or promo code

| | |
|---|---|
| **Total Charge** | **$1,170.00** |