# EXHIBIT L

vividseats

100% buyer guarantee for every ticket sold. Learn more.

# Review Order

**Contact**

[redacted]

Update

**Payment Method**

- Credit / Debit Card
- PayPal
- Buy Now, Pay Later with PayPal

## EVENT TICKET PROTECTION

Allianz

**Get reimbursed up to 100%** of your ticket purchase if you can't attend an event due to a covered reason - such as a covered illness, traffic accident, weather emergency, and more.

**Yes,** protect my tickets for $420.00 total



**Stevie Wonder**

Monday November 23 at 8:00pm

Capital One Arena, Washington, DC

9.5 Excellent Value

| | |
|---|---|
| All-In Ticket Price | $2,053.00 × 2 |
| Taxes | $420.35 |
| Add gift card or promo code | |
| **Total Amount** | **$4,526.35** |

**Floor 5, Row J**