# EXHIBIT M

≡ TickPick

# Search Results for "Vermont"

Found 31 performers, 5 venues, and 48 events

100% BuyerTrust Guarantee >    BestPrice Guarantee >

## Top Result

**Vermont Catamounts**

COLLEGE    27 Events

## Events

NOV 20 FRI
**Vermont's Funniest Comedian - Semis**
Vermont Comedy Club - Burlington, VT
View Tickets

NOV 20 FRI
**Vermont's Funniest Comedian - Semis**
Vermont Comedy Club - Burlington, VT
View Tickets

NOV 21 SAT
**Vermont's Funniest Comedian - Finals**
Vermont Comedy Club - Burlington, VT
View Tickets

JUN 05 SAT
**Vermont Powersports Expo - 2 Day Pass**
Champlain Valley Expo - Essex Junction, VT
View Tickets

**Vermont Powersports Expo**

JUN
05
SAT

Champlain Valley Expo - Essex Junction, VT

View Tickets

JUN
06
SUN

**Vermont Powersports Expo**

Champlain Valley Expo - Essex Junction, VT

View Tickets

NOV
14
SAT

**Judy Collins & Vermont Symphony Orchestra**

Paramount Theatre - Rutland - Rutland, VT

From $130+

NOV
18
WED

**Yale Bulldogs vs. Vermont Catamounts**

John J. Lee Amphitheater At Payne Whitney Gym - New Haven, CT

From $19+

View More Events

## Performers



**Vermont Catamounts Hockey**

12 Events



**Vermont Catamounts Basketball**

14 Events



**Vermont Catamounts Women's Basketball**

1 Event



**Vermont Lake Monsters**

View More Performers

## Venues

**Vermont Comedy Club**

Burlington

**Vermont State Fairgrounds**

Rutland

**Southern Vermont Arts Center**

Manchester

**The Vermont Hollywood**

Los Angeles

View More Venues

**100% BuyerTrust Guarantee**

**BestPrice Guarantee**

TickPick

**Company**

**Our Promise**

## Get the App

★ ★ ★ ★ ★ 4.9 Rating

App Store

Google Play

Read our reviews on Trustpilot

**Follow Us**

Buy | Sell | Create

©2026 TickPick LLC. All rights reserved.