# EXHIBIT N

# Maine State Ballet Tickets

## All shows

**Nov 27**
Fri · 2:00pm
**Maine State Ballet - The Nutcracker**
Merrill Auditorium - Portland, ME · Portland, ME

**Nov 28**
Sat · 2:00pm
**Maine State Ballet - The Nutcracker**
Merrill Auditorium - Portland, ME · Portland, ME

**Nov 29**
Sun · 2:00pm
**Maine State Ballet - The Nutcracker**
Merrill Auditorium - Portland, ME · Portland, ME

**Dec 5**
Sat · 2:00pm
**Maine State Ballet - The Nutcracker**
Merrill Auditorium - Portland, ME · Portland, ME

**Dec 5**
Sat · 7:00pm
**Maine State Ballet - The Nutcracker**
Merrill Auditorium - Portland, ME · Portland, ME

**Dec 6**
Sun · 2:00pm
**Maine State Ballet - The Nutcracker**
Merrill Auditorium - Portland, ME · Portland, ME

## Fan reviews on SeatGeek

★★★★★ Aug 15

**Don’t knock it before you try it**

Had amazing seats and service got my tickets early at a good price

★★★★

**Exceptional S**

I’ve only had

# Maine State Ballet 2026 Ticket Information

### How much are Maine State Ballet tickets?

### How to get cheap Maine State Ballet tickets?

### What is the runtime for Maine State Ballet?

### Where can I buy Maine State Ballet tickets?

| Theater Categories | Popular Broadway Shows |
|---|---|
| Broadway | The Book of Mormon Tickets |
| Comedy | Hamilton Tickets |
| Dance | Wicked Tickets |
| Cirque | The Lion King Tickets |
| | Six the Musical Tickets |
| | Les Miserables Tickets |
| | Moulin Rouge! The Musical Tickets |
| | Hadestown Tickets |

# Maine State Ballet Tour Dates and Ticket Prices

| Date | Location | Venue | Lowest Price |
|---|---|---|---|
| 11/27/2026 | Portland | Merrill Auditorium - Portland, ME | $45 |
| 11/28/2026 | Portland | Merrill Auditorium - Portland, ME | $52 |
| 11/29/2026 | Portland | Merrill Auditorium - Portland, ME | $51 |
| 12/05/2026 | Portland | Merrill Auditorium - Portland, ME | $51 |
| 12/05/2026 | Portland | Merrill Auditorium - Portland, ME | $45 |
| 12/06/2026 | Portland | Merrill Auditorium - Portland, ME | $79 |

# Maine State Ballet show Seating Charts

Venue Seating

Merrill Auditorium - Portland, ME

# Maine State Ballet Tickets by City

# Theater Tickets By City

City

New York

Los Angeles

Boston

Houston

Miami

Dallas

Atlanta

Tampa

Image credit for Maine State Ballet: This image is available through Creative Commons (@clearlyambiguous - Flickr). Email images@seatgeek.com with any questions.

SeatGeek / Ballet / Maine State Ballet Tickets

**Resources**

About

Jobs

Inclusion

Why Trust SeatGeek

Digital Accessibility

SeatGeek Blog

Newsroom

Help & Support

Sell on SeatGeek

SeatGeek Enterprise

SeatGeek Creators

**Social**

Twitter

Facebook

Instagram

TikTok

**Developers**

Platform

Developer Blog

Dow Ap

GE G

SEAT GEEK © 2026 SeatGeek. All rights reserved. English | USD Your privacy choices Terms Privacy Site map