# EXHIBIT O

GAMETIME

# Augusta Civic Center - Maine Events

*76 Community Drive, Augusta, ME 04330, US*

**Events**

**2/9/27** Tue

**Harlem Globetrotters**
7:00 PM · $38+ · Augusta Civic Center - Maine · Augusta, ME

**Verified Tickets at the Best Prices.**
100% Gametime Guaranteed.

## About Augusta Civic Center - Maine

**Show More**

### Hot Sports

- New York Knicks
- San Francisco 49ers
- Dallas Cowboys
- Philadelphia 76ers
- NBA Cup
- Boston Bruins
- UFC - Ultimate Fighting Championship

### Hot Concerts

- Noah Kahan
- Rush
- Kings of Leon
- Olivia Rodrigo
- Pink
- Fall Out Boy
- Metallica

### Hot Metros

- Los Angeles
- SF Bay Area
- Seattle
- Houston
- New York City
- Chicago
- Boston

### Social

- TikTok
- Instagram
- X
- Facebook

### Company

- About
- Blog
- Careers
- Press
- Gametime Promo Codes
- Gift Cards
- Support
- Why Gametime

### Policies

- Help Center
- Gametime Guarantee
- Price Guarantee
- Share Codes
- NY Registered Brokers

GAMETIME

© 2026 Gametime United, Inc.

Your Privacy Choices

Privacy Policy

Terms of Service

Sitemap