# EXHIBIT P

All resale ticket prices may be above or below face value.

vividseats

**Sugarland**
Cross Insurance Center in Bangor, ME
Today at 7:00pm ⓘ

1 | $97 - $132 ▾ | 2 Tickets ▾

Floor | Reserved Level

Don't miss out! Only 10 tickets left

**2 listings** Lowest Price



**Reserved Level 111**
Row P | 2 tickets
Last Ticket in Section
6.8 Good
Fees Incl.
**$97** ea



**Reserved Level 105**
Row M | 2 tickets
Last Ticket in Section
Fees Incl.
**$132** ea

**You've reached the end of the list**
Scroll up to continue shopping

**Filter by Zone**

Floor

Reserved Level