**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TICKET POLICY FORUM, INC., *et al.*,<br>Plaintiffs,<br>v.<br>DISTRICT OF COLUMBIA,<br>Defendant. | Civil Action No. 1:26-cv-03577 (CJN) |

**NOTICE OF LODGING TRANSCRIPTS**

For the Court's convenience, Plaintiffs respectfully submit the attached transcripts of the D.C. Council meetings on June 30, 2026 (Attachment A), and July 14, 2026 (Attachment B), regarding the RESALE Act. The District's website provides video recordings but not official written transcripts. *See* Pls' Br. in Support of Mot. for Prelim. Inj. at 4 n.1 (ECF 10-1); D.C. Council, *B26-0224* (last visited Nov. 16, 2026), https://lims.dccouncil.gov/Legislation/B26-0224. The attached transcripts were prepared and certified by a third-party court reporting agency.

**Index of Attachments**

A. Transcript of the Third-Third Legislative Meeting of the D.C. Council Period 26 (June 30, 2026) (excerpts)

B. Transcript of the Third-Fifth (Additional) Legislative Meeting of the D.C. Council Period 26 (July 14, 2026) (excerpts)

Date: November 16, 2026

Respectfully submitted,

/s/ *Lucas C. Townsend*
Lucas C. Townsend (D.C. Bar No. 1000024)
Joshua S. Lipshutz (D.C. Bar No. 1033391)
Morgan L. Ratner (D.C. Bar No. 1026987)
(admission application pending)
Aaron M. Smith (D.C. Bar No. 888314520)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 955-8500

Michael Holecek (*pro hac vice*)
Jonathan N. Soleimani (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7761

*Attorneys for Plaintiffs*