# Attachment A

Case No. 1:26-cv-03577

Ticket Policy Forum, Inc., et al. v. District of Columbia

June 30, 2026

Thirty-Third Legislative Meeting of the D.C. Council Period 26

CHAIRMAN MENDELSON: I'm calling to order this meeting. This is a regular meeting of the Council of the District of Columbia. It is our 33rd legislative meeting of Council Period 26. It is also our regular meeting for the month of July. I like pointing this out because today is June 30th.

The time is 12:29 in the afternoon, and we -- Excuse me. 1:29 in the afternoon.

And we are in room 500 at the Council Chambers of the John A. Wilson Building.

I'm Phil Mendelson, Chair of the Council.

[The discussion of the RESALE Act resumes at 23:26]

So before we go to emergency legislation, let's go back -- that's how we move forward, is we go backwards, to item one on the non-consent agenda, which is the RESALE Act, Bill 26-224, Restricting Egregious Scalping Against Live Entertainment Amendment Act of 2026.

Councilmember Nadeau.

COUNCILMEMBER NADEAU: Thank you, Chairman. I have already spoken to the bill today. So for the purposes of the legislative

meeting, I'll just say, so moved.

CHAIRMAN MENDELSON: Thank you. We have the bill before us. I suspect I should recognize either Councilmember Allen or Councilmember Henderson.

COUNCILMEMBER ALLEN: Or both probably.

CHAIRMAN MENDELSON: I can't recognize you both simultaneously.

COUNCILMEMBER ALLEN: I'm happy to go first and then hand it off to my colleague.

CHAIRMAN MENDELSON: All right, Councilmember Allen.

COUNCILMEMBER ALLEN: All right. Thank you very much, Mr. Chairman. First, I want to start off by thanking my colleague, Councilmember Nadeau, and her team for moving this bill forward and out of the Committee on Public Works and Operations.

The Committee print has some of the strongest consumer protections for concert and theatergoers here in the District.

The practice of selling speculative tickets, tickets you do not actually have in your possession because tickets have not even gone on sale yet, is completely prohibited.

If you're in the business of scooping up and reselling tickets from the box office, first off, please stop. But second, you're now required to obtain a license from the Department of Licensing and Consumer Protection and obtain a $25,000 surety bond, making sure consumers have recourse if tickets are fake or aren't delivered.

And lastly, I strongly support the Committee's print requirement, that if you're going to list a ticket for resale, you have to disclose the original price that you got it for. Transparency is a great thing here.

I introduced this bill to help try to solve a problem that has made ticket buying an experience that is just an expensive nightmare.

Middlemen use bots and technology to scoop up large swaths of tickets, forcing you into the secondary market, where tickets will be 2, 3, 10, 20, 50 times higher than the original box office price.

When you get in the digital queue for a ticket, you are being beaten to the purchase by robots, not by fellow music fans.

And even for shows that aren't likely to sell out, if you search for tickets right now,

most of the results at the top are from secondhand sellers, not from the box office.

This causes a few problems. First, because the profit can be so high, this is a numbers game, where the resellers buy as many tickets as they can, they mark them up.

And even if they only sell five at $1,000, they've made a tidy profit. The rest of the tickets might even go unused. So you somehow have a situation where people are priced out of tickets to a show with empty seats.

Second, if you spend $1,000 on a ticket to see your favorite band, that's where your spending goes. You are likely to go to fewer shows. You're less likely to dine out before or after. You're not going to go buy the merch. And you won't pay inflated prices for a second show that you might be as excited about.

Third, it makes our live music and our theater a luxury good. It's just one more thing being commodified. Music and culture is for all of us.

A thriving art scene is essential to a healthy and interesting city. Artists and venues set a price point for tickets they agree will

ensure fans of all incomes can attend. The secondhand market just turns that on its head.

It's not a hypothetical issue here. Anthem's box office managers publicly talked about how regularly fans show up with fake tickets.

"The Hamilton" has talked about how there are tickets for sale right now advertised for VIP sections that don't even exist.

Theaters like Arena Stage and Ford's Theater have shared stories of bots and resellers cannibalizing their ticket sales and losing tens of thousands of dollars that they need to run their operations.

And when it comes to the changes we need to make, artists have said that the price cap makes the District a more attractive place to book a show and a tour, not less, because they are tired of seeing their own fans getting ripped off, and we should be too.

The broader topic of how ticket prices are set and manipulated is a complicated issue. What's before us today is simple.

There's a ton of money being made by scalpers with an understanding of coding and AI,

who don't live here, they don't work for the venue here, they don't offer any value or assume any risk in putting on a show. If you put a cap on that profit, you're going to change the math for them.

So after discussions with Councilmember Nadeau earlier today, Councilmember Henderson and I are moving an amendment today that will protect folks that want to go see a show, protect our amazing D.C. venues from these predatory practices, while maintaining some of the strongest protections that came out of the Committee.

In short, it has three main areas. One, it restores the 10% price cap on reselling tickets to provide immediate relief to concert and theatergoers.

Second, it narrows and clarifies the mayoral rulemaking to focus on predatory platform fees that drive costs up.

And third, it adds further protections against platforms that use personal identifying information and surveillance-based pricing to discriminate. It gives different people different costs and values, depending on the data

that's been mined on them.

Again, I want to thank Councilmember Nadeau and Councilmember Henderson and their teams for working with us on this amendment. I ask our colleagues to join us in support.

And I move the amendment now and hope to hear from Councilmember Henderson as well. Thank you.

CHAIRMAN MENDELSON: Thank you, Councilmember Allen. Councilmember Henderson.

COUNCILMEMBER HENDERSON: Thank you, Mr. Chairman. I originally signed on to the RESALE Amendment Act when it was introduced because I believe the District is a leader in superior entertainment experiences and music culture.

And I want our venues to thrive, for entertainers to choose the District. But more importantly, for fans to be able to attend and enjoy all of our venues without the unnecessary heartbreak that comes from when tickets don't work out on the secondary and resale market.

I come at this from not just the perspective as a lawmaker, but also as a genuine fan. And there are countless stories of

individuals who they bought tickets from a reseller, they arrive to the venue. They're very excited. Only to have the ticket scanned or not actually be eligible to be scanned.

And the venue have to now tell them, "We're so sorry, you bought a fraudulent ticket, and you won't be able to attend today's event."

There are lots of other things as well that's in this bill that haven't actually been covered, which is around the all-in pricing.

There's nothing more frustrating when you're in line on Ticketmaster and you have an idea of what the ticket is supposed to cost, only to beat out the bots to get there, and then you hit checkout and you notice, because of taxes, and fees, and other things that were pricing that was not upfront available to you, you have now been priced out of the ability to even afford the ticket.

This legislation does not solve all things. I repeat, this legislation does not solve all things. It is dealing with the secondary market.

There are definitely issues with the primary market that this bill doesn't touch. But

I feel like over time, we're able to have more conversations about that, such as dynamic pricing and some other things.

I think the amendment before us today strikes the right balance. It removes some of the complicating factors around primary that was included in the original Committee print, and also does some other things.

One other piece that I want to mention that is a great thing about the RESALE Act overall is around this issue of speculative tickets.

And this has come up a lot in sort of the sports context lately around World Cup, where we're seeing lots of people who they bought tickets, they bought flights, they bought hotels. They did all of these things only to arrive and the seller not actually have the ticket available to them.

And we see this happening often, even in the concert space of sellers offering for sale tickets that are actually not available on the market. And then they're not able to deliver on those as well.

So, the point of this, and I think that

my support of this, is around protecting our venues, but also protecting the fan experience at the end of the day.

So I hope that colleagues can support this amendment and the overall legislation going forward. Thank you.

CHAIRMAN MENDELSON: So would one of you, either Mr. Allen or Ms. Henderson, explain in a little bit more detail what this amendment does?

COUNCILMEMBER ALLEN: Sure. We do rock paper scissors for it. But yes. So, I can briefly go through that. So first, it restores the price cap, which was initially in the introduced version of the bill. So what this does is put a 10% cap on the resale of a ticket.

CHAIRMAN MENDELSON: Secondary market.

COUNCILMEMBER ALLEN: Secondary market. That's number one.

CHAIRMAN MENDELSON: If I may just interrupt.

COUNCILMEMBER ALLEN: Yes, please do.

CHAIRMAN MENDELSON: And to clarify, there could be additional fees. We discussed this at breakfast. Do you want to explain that?

COUNCILMEMBER ALLEN: Sure. So, the bill sets a price cap for the resale of tickets to live events. The total cost of the initial ticket, plus up to 10%.

It also permits a secondary ticket exchange to charge a fee for the service of providing a marketplace for the resale of that ticket, provided that fee does not exceed 10% of the total price of the initial ticket. Does that help answer that?

CHAIRMAN MENDELSON: Keep going. Yep.

COUNCILMEMBER ALLEN: Okay. All right. Secondly, and I think Councilmember Henderson talked about this. There are changes that this amendment makes related to the Committee print version around the authority of the mayor to issue rules related to fees.

It narrows and clarifies that to focus on the platform fees, not the venue fees. So it's specific to the platform fees.

CHAIRMAN MENDELSON: And that's meant to address concern that some venues have raised that they are affected by the -- They're worried that they would be affected by the broader mayoral rulemaking authority?

COUNCILMEMBER ALLEN: Correct. In addition, in terms of what the Committee had put forward in terms of creating a regulatory regime around this, it also does allow the mayor, after a year, to be able to come back and take a look at that price cap.

So we're able to help evaluate, is it working the way that we wanted? Does it need to be adjusted in some way? So that's the changes as it relates to the mayor's authority there.

And then it also focuses on prohibiting surveillance-based price discrimination. And so, this is, if all of us wanted to go see a show right now and everybody logged in on the same platform, it's quite possible we're all going to get slightly different prices based on that.

Because there's a lot of data mining. There's a lot of information that figures out who I am compared to you. And the price reflects that. That is discrimination in price. And so it prohibits that, which I think is a really smart protection for our primary marketplace as well.

CHAIRMAN MENDELSON: That's both primary and secondary?

COUNCILMEMBER ALLEN: Yes. But I believe it's what you see more in the primary space. But yes.

CHAIRMAN MENDELSON: And so those are the changes in that --

COUNCILMEMBER ALLEN: Yes. The fourth would be that it amends the applicability clause because we funded it in the budget. So there's language there with the applicability clause.

CHAIRMAN MENDELSON: Councilmember Nadeau.

COUNCILMEMBER NADEAU: Thank you. I appreciate that, Mr. Chairman. So as I mentioned in the Committee of the Whole, I'm proud of the work that we did in Committee to evaluate this bill and strengthen it to advance consumer protection.

The print that we marked up in Committee last week would add a new provision granting the mayor broad regulatory powers to address high costs in both the primary and secondary markets, including but not limited to the authority to limit resale prices, cap ticket sales fees, and regulate the use of predatory pricing.

Late last week, I heard feedback that the rulemaking provision could be interpreted too broadly compared to what we were trying to accomplish.

So, I had come in today expecting that we would work on that between first and second reading. What I came to understand this morning from colleagues was that there was interest in a more broad set of tweaks.

So, although I have reservations with instituting an immediate secondary market cap without a similar ability to address skyrocketing primary market prices in response, I do appreciate that this amendment preserves flexibility in the price cap itself, so that the District can be more responsive to address a rapidly evolving market.

I'm also glad that we can address surveillance pricing in this amendment. I do still hold concerns that this doesn't provide the ability to tackle other dynamic pricing strategies, but surveillance pricing that discriminates against individuals is clearly the most egregious, to borrow over from the bill title.

So, despite my reservations, the other aspects of the amendment that my colleagues described will, I believe, make a positive difference for consumers. And the amount of material we agree on is much greater than what we disagree on.

So, I will be supporting the amendment. Thank you, Chairman.

CHAIRMAN MENDELSON: Thank you, Councilmember Nadeau. Councilmember Trayon White.

COUNCILMEMBER WHITE: Thank you, Chairman. I guess, I have a question just to get some clarity. I know one of the reasons was to address the issue of price gouging, especially in the market where people are buying bulk tickets and selling them for higher prices.

I guess I didn't know, from these amendments that we got just now, how does it affect those who have tickets that are reselling their personal tickets? Does it apply to all or just the businesses or investors who are doing this?

CHAIRMAN MENDELSON: Who do you want to answer that question?

COUNCILMEMBER WHITE: Whoever has the ability to answer.

CHAIRMAN MENDELSON: Councilmember Nadeau?

COUNCILMEMBER NADEAU: Sure. We do address that in the print itself through -- well, by including provisions that Councilmember Allen introduced in the underlying bill.

COUNCILMEMBER WHITE: I'm still not clear. Is it for everybody or just large investors or businesses, or just for --

COUNCILMEMBER NADEAU: So the practice that you're describing is called -- Sorry, the word is escaping me. It's been a long day. Speculative, right? The speculative purchasing, where someone buys up a bunch of tickets and then resells them.

COUNCILMEMBER WHITE: Yeah, it's a difference between somebody buying 1000 tickets or 1 or 2 tickets, reselling them.

I'm just trying to figure out if this bill differentiates the two or just broad for everybody. I think Charles --

COUNCILMEMBER NADEAU: Yeah, go ahead, Charles. Sorry. My brain just like basically

fizzled out right up here.

COUNCILMEMBER ALLEN: That's fine. I appreciate it. It applies to everybody. But let's use an example. I've got two tickets to a show. I can't go. You want to go. And so I'm going to sell my tickets to you.

We were able to have that personal exchange. The price cap still applies. I can't gouge you either for that ticket.

But the biggest change that you'll see is that, scalping used to be, somebody stood outside a venue with two, four tickets, just trying to sell them. Right?

That's not how scalping works anymore. And what you see is these massive platforms have been built that are scooping up the tickets.

So the difference would be, if you and I -- I can't go to the show anymore and I just want to sell you my tickets and you go enjoy it. I don't have to register with DLCP. I don't have to do any of that type of stuff.

If I, however, am a business that is getting hundreds and hundreds of tickets, and this is my business, then I have to be registered with DLCP, and I have to carry my surety bond.

I'm a business, and so I got to make sure that I can make good on that.

So the price cap applies across the board, but the big distinction would be, if I'm somebody who's purchasing a lot of tickets and reselling them, I have to register with DLCP. But it wouldn't interfere with my ability to sell my two to you.

COUNCILMEMBER WHITE: Got it. And I guess a follow-up question, what would trigger them to report they are a business or they're purchasing bulk tickets? Because some can purchase a lot of small amounts of tickets and do the same thing.

COUNCILMEMBER ALLEN: So you have to sell and list more than 50 tickets per year. I got a show or a game I can't go to, and I'm selling to you, and then maybe next week, selling to Phil. That's not going to be 50. So I'm not having to register anything. But if I'm more than 50, it's a business.

COUNCILMEMBER WHITE: Got you. Thank you.

COUNCILMEMBER ALLEN: Thanks.

CHAIRMAN MENDELSON: Thank you,

Councilmember. Councilmember Pinto.

COUNCILMEMBER PINTO: Thank you, Mr. Chairman. And thank you so much, Councilmembers Nadeau, and Allen, and Henderson, for working on this important issue.

And I'm in agreement that D.C. is a world-class city, and we need to support our incredible venues and artists, and preserve the ability for our residents and fans to go see shows, and for people to come from around the country and the world to these incredible venues.

And so, what we're doing here today, we have to be particularly mindful to. I appreciate the changes in the amendment that Councilmember Allen and Henderson have circulated, that kind of restore some of the initial language from the bill.

But I have a couple questions as I just read this language and the rationale. So, in Section 2B, where it says, "In addition to the rules in Subsection A, the mayor is authorized to promulgate rules governing the maximum fees for the service of providing a marketplace for the issuance or sale of an initial ticket."

My understanding from this morning's

discussion was that the intention of the amendment was to go back to the original intention of the bill to regulate the secondary market, as opposed to giving the mayor authority to regulate fees on the primary market.

But this language seems just as concerning in that respect.

COUNCILMEMBER ALLEN: Can I answer?

COUNCILMEMBER PINTO: Yeah, please.

COUNCILMEMBER ALLEN: Sure. Through the Chair, and I certainly turn to Councilmember Nadeau to add on this as well.

This is specifically to the platform fees, so not the venue fees. So this allows the mayor to be able to take a look at platform fees that are charged to the consumer.

It's not the fees that a venue may have to say, "I'm going to host this event. I'm going to host this." And that was part of the original bill. It was not including venue fees.

And so this is only focusing on the platform fees. Meaning, the platform, the website, the company that is taking the sale.

Councilmember Nadeau, anything else you wanted to add to that, or did I describe that

correctly?

COUNCILMEMBER NADEAU: No, I think that's right. I mean, the goal is that we can go after the primary market in a way that doesn't penalize local businesses, basically.

COUNCILMEMBER PINTO: I guess, I would -- I don't see how this wouldn't penalize local businesses if we're saying the mayor could regulate prices on the primary market, regardless of who is issuing the ticket.

COUNCILMEMBER NADEAU: It doesn't say prices. It's real specific. We can look at it.

COUNCILMEMBER PINTO: It says governing the maximum fees for the service of providing a marketplace for the issuance or sale of an initial ticket.

COUNCILMEMBER NADEAU: Fees, right?

COUNCILMEMBER PINTO: Okay. So this is meant to address the tack on fees after the ticket price. I see. Okay, thank you. That is helpful.

And then there's language on the rationale that I just want to make sure I understand what this is corresponding to.

So this is in page three of the

circulated amendment of the penultimate paragraph. Says, the amendment preserves the ability for the mayor to regulate fees in the primary and secondary market.

Clarifies that this authority applies only to fees assessed by the platforms themselves for providing a marketplace for the issuance, sale, and resale of tickets.

So, is this, again, corresponding to that previous language that we just discussed, just for fees? Got it.

COUNCILMEMBER ALLEN: Correct.

COUNCILMEMBER PINTO: Thank you very much.

CHAIRMAN MENDELSON: Thank you, Councilmember Pinto. Councilmember Parker.

COUNCILMEMBER PARKER: Oh, I'm sorry, Councilmember Henderson was distracting me. Thank you.

CHAIRMAN MENDELSON: Don't be blaming other members.

COUNCILMEMBER PARKER: Thank you, Councilmember Allen, Henderson, and Nadeau. It seems like you all came to a pretty common sense compromise that I think works. And I was proud

to co-introduce the underlying measure.

I do have a couple of questions. On the amendment sections B and C, the 10% upsell. So if I resell a ticket, I can resell it up to 10%. That makes sense.

Then C, if I exchange a ticket, I can charge an additional 10%. So now we're talking about up to 20%. And I just want to make sure I'm interpreting that the right way. That the additional 10% is cumulative.

I'm sorry. The question is, is the additional 10% in Section C cumulative, and so therefore, that exchange price can be up to 20% of what the original ticket price was?

COUNCILMEMBER ALLEN: Correct.

COUNCILMEMBER PARKER: Got it.

COUNCILMEMBER ALLEN: Because you may have a situation where a platform is also charging a fee, and so you want to be able to include all of that (indiscernible).

COUNCILMEMBER PARKER: And that 20% must encompass all fees for the venue, the seller, and whatever the price of the ticket is?

COUNCILMEMBER ALLEN: Yep.

COUNCILMEMBER PARKER: Got it.

COUNCILMEMBER ALLEN: Essentially, you as the person who bought the ticket, what you paid for it.

COUNCILMEMBER PARKER: Okay. Two other things. I note that Councilmember Nadeau, to her credit, in the Committee print, was trying to regulate dynamic pricing.

And so, dynamic pricing is this idea that when I go to buy my Beyoncé tickets, because we're all looking at the same time, the price is going up and up and up and up.

And with this amendment, now there is nothing dealing with dynamic pricing. And so let me ask it this way, are the venues that we care about, like the 930 Club, concerned about dynamic pricing?

And my guess would be no. It seems like the only people that would be concerned about dynamic pricing would be these big sellers like Ticketmaster.

And so the question would be, why aren't we putting guardrails around that? Not to complicate the amendment. I'm glad you all reached a compromise. But that seems like one area that we just did not touch.

And I just would go back to the numbers that I quoted from the original complaint filed by the OAG, where retailers like Ticketmaster upsell from anywhere from 24% to 44%, and consumers have paid more than $16 billion.

Now, I know that wasn't the original intent of your underlying bill -- I'm sorry, Mr. Chairman, if I can have more time.

CHAIRMAN MENDELSON: Not much more. There's an answer to come, which is supposedly part of your time.

COUNCILMEMBER PARKER: Councilmember Allen, if you could just speak to all of that.

COUNCILMEMBER ALLEN: Thank you, Councilmember, with all of your additional time. So, one of my colleagues said early on, let's be very clear, this bill is not all things for every single problem in this marketplace. So, start there. Right?

The name of the bill is the RESALE Act, and so it is focused -- When this was introduced, it was focused on the secondary and the resale market.

There were elements of the primary marketplace that I think became a pressing issue.

And so you see some of that incorporated here.

I know that my colleagues introduced some legislation trying to get at some of these types of issues. And so there very likely could be more types of things to look at this.

We did not include dynamic pricing in this. I also think from a policy perspective, we would probably want to look and -- We use dynamic pricing and we rationalize it in other policy spaces. And so, I don't know if there's an over --

COUNCILMEMBER PARKER: Like what?

COUNCILMEMBER ALLEN: Parking. We use dynamic pricing for parking. If you've ever taken a ride on Uber, if you take a toll road. Like, we use dynamic pricing in a lot of different ways. And we have that as part of our policy.

COUNCILMEMBER PARKER: I hear you. And I respect that. And I know we probably won't fix it now. I just would throw out there, before second reading. It would be great if we can include that back into the provisions that the mayor, in the future, might be able to regulate.

It sounds like, and based on the

Committee print, there was a lot of testimony about that. And I could just tell you from experience, it is frustrating when I see the price of a concert jump by hundreds of dollars simply because everyone's interested.

The only other thing I wanted to come to was enforcement. And I know I've raised this multiple times, but I just want to walk through this again. And maybe this is better geared towards Councilmember Nadeau.

Enforcement, I'm clear, is targeting bulk sellers. So let's say those selling thousands of tickets. I'm clear on that.

What I'm not clear on is both how will DLCP become aware of someone running afoul of these provisions, and what actually is the consequence?

So I heard earlier, they will receive a notice of infraction, great. But are there fines? Is there a suspension of sorts? Can you just speak more to what the penalty is for not following the law?

COUNCILMEMBER NADEAU: Yeah. And I actually will also just speak to your prior question, also for a second.

So, dynamic pricing includes prices that vary for both legitimate and illegitimate reasons. And the Committee print would have let the mayor tackle them all as needed over the years to come through rulemaking.

What the amendment does instead is it focuses on the most obviously offensive form of dynamic pricing, which is called surveillance pricing. That's what we were talking about earlier, where prices are tailored to individual consumers based on activity that can correlate with demographics.

So that is in the amendment, which I think is good. We will also in Committee, be taking on surveillance pricing more broadly with Councilmember Henderson's bill on this issue, which also pertains to transportation, etc.

Anyone who's selling over 50 tickets on the platforms is going to have to register. So, it's not just the big bulk, it's also sort of smaller bulk. But that's where we set the threshold.

COUNCILMEMBER PARKER: I'm sorry, if I could just jump in. And I'm genuinely trying to understand this. But how will DLCP know that

Councilmember Allen is selling 100 tickets, and he should be registering?

COUNCILMEMBER NADEAU: I mean, I think as I was -- I used the example earlier today of short-term family housing, right? It has to be a partnership between the regulatory agency, and the platforms, and the public. It's not an easy answer.

COUNCILMEMBER PARKER: So they register, and then what happens?

COUNCILMEMBER NADEAU: Okay. So they register, and then we know that they exist and that they're reselling.

And then there are -- I mean, there are requirements for the platforms to share extensive data with DLCP.

And then Councilmember Allen put money in the budget to add staff to the department to assist with monitoring all of this.

So we are setting ourselves up for success. And also, it will still take work to ensure that there is proper (indiscernible).

COUNCILMEMBER PARKER: Got you. One last follow-up question related to that. Is there any way to hold the big ticket sellers

accountable, like a Ticketmaster, to not allow someone to gouge if we are saying in the law, you can't sell for more than 20%?

It sounds like we're putting the onus on ourselves. And I hear you. I guess my concern is, we're wrangling and going through all of this, but I'm not convinced we will necessarily catch all of the bad actors.

COUNCILMEMBER NADEAU: I think it's honestly like anything else we do up here, that we have to constantly monitor and do oversight to make sure that it is properly followed. And I certainly will be leaving behind my book of tips and tricks when I leave this place.

But I think that, again, it has to be a combination of consumers, and the regulatory agency, and the Council working together to ensure -- and the platforms, to ensure that it all gets implemented with fidelity. And that what's intended here actually happens.

I mean, one of the reasons I had given the mayor such broad regulatory authority was because we can't anticipate everything. And ideally, she wouldn't have to come back to us every time to catch up, right? To catch up with

the industry.

And so maybe we should look at tweaking that for second reading, because we did move pretty quickly today. I think to try to address everybody's concerns. So, happy to talk more with folks.

CHAIRMAN MENDELSON: Thank you, Councilmember. Thank you, Councilmember. Councilmember Crawford.

COUNCILMEMBER CRAWFORD: Councilmember Parker already asked the question that I had on what is in effect a cumulative cap of 20%. And I think that's important framing for the public after the meeting too. Thank you.

CHAIRMAN MENDELSON: Thank you. Councilmember Frumin.

COUNCILMEMBER FRUMIN: Thank you, Chairman Mendelson. Thank you, Councilmembers Nadeau, Allen, and Henderson. I think this is a good compromise. Really happy to see that we've gotten to where we've gotten.

I do want to put a marker down on dynamic pricing, because I would be reluctant to say that should just be designated as a rulemaking.

I think we want to hear testimony on that. I think what's happening here is an effort to take the dollars from big platform international companies that are getting large fees and scalpers who are getting large profits, and bring the dollars back to the venues themselves.

And I would want to hear from the venues because I would want to understand how, when the prices of the tickets go up, to what extent do the artists benefit from the higher revenue that comes in?

I don't know the answer to that, but I would want to hear that. Would also want to hear from venues about -- I'm sure venues have some shows that are very profitable, and many shows that are not.

And they provide a setting for folks to come out and begin to build a following. And so, I wouldn't want to get too far out there in choking off their access to revenue from profitable shows, because it may well be that they benefit from that, but others benefit from that as well.

So, I think it's sort of a complicated

economic question, and I wouldn't want to just immediately say, send it to a rulemaking. I would want to hear from the frontline players on that.

But on what we have accomplished here today, on what are the most egregious issues, I think a lot to be proud of, and very grateful to those who worked on it.

CHAIRMAN MENDELSON: Thank you. If there's no further discussion, we -- Oh, I'm sorry, Councilmember Pinto, second round.

COUNCILMEMBER PINTO: I'm sorry. And I know you all worked out this compromise language. I'm just hearing from some of our venues now about concerns around these fees because they receive money from the fees even if the ticket is being handled on a different platform.

And so, I know you all are working on a compromise, but it still feels like the initial intention was really to focus on the secondary market.

And that a potentially unanticipated consequence of even this compromise language could be that our local venues get fewer fees than they're currently getting.

And so, wanted to see how people would feel about clarifying in Section B, that we're talking about the secondary marketplace for the regulation of fees.

CHAIRMAN MENDELSON: I would urge that that language be looked at between first and second reading. Let's get this bill engrossed, and then folks can, over the next two weeks, take a look at what we've done, and we can get feedback.

But I'm also thinking, if it's 10% on fees -- I mean, as I recall, you pay $2, maybe $5 in fees for a ticket. That's way less than 10%. So, I'm not even sure that there's an issue here.

COUNCILMEMBER PINTO: Well, the 10% cap is for the secondary market. But my concern is that this language authorizes the mayor to regulate fees even in the primary market.

No, I'm talking about Section B. It doesn't even say anything about 20% fees for service, providing a marketplace for the issuance or sale of an initial ticket.

So, if another platform is selling a ticket for the 930 Club and has some fees on it, our venues are currently receiving some of those

fees. Is my understanding?

CHAIRMAN MENDELSON: All right. Well, your time's expired.

COUNCILMEMBER PINTO: Okay. Great. So I look forward to working with you all between first and second reading, to try to refocus on the secondary market. Thank you.

CHAIRMAN MENDELSON: If there's no further discussion, the vote will be on the amendment. It was circulated by Councilmembers Henderson and Allen. On the amendment, all those in favor, say aye?

TOGETHER: Aye.

CHAIRMAN MENDELSON: Are there any opposed? Hearing none, the ayes have it unanimously. That was the amendment.

Now we have the bill as amended before us. Is there any further discussion on the bill as amended? So, I will repeat what I said a moment ago.

This is first reading. And at the moment, it looks like second reading will be July 14th. Our practice is that general counsel will engross the bill to reflect the amendment, and that will become available later this week. And

so everybody can look at it and see if they're comfortable.

On the bill as amended, all those in favor, say aye?

TOGETHER: Aye.

CHAIRMAN MENDELSON: Are there any opposed? Hearing none, the ayes have it unanimously.

C E R T I F I C A T I O N

I, Victor Mwendwa Musau, certify that the foregoing transcript is a true and accurate record of the proceedings.



___________________________________

Veritext Legal Solutions
330 Old Country Road

Suite 300

Mineola, NY 11501

Date: November 15, 2026

**0**

**03577** 1:11

**1**

**1** 17:20 39:1
**1,000** 5:8,12
**10** 4:19 7:15 11:16 12:4,8 24:3,5,7,10,12 35:11,13,15
**100** 30:1
**1000** 17:19
**11501** 39:3
**12:29** 2:8
**14th** 36:23
**15** 39:7
**16** 26:5
**1:26** 1:11
**1:29** 2:9

**2**

**2** 4:19 17:20 35:12 39:3
**20** 4:19 24:8,13 24:21 31:3 32:12 35:20
**2026** 1:16 2:21 39:7
**23:26** 2:15
**24** 26:4
**25,000** 4:6
**26** 1:19 2:5
**26-224** 2:20
**28661** 38:14
**2b** 20:20

**3**

**3** 4:19 39:5
**30** 1:16
**300** 39:1
**30th** 2:7
**330** 38:25
**33rd** 2:4

**4**

**4** 39:7
**44** 26:4

**5**

**5** 35:12
**50** 4:19 19:16 19:19,21 29:18
**500** 2:10

**9**

**930** 25:15 35:24

**a**

**ability** 9:18 15:12,21 17:2 19:7 20:9 23:3
**able** 8:19 9:7 10:1,23 13:5,7 18:7 21:15 24:19 27:24
**access** 33:21
**accomplish** 15:4
**accomplished** 34:5
**accountable** 31:1
**accurate** 38:8
**act** 2:14,19,21 8:13 10:10 26:20
**activity** 29:11
**actors** 31:8
**actually** 3:23 9:4,9 10:18,22 28:16,24 31:20
**add** 14:19 21:12,25 30:18
**addition** 13:2 20:20
**additional** 11:24 24:7,10 24:12 26:15
**address** 12:22 14:21 15:12,16 15:18 16:15 17:6 22:19 32:4
**adds** 7:21
**adjusted** 13:9
**advance** 14:16
**advertised** 6:8
**affect** 16:20
**affected** 12:23 12:24
**afford** 9:18
**afoul** 28:15
**afternoon** 2:8,9
**agency** 30:6 31:17
**agenda** 2:19
**ago** 36:20
**agree** 5:25 16:5
**agreement** 20:6
**ahead** 17:24
**ai** 6:25
**al** 1:13
**allen** 3:4,6,9,12 3:13 8:10 11:8 11:11,18,22 12:1,12 13:1 14:1,6 17:7 18:2 19:15,24 20:4,15 21:8 21:10 23:12,23 24:15,17,24 25:1 26:13,14 27:13 30:1,17 32:19 36:11
**allow** 13:4 31:1
**allows** 21:14
**amazing** 7:10
**amended** 36:17 36:19 37:3
**amendment** 2:21 7:8 8:4,6 8:13 10:4 11:5 11:9 12:15 15:14,19 16:2 16:7 20:14

21:2 23:1,2 24:3 25:12,23 29:6,13 36:10 36:11,16,24
**amendments** 16:19
**amends** 14:7
**amount** 16:4
**amounts** 19:13
**answer** 12:10 16:25 17:2 21:8 26:10 30:8 33:13
**anthem's** 6:4
**anticipate** 31:23
**anymore** 18:14 18:18
**applicability** 14:7,9
**applies** 18:3,8 19:3 23:5
**apply** 16:21
**appreciate** 14:13 15:14 18:3 20:13
**area** 25:25
**areas** 7:14
**arena** 6:10
**arrive** 9:2 10:17
**art** 5:23
**artists** 5:24 6:16 20:8
33:11
**asked** 32:11
**aspects** 16:2
**assessed** 23:6
**assist** 30:19
**assume** 7:2
**attend** 6:1 8:19 9:7
**attractive** 6:17
**authority** 12:16 12:25 13:10 14:23 21:4 23:5 31:22
**authorized** 20:21
**authorizes** 35:17
**available** 9:17 10:18,22 36:25
**aware** 28:15
**aye** 36:12,13 37:4,5
**ayes** 36:15 37:7

**b**

**b** 24:3 35:2,19
**back** 2:17 13:5 21:2 26:1 27:23 31:24 33:6
**backwards** 2:18
**bad** 31:8
**balance** 10:5
**band** 5:13
**based** 7:23 13:12,16 27:25 29:11
**basically** 17:25 22:5
**beat** 9:14
**beaten** 4:22
**believe** 8:14 14:2 16:3
**benefit** 33:11 33:23,23
**better** 28:9
**beyoncé** 25:9
**big** 19:4 25:19 29:20 30:25 33:3
**biggest** 18:10
**bill** 2:19,24 3:3 3:16 4:13 9:9 9:25 11:15 12:2 14:16 15:24 17:8,22 20:17 21:3,20 26:7,17,20 29:16 35:7 36:17,18,24 37:3
**billion** 26:5
**bit** 11:9
**blaming** 23:20
**board** 19:4
**bond** 4:6 18:25
**book** 6:18 31:13
**borrow** 15:24
**bots** 4:16 6:11 9:14
**bought** 9:1,6 10:15,16,16 25:2
**box** 4:2,20 5:2 6:4
**brain** 17:25
**breakfast** 11:25
**briefly** 11:13
**bring** 33:6
**broad** 14:20 15:9 17:22 31:22
**broader** 6:21 12:24
**broadly** 15:3 29:15
**budget** 14:8 30:18
**build** 33:19
**building** 2:11
**built** 18:16
**bulk** 16:16 19:12 28:12 29:20,21
**bunch** 17:16
**business** 4:1 18:22,24 19:1

19:11,21
**businesses** 16:22 17:11 22:5,8
**buy** 5:5,16 25:9
**buying** 4:14 16:16 17:19
**buys** 17:16

**c**

**c** 24:3,6,12 38:5 38:5
**called** 17:13 29:8
**calling** 2:1
**cannibalizing** 6:12
**cap** 6:17 7:3,15 11:14,16 12:2 13:6 14:23 15:11,15 18:8 19:3 32:12 35:15
**care** 25:14
**carry** 18:25
**case** 1:11
**catch** 31:8,25 31:25
**causes** 5:3
**certainly** 21:11 31:13
**certify** 38:7
**chair** 2:12 21:11
**chairman** 2:1 2:24 3:2,7,11 3:14 8:9,12 11:7,17,20,23 12:11,21 13:24 14:4,10,13 16:8,9,13,24 17:3 19:25 20:3 23:15,20 26:8,9 32:7,15 32:18 34:9 35:5 36:2,8,14 37:6
**chambers** 2:11
**change** 7:4 18:10
**changes** 6:15 12:14 13:9 14:5 20:14
**charge** 12:6 24:7
**charged** 21:16
**charging** 24:19
**charles** 17:23 17:25
**checkout** 9:15
**choking** 33:21
**choose** 8:18
**circulated** 20:15 23:1 36:10
**city** 5:24 20:7
**clarifies** 7:18 12:18 23:5
**clarify** 11:23
**clarifying** 35:2
**clarity** 16:14
**class** 20:7
**clause** 14:7,9
**clear** 17:10 26:17 28:11,13 28:14
**clearly** 15:23
**club** 25:15 35:24
**coding** 6:25
**colleague** 3:10 3:15
**colleagues** 8:5 11:4 15:8 16:2 26:16 27:2
**columbia** 1:14 2:3
**combination** 31:16
**come** 8:23 10:13 13:5 15:5 20:10 26:10 28:6 29:5 31:24 33:19
**comes** 6:15 8:21 33:12
**comfortable** 37:2
**committee** 3:17 3:19 7:13 10:7 12:15 13:2 14:14,15,19 25:6 28:1 29:3 29:14
**committee's** 4:9
**commodified** 5:21
**common** 23:24
**companies** 33:4
**company** 21:23
**compared** 13:19 15:3
**complaint** 26:2
**completely** 3:25
**complicate** 25:23
**complicated** 6:22 33:25
**complicating** 10:6
**compromise** 23:25 25:24 32:20 34:13,19 34:23
**concern** 12:22 31:6 35:16
**concerned** 25:15,18
**concerning** 21:7
**concerns** 15:20 32:5 34:15

**concert** 3:20 7:16 10:21 28:4
**consent** 2:19
**consequence** 28:17 34:23
**constantly** 31:11
**consumer** 3:20 4:5 14:16 21:16
**consumers** 4:6 16:4 26:5 29:11 31:16
**context** 10:14
**conversations** 10:2
**convinced** 31:7
**correct** 13:1 23:12 24:15
**correctly** 22:1
**correlate** 29:11
**corresponding** 22:24 23:9
**cost** 9:13 12:3
**costs** 7:20,25 14:21
**council** 1:19 2:3,4,10,13 31:17
**councilmember** 2:22,23 3:4,5,6 3:9,12,13,15 7:6,7 8:2,3,7,10 8:10,11 11:11 11:18,22 12:1 12:12,13 13:1 14:1,6,10,12 16:10,10,12 17:1,3,5,7,9,12 17:18,24 18:2 19:9,15,22,24 20:1,1,2,14 21:8,9,10,11,24 22:2,6,11,13,17 22:18 23:12,13 23:16,16,17,18 23:22,23 24:15 24:16,17,21,24 24:25 25:1,4,5 26:12,12,14,15 27:12,13,19 28:10,23 29:16 29:23 30:1,3,9 30:11,17,23 31:9 32:8,8,9 32:10,10,16,17 34:11,12 35:15 36:4
**councilmemb...** 20:3 32:18 36:10
**counsel** 36:23
**countless** 8:25
**country** 20:11 38:25
**couple** 20:18 24:2
**covered** 9:10
**crawford** 32:9 32:10
**creating** 13:3
**credit** 25:6
**culture** 5:21 8:16
**cumulative** 24:10,12 32:12
**cup** 10:14
**currently** 34:25 35:25
**cv** 1:11

**d**

**d.c.** 1:18 7:10 20:6
**data** 7:25 13:17 30:16
**date** 39:7
**day** 11:3 17:14
**dealing** 9:22 25:13
**definitely** 9:24
**deliver** 10:23
**delivered** 4:7
**demographics** 29:12
**department** 4:4 30:18
**depending** 7:25
**describe** 21:25
**described** 16:3
**describing** 17:13
**designated** 32:24
**despite** 16:1
**detail** 11:9
**difference** 16:4 17:19 18:17
**different** 7:24 7:25 13:16 27:17 34:17
**differentiates** 17:22
**digital** 4:21
**dine** 5:15
**disagree** 16:6
**disclose** 4:11
**discriminate** 7:24
**discriminates** 15:23
**discrimination** 13:12,20
**discussed** 11:24 23:10
**discussion** 2:14 21:1 34:10 36:9,18
**discussions** 7:6
**distinction** 19:4
**distracting** 23:18
**district** 1:13 2:3 3:21 6:17

8:14,18 15:16
**dlcp** 18:20,25 19:6 28:15 29:25 30:16
**doing** 16:22 20:12
**dollars** 6:13 28:4 33:3,6
**don't** 23:20
**drive** 7:20
**dynamic** 10:2 15:21 25:7,8 25:13,15,19 27:6,8,14,16 29:1,8 32:23

**e**

**e** 38:5
**earlier** 7:7 28:18 29:10 30:4
**early** 26:16
**easy** 30:7
**economic** 34:1
**effect** 32:12
**effort** 33:2
**egregious** 2:20 15:24 34:6
**either** 3:4 11:8 18:9
**elements** 26:24
**eligible** 9:4
**emergency** 2:16
**empty** 5:11
**encompass** 24:22
**enforcement** 28:7,11
**engross** 36:24
**engrossed** 35:7
**enjoy** 8:20 18:19
**ensure** 6:1 30:22 31:18,18
**entertainers** 8:18
**entertainment** 2:21 8:15
**escaping** 17:14
**especially** 16:15
**essential** 5:23
**essentially** 25:1
**et** 1:13
**evaluate** 13:7 14:15
**event** 9:7 21:18
**events** 12:3
**everybody** 13:14 17:10,23 18:3 37:1
**everybody's** 32:5
**everyone's** 28:5
**evolving** 15:17
**example** 18:4 30:4
**exceed** 12:8
**exchange** 12:6 18:8 24:6,13
**excited** 5:18 9:3
**excuse** 2:9
**exist** 6:9 30:12
**expecting** 15:5
**expensive** 4:15
**experience** 4:15 11:2 28:3
**experiences** 8:15
**expired** 36:3
**explain** 11:8,25
**extensive** 30:15
**extent** 33:11

**f**

**f** 38:5
**factors** 10:6
**fake** 4:7 6:5
**family** 30:5
**fan** 8:25 11:2
**fans** 4:23 6:1,5 6:19 8:19 20:9
**far** 33:20
**favor** 36:12 37:4
**favorite** 5:13
**fee** 12:6,8 24:19
**feedback** 15:1 35:10
**feel** 10:1 35:2
**feels** 34:19
**fees** 7:20 9:16 11:24 12:17,19 12:19,20 14:24 20:22 21:5,14 21:14,15,17,20 21:22 22:14,17 22:19 23:3,6 23:11 24:22 33:5 34:15,16 34:24 35:4,12 35:13,18,20,24 36:1
**fellow** 4:23
**fewer** 5:14 34:24
**fidelity** 31:19
**figure** 17:21
**figures** 13:18
**filed** 26:2
**fine** 18:2
**fines** 28:20
**first** 3:10,14 4:3 5:3 11:13 15:6 35:6 36:6 36:21
**five** 5:7
**fix** 27:20
**fizzled** 18:1
**flexibility** 15:15
**flights** 10:16
**focus** 7:19 12:18 34:20

**focused** 26:21 26:22
**focuses** 13:11 29:7
**focusing** 21:21
**folks** 7:9 32:6 33:18 35:8
**follow** 19:10 30:24
**followed** 31:12
**following** 28:22 33:19
**forcing** 4:17
**ford's** 6:10
**foregoing** 38:8
**form** 29:7
**forum** 1:13
**forward** 2:18 3:16 11:6 13:3 36:5
**four** 18:12
**fourth** 14:6
**framing** 32:13
**fraudulent** 9:6
**frontline** 34:3
**frumin** 32:16 32:17
**frustrating** 9:11 28:3
**funded** 14:8
**further** 7:21 34:10 36:9,18
**future** 27:24

**g**

**game** 5:5 19:17
**geared** 28:9
**general** 36:23
**genuine** 8:24
**genuinely** 29:24
**getting** 6:19 18:23 33:4,5 34:25
**given** 31:21
**gives** 7:24
**giving** 21:4
**glad** 15:18 25:23
**go** 2:16,17,18 3:9 5:9,14,16 7:9 11:13 13:13 17:24 18:5,5,18,19 19:17 20:9 21:2 22:3 25:9 26:1 33:10
**goal** 22:3
**goes** 5:14
**going** 4:10 5:16 7:4 11:5 12:11 13:15 18:6 19:19 21:18,18 25:11 29:19 31:6
**good** 5:20 19:2 29:14 32:20
**gotten** 32:21,21
**gouge** 18:9 31:2
**gouging** 16:15
**governing** 20:22 22:13
**granting** 14:20
**grateful** 34:7
**great** 4:12 10:10 27:22 28:19 36:4
**greater** 16:5
**guardrails** 25:22
**guess** 16:13,18 19:10 22:6 25:17 31:5

**h**

**hamilton** 6:7
**hand** 3:10
**handled** 34:17
**happening** 10:20 33:2
**happens** 30:10 31:20
**happy** 3:9 32:5 32:20
**head** 6:2
**healthy** 5:24
**hear** 8:7 27:19 31:5 33:1,8,14 33:14 34:3
**heard** 15:1 28:18
**hearing** 34:14 36:15 37:7
**heartbreak** 8:21
**help** 4:13 12:10 13:7
**helpful** 22:21
**henderson** 3:5 7:7 8:3,7,10,11 11:8 12:13 20:4,15 23:18 23:23 32:19 36:11
**henderson's** 29:16
**high** 5:4 14:21
**higher** 4:19 16:17 33:11
**hit** 9:15
**hold** 15:20 30:25
**honestly** 31:10
**hope** 8:6 11:4
**host** 21:18,19
**hotels** 10:16
**housing** 30:5
**hundreds** 18:23,23 28:4
**hypothetical** 6:3

**i**

**idea** 9:13 25:8
**ideally** 31:24
**identifying** 7:22
**illegitimate** 29:2
**immediate** 7:16 15:11
**immediately** 34:2
**implemented** 31:19
**important** 20:5 32:13
**importantly** 8:19
**include** 24:20 27:6,23
**included** 10:7
**includes** 29:1
**including** 14:22 17:7 21:20
**incomes** 6:1
**incorporated** 27:1
**incredible** 20:8 20:11
**indiscernible** 24:20 30:22
**individual** 29:10
**individuals** 9:1 15:23
**industry** 32:1
**inflated** 5:17
**information** 7:23 13:18
**infraction** 28:19
**initial** 12:3,9 20:16,24 22:16 34:19 35:22
**initially** 11:14
**instituting** 15:11
**intended** 31:20
**intent** 26:7
**intention** 21:1 21:3 34:20
**interest** 15:8
**interested** 28:5
**interesting** 5:24
**interfere** 19:7
**international** 33:4
**interpreted** 15:2
**interpreting** 24:9
**interrupt** 11:21
**introduce** 24:1
**introduced** 4:13 8:13 11:15 17:8 26:21 27:2
**investors** 16:22 17:11
**issuance** 20:24 22:15 23:7 35:21
**issue** 6:3,22 10:11 12:17 16:15 20:5 26:25 29:16 35:14
**issues** 9:24 27:4 34:6
**issuing** 22:10
**item** 2:18

**j**

**john** 2:11
**join** 8:5
**july** 2:6 36:22
**jump** 28:4 29:24
**june** 1:16 2:7

**k**

**keep** 12:11
**kind** 20:15
**know** 16:14,18 26:6 27:2,10 27:20 28:7 29:25 30:12 33:13 34:13,18

**l**

**language** 14:9 20:16,19 21:6 22:22 23:10 34:13,23 35:6 35:17
**large** 4:17 17:10 33:4,5
**lastly** 4:8
**late** 15:1
**lately** 10:14
**law** 28:22 31:2
**lawmaker** 8:24
**leader** 8:14
**leave** 31:14
**leaving** 31:13
**legal** 38:24
**legislation** 2:17 9:20,21 11:5 27:3
**legislative** 1:18 2:4,25
**legitimate** 29:2
**license** 4:4
**licensing** 4:5
**likely** 4:24 5:14 5:15 27:4
**limit** 14:23
**limited** 14:22
**line** 9:12
**list** 4:10 19:16
**little** 11:9

**live** 2:21 5:19 7:1 12:3
**local** 22:5,7 34:24
**logged** 13:14
**long** 17:14
**look** 13:5 21:15 22:12 27:5,8 32:2 35:9 36:5 37:1
**looked** 35:6
**looking** 25:10
**looks** 36:22
**losing** 6:12
**lot** 10:13 13:17 13:18 19:5,13 27:16 28:1 34:7
**lots** 9:8 10:15
**luxury** 5:20

**m**

**made** 4:14 5:8 6:24
**main** 7:14
**maintaining** 7:11
**make** 6:16 16:3 19:1,2 22:23 24:8 31:12
**makes** 5:19 6:17 12:15 24:5
**making** 4:6
**managers** 6:4
**manipulated** 6:22
**mark** 5:6
**marked** 14:18
**marker** 32:22
**market** 4:18 6:2 8:22 9:23 9:25 10:23 11:17,18 15:11 15:13,17 16:16 21:4,5 22:4,9 23:4 26:23 34:21 35:16,18 36:7
**marketplace** 12:7 13:22 20:23 22:15 23:7 26:18,25 35:3,21
**markets** 14:22
**massive** 18:15
**material** 16:5
**math** 7:4
**maximum** 20:22 22:14
**mayor** 12:16 13:4 14:20 20:21 21:4,15 22:8 23:3 27:24 29:4 31:22 35:17
**mayor's** 13:10
**mayoral** 7:19 12:25
**mean** 22:3 30:3 30:14 31:21 35:12
**meaning** 21:22
**meant** 12:21 22:19
**measure** 24:1
**meeting** 1:18 2:2,2,4,5 3:1 32:14
**members** 23:21
**mendelson** 2:1 2:12 3:2,7,11 8:9 11:7,17,20 11:23 12:11,21 13:24 14:4,10 16:9,24 17:3 19:25 23:15,20 26:9 32:7,15 32:18 34:9 35:5 36:2,8,14 37:6
**mention** 10:9
**mentioned** 14:13
**merch** 5:16
**middlemen** 4:16
**mindful** 20:13
**mined** 8:1
**mineola** 39:3
**mining** 13:17
**moment** 36:20 36:22
**money** 6:24 30:17 34:16
**monitor** 31:11
**monitoring** 30:19
**month** 2:5
**morning** 15:7
**morning's** 20:25
**move** 2:17 8:6 32:3
**moved** 3:1
**moving** 3:16 7:8
**multiple** 28:8
**musau** 38:7
**music** 4:23 5:19 5:21 8:15
**mwendwa** 38:7

**n**

**n** 38:5
**nadeau** 2:22,23 3:16 7:7 8:3 14:11,12 16:10 17:4,5,12,24 20:4 21:12,24 22:2,11,17 23:23 25:5 28:10,23 30:3

30:11 31:9 32:19
**name** 26:20
**narrows** 7:18 12:18
**necessarily** 31:8
**need** 6:13,16 13:8 20:7
**needed** 29:4
**new** 14:19
**nightmare** 4:15
**non** 2:19
**note** 25:5
**notice** 9:15 28:19
**november** 39:7
**number** 11:19
**numbers** 5:5 26:1
**ny** 39:3

**o**

**o** 38:5
**oag** 26:3
**obtain** 4:4,5
**obviously** 29:7
**offensive** 29:7
**offer** 7:2
**offering** 10:21
**office** 4:2,20 5:2 6:4
**oh** 23:17 34:10
**okay** 12:12 22:18,20 25:4 30:11 36:4
**old** 38:25
**onus** 31:4
**operations** 3:18 6:14
**opposed** 21:4 36:15 37:7
**order** 2:2
**original** 4:11 4:19 10:7 21:2 21:19 24:14 26:2,6
**originally** 8:12
**outside** 18:12
**overall** 10:11 11:5
**oversight** 31:11
**own** 6:19

**p**

**page** 22:25
**paid** 25:3 26:5
**paper** 11:12
**paragraph** 23:2
**parker** 23:16 23:17,22 24:16 24:21,25 25:4 26:12 27:12,19 29:23 30:9,23 32:11
**parking** 27:13 27:14
**part** 21:19 26:11 27:17
**particularly** 20:13
**partnership** 30:6
**pay** 5:17 35:12
**penalize** 22:5,7
**penalty** 28:21
**penultimate** 23:1
**people** 5:10 7:24 10:15 16:16 20:10 25:18 35:1
**period** 1:19 2:4
**permits** 12:5
**person** 25:2
**personal** 7:22 16:21 18:7
**perspective** 8:24 27:7
**pertains** 29:17
**phil** 2:12 19:19
**piece** 10:9
**pinto** 20:1,2 21:9 22:6,13 22:18 23:13,16 34:11,12 35:15 36:4
**place** 6:17 31:14
**platform** 7:19 12:19,20 13:15 21:13,15,22,22 24:18 33:3 34:17 35:23
**platforms** 7:22 18:15 23:6 29:19 30:7,15 31:18
**players** 34:3
**please** 4:3 11:22 21:9
**plus** 12:4
**point** 5:25 10:25
**pointing** 2:6
**policy** 1:13 27:7,9,18
**positive** 16:3
**possession** 3:24
**possible** 13:15
**potentially** 34:22
**powers** 14:20
**practice** 3:22 17:12 36:23
**practices** 7:11
**predatory** 7:10 7:19 14:24
**preserve** 20:8
**preserves** 15:14 23:2
**pressing** 26:25

**pretty** 23:24 32:4
**previous** 23:10
**price** 4:11,20 5:25 6:16 7:15 11:14 12:2,9 13:6,12,19,20 15:15 16:15 18:8 19:3 22:20 24:13,14 24:23 25:10 28:4
**priced** 5:10 9:18
**prices** 5:17 6:21 13:16 14:23 15:13 16:17 22:9,12 29:1,10 33:10
**pricing** 7:23 9:10,16 10:2 14:25 15:19,21 15:22 25:7,8 25:13,16,19 27:6,9,14,16 29:1,8,9,15 32:23
**primary** 9:25 10:6 13:22,25 14:2,21 15:13 21:5 22:4,9 23:4 26:24 35:18
**print** 3:19 4:9 10:7 12:15 14:18 17:6 25:6 28:1 29:3
**prior** 28:24
**probably** 3:6 27:8,20
**problem** 4:14 26:18
**problems** 5:3
**proceedings** 38:9
**profit** 5:4,8 7:4
**profitable** 33:16,22
**profits** 33:5
**prohibited** 3:25
**prohibiting** 13:11
**prohibits** 13:21
**promulgate** 20:22
**proper** 30:22
**properly** 31:12
**protect** 7:8,9
**protecting** 11:1 11:2
**protection** 4:5 13:22 14:17
**protections** 3:20 7:12,21
**proud** 14:14 23:25 34:7
**provide** 7:16 15:20 33:18
**provided** 12:8
**providing** 12:7 20:23 22:14 23:7 35:21
**provision** 14:19 15:2
**provisions** 17:7 27:23 28:16
**public** 3:17 30:7 32:13
**publicly** 6:4
**purchase** 4:22 19:13
**purchasing** 17:15 19:5,12
**purposes** 2:25
**put** 7:3 11:16 13:2 30:17 32:22
**putting** 7:3 25:22 31:4

**q**

**question** 16:13 16:25 19:10 24:11 25:21 28:25 30:24 32:11 34:1
**questions** 20:18 24:2
**queue** 4:21
**quickly** 32:4
**quite** 13:15
**quoted** 26:2

**r**

**r** 38:5
**raised** 12:22 28:7
**rapidly** 15:17
**rationale** 20:19 22:23
**rationalize** 27:9
**reached** 25:24
**read** 20:19
**reading** 15:7 27:22 32:3 35:7 36:6,21 36:22
**real** 22:12
**really** 13:21 32:20 34:20
**reasons** 16:14 29:3 31:21
**recall** 35:12
**receive** 28:18 34:16
**receiving** 35:25
**recognize** 3:4,7
**record** 38:9
**recourse** 4:7
**reflect** 36:24
**reflects** 13:19

**refocus** 36:6
**regardless** 22:9
**regime** 13:3
**register** 18:20 19:6,20 29:19 30:10,12
**registered** 18:24
**registering** 30:2
**regular** 2:2,5
**regularly** 6:5
**regulate** 14:24 21:3,5 22:9 23:3 25:7 27:24 35:18
**regulation** 35:4
**regulatory** 13:3 14:20 30:6 31:16,22
**related** 12:15 12:17 30:24
**relates** 13:10
**relief** 7:16
**reluctant** 32:23
**removes** 10:5
**repeat** 9:21 36:19
**report** 19:11
**required** 4:4
**requirement** 4:9
**requirements** 30:15
**resale** 2:14,19 4:10 8:13,22 10:10 11:16 12:2,7 14:23 23:8 26:20,22
**resell** 24:4,4
**reseller** 9:2
**resellers** 5:5 6:11
**reselling** 4:2 7:15 16:20 17:20 19:6 30:13
**resells** 17:17
**reservations** 15:10 16:1
**residents** 20:9
**respect** 21:7 27:20
**response** 15:13
**responsive** 15:16
**rest** 5:8
**restore** 20:16
**restores** 7:15 11:13
**restricting** 2:20
**results** 5:1
**resumes** 2:15
**retailers** 26:3
**revenue** 33:12 33:21
**ride** 27:15
**right** 3:11,13 4:25 6:8 10:5 12:12 13:14 17:15 18:1,13 22:3,17 24:9 26:19 30:5 31:25 36:2
**ripped** 6:19
**risk** 7:3
**road** 27:15 38:25
**robots** 4:23
**rock** 11:11
**room** 2:10
**round** 34:11
**rulemaking** 7:19 12:25 15:2 29:5 32:25 34:2
**rules** 12:17 20:21,22
**run** 6:13
**running** 28:15

**s**

**sale** 3:25 6:8 10:21 20:24 21:23 22:15 23:8 35:22
**sales** 6:12 14:24
**saying** 22:8 31:2
**says** 20:20 22:13 23:2
**scalpers** 6:25 33:5
**scalping** 2:20 18:11,14
**scanned** 9:3,4
**scene** 5:23
**scissors** 11:12
**scoop** 4:17
**scooping** 4:1 18:16
**search** 4:25
**seats** 5:11
**second** 4:3 5:12 5:17 7:18 15:6 27:22 28:25 32:3 34:11 35:7 36:6,22
**secondary** 4:18 8:22 9:23 11:17,18 12:5 13:25 14:22 15:11 21:3 23:4 26:22 34:20 35:3,16 36:7
**secondhand** 5:2 6:2
**secondly** 12:13
**section** 20:20 24:12 35:2,19
**sections** 6:9 24:3

**see** 5:13 7:9 10:20 13:13 14:2 18:10,15 20:9 22:7,20 27:1 28:3 32:20 35:1 37:1
**seeing** 6:19 10:15
**seems** 21:6 23:24 25:17,24
**sell** 4:25 5:7 18:6,13,19 19:7,16 31:3
**seller** 10:18 24:23
**sellers** 5:2 10:21 25:19 28:12 30:25
**selling** 3:22 16:17 19:18,18 28:12 29:18 30:1 35:23
**send** 34:2
**sense** 23:24 24:5
**service** 12:6 20:23 22:14 35:21
**set** 5:25 6:22 15:9 29:21
**sets** 12:2
**setting** 30:20 33:18
**share** 30:15
**shared** 6:11
**short** 7:14 30:5
**show** 5:11,18 6:5,18 7:3,9 13:13 18:5,18 19:17
**shows** 4:24 5:15 20:10 33:16,16,22
**signature** 38:14
**signed** 8:12
**similar** 15:12
**simple** 6:23
**simply** 28:5
**simultaneously** 3:8
**single** 26:18
**situation** 5:10 24:18
**skyrocketing** 15:12
**slightly** 13:16
**small** 19:13
**smaller** 29:21
**smart** 13:22
**solutions** 38:24
**solve** 4:14 9:20 9:22
**somebody** 17:19 18:11 19:5
**sorry** 9:6 17:13 17:25 23:17
24:11 26:7 29:23 34:11,12
**sort** 10:13 29:20 33:25
**sorts** 28:20
**sounds** 27:25 31:4
**space** 10:21 14:3
**spaces** 27:10
**speak** 26:13 28:21,24
**specific** 12:20 22:12
**specifically** 21:13
**speculative** 3:22 10:11 17:15,15
**spend** 5:12
**spending** 5:14
**spoken** 2:24
**sports** 10:14
**staff** 30:18
**stage** 6:10
**start** 3:15 26:18
**stood** 18:11
**stop** 4:3
**stories** 6:11 8:25
**strategies** 15:22
**strengthen** 14:16
**strikes** 10:5
**strongest** 3:20 7:12
**strongly** 4:8
**stuff** 18:21
**subsection** 20:21
**success** 30:21
**suite** 39:1
**superior** 8:15
**support** 4:8 8:5 11:1,4 20:7
**supporting** 16:7
**supposed** 9:13
**supposedly** 26:10
**sure** 4:6 11:11 12:1 17:5 19:1 21:10 22:23 24:8 31:12 33:15 35:14
**surety** 4:6 18:25
**surveillance** 7:23 13:12 15:19,22 29:8 29:15
**suspect** 3:3
**suspension** 28:20

**swaths** 4:17

**t**

**t** 38:5,5
**tack** 22:19
**tackle** 15:21 29:4
**tailored** 29:10
**take** 13:5 21:15 27:15 30:21 33:3 35:8
**taken** 27:15
**talk** 32:5
**talked** 6:4,7 12:14
**talking** 24:7 29:9 35:3,19
**targeting** 28:11
**taxes** 9:15
**team** 3:16
**teams** 8:4
**technology** 4:16
**tell** 9:5 28:2
**tens** 6:12
**term** 30:5
**terms** 13:2,3
**testimony** 28:1 33:1
**thank** 2:23 3:2 3:13 8:2,8,9,11 11:6 14:12 16:8,9,12 19:22,25 20:2 20:3 22:20 23:13,15,19,22 26:14 32:7,8 32:14,15,17,18 34:9 36:7
**thanking** 3:15
**thanks** 19:24
**theater** 5:20 6:11
**theatergoers** 3:21 7:17
**theaters** 6:10
**thing** 4:12 5:20 10:10 19:14 28:6
**things** 9:8,16 9:21,22 10:3,8 10:17 25:5 26:17 27:5
**think** 10:4,25 12:13 13:21 17:23 22:2 23:25 26:25 27:7 29:14 30:3 31:9,15 32:4,13,19 33:1,2,25 34:7
**thinking** 35:11
**third** 1:18 5:19 7:21
**thirty** 1:18
**thousands** 6:13 28:13
**three** 7:14 22:25
**threshold** 29:22
**thrive** 8:17
**thriving** 5:23
**throw** 27:21
**ticket** 1:13 4:10 4:14,22 5:12 6:12,21 9:3,6 9:13,19 10:18 11:16 12:4,5,8 12:9 14:23 18:9 20:24 22:10,16,20 24:4,6,14,23 25:2 30:25 34:16 35:13,22 35:24
**ticketmaster** 9:12 25:20 26:3 31:1
**tickets** 3:23,23 3:24 4:2,7,17 4:18,25 5:6,9 5:11,25 6:6,8 7:16 8:21 9:1 10:12,16,22 12:2 16:16,20 16:21 17:16,19 17:20 18:4,6 18:12,16,19,23 19:5,12,13,16 23:8 25:9 28:13 29:18 30:1 33:10
**tidy** 5:8
**time** 2:8 10:1 25:10 26:8,11 26:15 31:25
**time's** 36:3
**times** 4:19 28:8
**tips** 31:13
**tired** 6:19
**title** 15:25
**today** 2:6,25 6:23 7:7,8 10:4 15:5 20:12 30:4 32:4 34:6
**today's** 9:7
**together** 31:17 36:13 37:5
**toll** 27:15
**ton** 6:24
**top** 5:1
**topic** 6:21
**total** 12:3,9
**touch** 9:25 25:25
**tour** 6:18
**towards** 28:10
**transcript** 38:8
**transparency** 4:12
**transportation** 29:17
**trayon** 16:10

**tricks** 31:14
**trigger** 19:10
**true** 38:8
**try** 4:13 32:4 36:6
**trying** 15:3 17:21 18:13 25:6 27:3 29:24
**turn** 21:11
**turns** 6:2
**tweaking** 32:2
**tweaks** 15:9
**two** 17:22 18:4 18:12 19:8 25:4 35:8
**type** 18:21
**types** 27:4,5

**u**

**uber** 27:15
**unanimously** 36:16 37:8
**unanticipated** 34:22
**underlying** 17:8 24:1 26:7
**understand** 15:7 22:24 29:25 33:9
**understanding** 6:25 20:25 36:1
**unnecessary** 8:20
**unused** 5:9
**upfront** 9:17
**upsell** 24:3 26:4
**urge** 35:5
**use** 4:16 7:22 14:24 18:4 27:8,13,16
**used** 18:11 30:4

**v**

**v** 1:13
**value** 7:2
**values** 7:25
**vary** 29:2
**venue** 7:2 9:2,5 12:19 18:12 21:14,17,20 24:22
**venues** 5:24 7:10 8:17,20 11:2 12:22 20:8,11 25:14 33:6,9,15,15 34:14,24 35:25
**veritext** 38:24
**version** 11:15 12:16
**victor** 38:7
**vip** 6:9
**vote** 36:9

**w**

**walk** 28:8
**want** 3:14 7:9 8:2,17 10:9 11:25 16:24 18:5,19 22:23 24:8,19 27:8 28:8 32:22 33:1,8,9,14,14 33:20 34:1,3
**wanted** 13:8,13 21:25 28:6 35:1
**way** 13:8,9 22:4 24:9 25:14 30:25 35:13
**ways** 27:17
**we've** 32:20,21 35:9
**website** 21:23
**week** 14:19 15:1 19:18 36:25
**weeks** 35:8
**white** 16:11,12 17:1,9,18 19:9 19:22
**wilson** 2:11
**word** 17:14
**work** 7:1 8:22 14:15 15:6 30:21
**worked** 34:8,13
**working** 8:4 13:8 20:4 31:17 34:18 36:5
**works** 3:17 18:14 23:25
**world** 10:14 20:7,11
**worried** 12:23
**wrangling** 31:6

**y**

**yeah** 17:18,24 21:9 28:23
**year** 13:5 19:16
**years** 29:5
**yep** 12:11 24:24