# Attachment B

Case No. 1:26-cv-03577

Ticket Policy Forum, Inc., et al. v. District of Columbia

July 14, 2026

Thirty-Fifth (Additional) Legislative Meeting of the D.C. Council Period 26

CHAIRMAN MENDELSON: I'm calling to order this meeting. This is the 35th legislative meeting of Council Period 26. I'm Phil Mendelson, Chair of the Council, and the Chair of the Council of the District of Columbia.

And today is Tuesday, July 14, 2026. The time is 2:40 in the afternoon. We are in Room 500 of the Council Chambers of the John A. Wilson Building.

This meeting is being broadcast on Cable Channel 13, as well as on the council's website, www.dccouncil.gov.

This is an additional meeting, meaning it's not a regularly scheduled meeting of the Council.

[The discussion of the RESALE Act resumes at 8:44]

We have a final reading on the RESALE Act, Bill 26-224. The technical name is Restricting Egregious Scalping Against Live Entertainment Amendment Act of 2026. Councilmember Nadeau.

COUNCILMEMBER NADEAU: So moved, Mr. Chairman.

CHAIRMAN MENDELSON: I have a note that

Councilmember Pinto has an amendment, and then Councilmembers Allen, Henderson, and Nadeau. Councilmember Pinto?

COUNCILMEMBER PINTO: Thank you, Mr. Chairman. And thank you, Councilmember Allen, for introducing this bill, and Councilmember Nadeau, for moving it forward through committee.

I'm introducing a simple amendment today that just strikes the provision allowing the mayor to regulate ticket fees in the primary market.

Our local District venues have been very clear that these fees are not incidental. They are part of the core business model that artists and promoters rely on when deciding where to book events. And the fees generally go to our local venues.

Many venues make contracts with their ticketing platforms that are three years long. And that allows them to get an advance of the money that will be made, so they can continue to maintain their venues, which is so important to our entire economy and our culture here in Washington D.C.

Adding this type of uncertainty about

the mayoral rulings around fees will make it much more difficult for District venues to finalize these type of contracts and receive the money that they need to stay open.

No other jurisdiction in the nation regulates the primary market for tickets in this way. If D.C. is the only one, artists and promoters will simply root around it and will see talent go elsewhere.

We must refocus this bill on the original intent, which is to ensure that consumers are protected from egregious price gouging in the secondary market. And instead, that dollars are put back into our local economy.

So I ask for my colleagues to support this amendment today. Thank you.

CHAIRMAN MENDELSON: Further discussion on the amendment?

COUNCILMEMBER PARKER: Mr. Chairman.

CHAIRMAN MENDELSON: Councilmember Parker.

COUNCILMEMBER PARKER: Thank you. I will acknowledge, I'm going to operate in the nuance of it. I, too, appreciate the underlying bill and appreciate what I believe Councilmember

Pinto is attempting to do with this amendment.

I am concerned, though, that by the amendment removing the authority to cap fees in the primary ticket market, while leaving restrictions on the secondary market, which I believe we should be doing, it creates an uneven regulatory framework that only empowers the giants in the primary market, who are often Ticketmaster and Live Nation.

And I would point out that those market dynamics are already the subject of litigation brought by the U.S. Department of Justice and numerous state attorneys generals, including our own.

And so I recognize the concern that many of our concert venues have expressed. That by undermining their ability to charge fees in a reasonable way, hurts their bottom line. None of us want to do that.

But I would remind us all that the Department of Justice's documentation says Live Nation charges or was found to have charged up to 44% in fees and taxes of the ticket price.

Now, we can argue what is reasonable if we're talking $1, $2, $5, even $10. But I think

we would all agree that for the argument, that we shouldn't regulate the primary market, we would turn a blind eye to Ticketmaster gouging and taking advantage of residents.

My concern, again, is that by approving or supporting this amendment, by extension, that's what we're doing.

I will leave it there. I get what the underlying bill is attempting to do. I support it. I think we should regulate the secondary market in order to support our artists and our venues.

I think we should also take on Ticketmaster and Live Nation, which operate as unchecked monopolies in many ways.

And the argument will be made, I'm sure, that, oh, let's let the legal system play out. But again, what is the harm of saying, within reason, you can charge a service fee or tax, but just not 30%, just not 40%. That seems reasonable to me.

And to just say, "Oh, let the courts handle it," seems as though we're missing an opportunity to protect our residents. Thank you, Mr. Chairman.

CHAIRMAN MENDELSON: Thank you. If there's no further discussion, we have the amendment before us. All those in favor of the amendment say aye.

TOGETHER: Aye.

CHAIRMAN MENDELSON: Are there any opposed?

COUNCILMEMBER NADEAU: Mr. Chairman, please record me as voting no.

COUNCILMEMBER PARKER: Mr. Chairman, please record me as no.

CHAIRMAN MENDELSON: Record you as?

COUNCILMEMBER PARKER: No.

CHAIRMAN MENDELSON: The ayes have it. We have a second amendment that was circulated by Councilmembers Allen, Henderson, and Nadeau. Not sure who to call on. It was circulated by Councilmember Allen's office, I'll call on you.

COUNCILMEMBER Allen: Thank you, Mr. Chairman. I'm moving this amendment today alongside my colleagues, Councilmembers Henderson and Nadeau.

At the council's legislative meeting on June 30th, we unanimously approved an amendment that, among other provisions, would ban the

practice of surveillance pricing within the context of selling concert tickets here in the District.

For those of you that are unfamiliar with the practice, surveillance pricing is the practice of using personally identifiable information, usually acquired through the use of data mining, brokering, or looking at individuals' purchase history with the specific company, to price a product to an individual consumer.

In short, if all of us were going to be purchasing the same ticket to the same concert, we might all get different prices.

In essence, surveillance pricing leads to two different consumers getting two different prices for the exact same thing.

It's fundamentally unfair. And I'm looking forward to the Council taking up this issue later this fall in legislation that Councilor Henderson has introduced. It would ban surveillance pricing economy-wide.

Between first and second reading, concerns were raised around whether the general prohibition on surveillance pricing would

prohibit the use of personally identifiable information to offer discounts to active or retired military or seniors, for example, for promotional offers.

We agree, personally identifiable information can and should be used to offer reductions in prices or fees.

With that in mind, this amendment was crafted to clarify that the broad surveillance pricing prohibition for live events in the District does not apply to reductions in prices or fees that are, one, set based on publicly available eligibility criteria that any consumer can satisfy on equal terms.

Two, provided to members of a broadly defined group, such as teachers, active or retired military, senior citizens, or students. Or three, provided to recipients of a publicly established need-based program.

This amendment also clarifies any reduction in the price or fees for a ticket must be specified in terms and eligibility that are clearly and conspicuously disclosed, and not provided to the consumer based on the use of surveillance pricing.

Lastly, the amendment clarifies the use of location data to determine jurisdiction-specific requirements, like calculating taxes, is also not prohibited.

Lastly, I want to thank the staff at the Office of the Attorney General, American Economic Liberties Project, the Future of Music Coalition, and the District's professional sports teams for feedback and guidance with this amendment.

Thank you, Mr. Chairman. I move the amendment. Ask for my colleague's support.

CHAIRMAN MENDELSON: We have the amendment before us. Is there discussion? The vote will be on the amendment. This is the one circulated by Councilmembers Allen, Henderson, and Nadeau. All those in favor, say aye.

TOGETHER: Aye.

CHAIRMAN MENDELSON: Are there any opposed? Hearing none, the ayes have it unanimously. We have the bill as amended. Is there further discussion? Councilmember Allen -- Councilmember Pinto, are you asking to be recognized? Councilmember Allen?

COUNCILMEMBER Allen: Thank you very

much, Mr. Chairman. As we get set to vote on final passage of the RESALE Act, I am very excited, because we are about to put into place the strongest consumer protections for our residents and our live performance industry.

I feel confident in saying this. This is without a doubt the most pro-fan, pro-consumer piece of legislation in the country. There is so much money being made in scooping up tickets and reselling them for a lot, lot more.

It has become so pervasive, just so expected that we don't even realize how badly we're all being ripped off. It all largely looks the same coming out of a Google Search, or going on StubHub, or SeatGeek, or Vivid Seats, or any of the dozens of other platforms that have popped up.

They are all reselling tickets. As we saw last week, they're heavily involved in procuring those tickets and acting as the scalper as well.

The whole system is rigged against our residents, our artists, and our venues. And the shameful rush to wring as much money out of all of us, turning art, and culture, and the special

collective experience of watching a live show together into a luxury good.

It does not, and it should not be this way. This law does a few important things all at once. It puts a 10% price cap on how much a ticket can be marked up above face value.

This is key, because we are taking away significant profits from scalpers while still ensuring people can sell a ticket that they can't use.

It bans speculative ticket sales. It will soon be illegal to sell a ticket that you don't actually have. It requires high-volume scalpers to register with the city and carry a significant bond that ensures consumers can be made whole.

It requires all-in pricing, that includes fees, taxes, and the cost of ticket upfront. No more selecting tickets then being surprised at how much the price has increased from when you selected your seat to when you're about to put your credit card information at checkout.

All of this levels the playing field for music and theater fans. It will make the

District venues more attractive places to book a show because musicians and showrunners don't want to see their own fans ripped off.

I am very, very grateful to my colleagues for the collaboration to get to this point today. Especially Councilmember Nadeau and her staff for moving this bill through her committee. Councilmember Henderson and her staff for being such a strong partner throughout this.

I want to thank the hard work of our many local venues, artists, and theaters, especially IMP, who called this out as a problem and worked hard to get a solution that protects our residents and their customers.

I also want to thank the staff at the Office of the Attorney General for their continued guidance and feedback.

I want to express my gratitude to the Washington Nationals and Monumental Sports for their perspectives and feedback, as we move this legislation to make sure it was appropriately targeted. And I'm appreciative of the partnership they had.

So, thank you, Mr. Chairman, and I'm excited for the vote we're about to take.

CHAIRMAN MENDELSON: Thank you, Councilmember Allen. If there is no further discussion, the vote is on Bill 26-224 as amended. All those in favor, say aye.

TOGETHER: Aye.

CHAIRMAN MENDELSON: Are there any opposed? Hearing none, the ayes have it unanimously.

C E R T I F I C A T I O N

I, Victor Mwendwa Musau, certify that the foregoing transcript is a true and accurate record of the proceedings.

_______________________________________

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: November 15, 2026

**0**

**03577** 1:11

**1**

**1** 5:25
**10** 5:25 12:5
**11501** 15:22
**13** 2:11
**14** 1:16 2:6
**15** 15:24
**1:26** 1:11

**2**

**2** 5:25
**2026** 1:16 2:6 2:21 15:24
**26** 1:19 2:3
**26-224** 2:19 14:3
**28661** 15:9
**2:40** 2:7

**3**

**30** 6:20
**300** 15:21
**30th** 7:24
**330** 15:20
**35th** 2:2

**4**

**40** 6:20
**44** 5:23

**5**

**5** 5:25
**500** 2:8

**8**

**8:44** 2:17

**a**

**ability** 5:17
**above** 12:6
**accurate** 15:3
**acknowledge** 4:23
**acquired** 8:7
**act** 2:16,19,21 11:2
**acting** 11:20
**active** 9:2,16
**actually** 12:13
**adding** 3:25
**additional** 1:18 2:13
**advance** 3:20
**advantage** 6:4
**afternoon** 2:7
**agree** 6:1 9:5
**al** 1:13
**allen** 3:2,5 7:16 7:19 10:16,22 10:24,25 14:2
**allen's** 7:18
**allowing** 3:9
**allows** 3:20
**alongside** 7:21
**amended** 10:21 14:4
**amendment** 2:21 3:1,8 4:16 4:18 5:1,3 6:6 7:3,4,15,20,24 9:8,20 10:1,10 10:12,14,15
**american** 10:6
**apply** 9:11
**appreciate** 4:24 4:25
**appreciative** 13:22
**appropriately** 13:21
**approved** 7:24
**approving** 6:5
**argue** 5:24
**argument** 6:1 6:16
**art** 11:25
**artists** 3:15 4:7 6:11 11:23 13:11
**asking** 10:23
**attempting** 5:1 6:9
**attorney** 10:6 13:16
**attorneys** 5:13
**attractive** 13:1
**authority** 5:3
**available** 9:13
**aye** 7:4,5 10:17 10:18 14:4,5
**ayes** 7:14 10:20 14:7

**b**

**back** 4:14
**badly** 11:12
**ban** 7:25 8:21
**bans** 12:11
**based** 9:12,19 9:24
**believe** 4:25 5:6
**bill** 2:19 3:6 4:10,25 6:9 10:21 13:7 14:3
**blind** 6:3
**bond** 12:15
**book** 3:16 13:1
**bottom** 5:18
**broad** 9:9
**broadcast** 2:10
**broadly** 9:15
**brokering** 8:8
**brought** 5:12
**building** 2:9
**business** 3:14

**c**

**c** 14:25,25
**cable** 2:11
**calculating** 10:3
**call** 7:17,18
**called** 13:12

**calling** 2:1
**cap** 5:3 12:5
**card** 12:22
**carry** 12:14
**case** 1:11
**certify** 15:2
**chair** 2:4,4
**chairman** 2:1 2:24,25 3:5 4:17,19,20 6:25 7:1,6,8,10 7:12,14,20 10:11,13,19 11:1 13:24 14:1,6
**chambers** 2:8
**channel** 2:11
**charge** 5:17 6:19
**charged** 5:22
**charges** 5:22
**checkout** 12:23
**circulated** 7:15 7:17 10:16
**citizens** 9:17
**city** 12:14
**clarifies** 9:20 10:1
**clarify** 9:9
**clear** 3:13
**clearly** 9:23
**coalition** 10:8
**collaboration** 13:5
**colleague's** 10:12
**colleagues** 4:15 7:21 13:5
**collective** 12:1
**columbia** 1:14 2:5
**coming** 11:14
**committee** 3:7 13:8
**company** 8:10
**concern** 5:15 6:5
**concerned** 5:2
**concerns** 8:24
**concert** 5:16 8:2,13
**confident** 11:6
**conspicuously** 9:23
**consumer** 8:11 9:13,24 11:4,7
**consumers** 4:12 8:16 12:15
**context** 8:2
**continue** 3:21
**continued** 13:17
**contracts** 3:18 4:3
**core** 3:14
**cost** 12:18
**council** 1:19 2:3,4,5,8,15 8:19
**council's** 2:11 7:23
**councilmember** 2:22,23 3:1,3,4 3:5,6 4:19,20 4:22,25 7:8,10 7:13,18,19 10:22,23,24,25 13:6,8 14:2
**councilmemb...** 3:2 7:16,21 10:16
**councilor** 8:21
**country** 11:8 15:20
**courts** 6:22
**crafted** 9:9
**creates** 5:6
**credit** 12:22
**criteria** 9:13
**culture** 3:23 11:25
**customers** 13:14
**cv** 1:11

**d**

**d.c.** 1:19 3:24 4:7
**data** 8:8 10:2
**date** 15:24
**deciding** 3:15
**defined** 9:16
**department** 5:12,21
**determine** 10:2
**different** 8:14 8:16,16
**difficult** 4:2
**disclosed** 9:23
**discounts** 9:2
**discussion** 2:16 4:17 7:2 10:14 10:22 14:3
**district** 1:13 2:5 3:12 4:2 8:3 9:11 13:1
**district's** 10:8
**documentation** 5:21
**doing** 5:6 6:7
**dollars** 4:14
**doubt** 11:7
**dozens** 11:16
**dynamics** 5:11

**e**

**e** 14:25
**economic** 10:7
**economy** 3:23 4:14 8:22
**egregious** 2:20 4:12
**eligibility** 9:13 9:22

**empowers** 5:7
**ensure** 4:11
**ensures** 12:15
**ensuring** 12:9
**entertainment** 2:21
**entire** 3:23
**equal** 9:14
**especially** 13:6 13:12
**essence** 8:15
**established** 9:19
**et** 1:13
**events** 3:16 9:10
**exact** 8:17
**example** 9:3
**excited** 11:3 13:25
**expected** 11:12
**experience** 12:1
**express** 13:18
**expressed** 5:16
**extension** 6:6
**eye** 6:3

**f**

**f** 14:25
**face** 12:6
**fall** 8:20
**fan** 11:7
**fans** 12:25 13:3
**favor** 7:3 10:17 14:4
**fee** 6:19
**feedback** 10:9 13:17,20
**feel** 11:6
**fees** 3:10,13,16 4:1 5:3,17,23 9:7,12,21 12:18
**field** 12:24
**fifth** 1:18
**final** 2:18 11:2
**finalize** 4:2
**first** 8:23
**foregoing** 15:3
**forum** 1:13
**forward** 3:7 8:19
**found** 5:22
**framework** 5:7
**fundamentally** 8:18
**further** 4:17 7:2 10:22 14:2
**future** 10:7

**g**

**general** 8:24 10:6 13:16
**generally** 3:16
**generals** 5:13
**getting** 8:16
**giants** 5:8
**go** 3:16 4:9
**going** 4:23 8:12 11:14
**good** 12:2
**google** 11:14
**gouging** 4:13 6:3
**grateful** 13:4
**gratitude** 13:18
**group** 9:16
**guidance** 10:9 13:17

**h**

**handle** 6:23
**hard** 13:10,13
**harm** 6:18
**hearing** 10:20 14:7
**heavily** 11:19
**henderson** 3:2 7:16,21 8:21 10:16 13:8
**high** 12:13
**history** 8:9
**hurts** 5:18

**i**

**identifiable** 8:6 9:1,5
**illegal** 12:12
**imp** 13:12
**important** 3:22 12:4
**incidental** 3:13
**includes** 12:18
**including** 5:13
**increased** 12:20
**individual** 8:10
**individuals** 8:9
**industry** 11:5
**information** 8:7 9:2,6 12:22
**intent** 4:11
**introduced** 8:21
**introducing** 3:6 3:8
**involved** 11:19
**issue** 8:20

**j**

**john** 2:8
**july** 1:16 2:6
**june** 7:24
**jurisdiction** 4:5 10:2
**justice** 5:12
**justice's** 5:21

**k**

**key** 12:7

**l**

**largely** 11:13
**lastly** 10:1,5
**law** 12:4

**leads** 8:15
**leave** 6:8
**leaving** 5:4
**legal** 6:17 15:19
**legislation** 8:20 11:8 13:21
**legislative** 1:18 2:2 7:23
**levels** 12:24
**liberties** 10:7
**line** 5:18
**litigation** 5:11
**live** 2:20 5:9,21 6:14 9:10 11:5 12:1
**local** 3:12,17 4:14 13:11
**location** 10:2
**long** 3:19
**looking** 8:8,19
**looks** 11:13
**lot** 11:10,10
**luxury** 12:2

**m**

**made** 3:21 6:16 11:9 12:16
**maintain** 3:22
**make** 3:18 4:1 12:25 13:21
**marked** 12:6
**market** 3:11 4:6,13 5:4,5,8 5:10 6:2,11
**mayor** 3:10
**mayoral** 4:1
**meaning** 2:13
**meeting** 1:18 2:2,3,10,13,14 7:23
**members** 9:15
**mendelson** 2:1 2:4,25 4:17,20 7:1,6,12,14 10:13,19 14:1 14:6
**military** 9:3,17
**mind** 9:8
**mineola** 15:22
**mining** 8:8
**missing** 6:23
**model** 3:14
**money** 3:21 4:3 11:9,24
**monopolies** 6:15
**monumental** 13:19
**move** 10:11 13:20
**moved** 2:23
**moving** 3:7 7:20 13:7
**musau** 15:2
**music** 10:7 12:25
**musicians** 13:2
**mwendwa** 15:2

**n**

**n** 14:25
**nadeau** 2:22,23 3:2,7 7:8,16,22 10:17 13:6
**name** 2:19
**nation** 4:5 5:9 5:22 6:14
**nationals** 13:19
**need** 4:4 9:19
**note** 2:25
**november** 15:24
**nuance** 4:24
**numerous** 5:13
**ny** 15:22

**o**

**o** 14:25
**offer** 9:2,6
**offers** 9:4
**office** 7:18 10:6 13:16
**oh** 6:17,22
**old** 15:20
**once** 12:5
**open** 4:4
**operate** 4:23 6:14
**opportunity** 6:24
**opposed** 7:7 10:20 14:7
**order** 2:2 6:11
**original** 4:11
**own** 5:14 13:3

**p**

**parker** 4:19,21 4:22 7:10,13
**part** 3:14
**partner** 13:9
**partnership** 13:23
**passage** 11:2
**people** 12:9
**performance** 11:5
**period** 1:19 2:3
**personally** 8:6 9:1,5
**perspectives** 13:20
**pervasive** 11:11
**phil** 2:3
**piece** 11:8
**pinto** 3:1,3,4 5:1 10:23
**place** 11:3
**places** 13:1
**platforms** 3:19 11:16
**play** 6:17

**playing** 12:24
**please** 7:9,11
**point** 5:10 13:6
**policy** 1:13
**popped** 11:16
**practice** 8:1,5,6
**price** 4:12 5:23 8:10 9:21 12:5 12:20
**prices** 8:14,17 9:7,11
**pricing** 8:1,5 8:15,22,25 9:10,25 12:17
**primary** 3:10 4:6 5:4,8 6:2
**pro** 11:7,7
**problem** 13:12
**proceedings** 15:4
**procuring** 11:20
**product** 8:10
**professional** 10:8
**profits** 12:8
**program** 9:19
**prohibit** 9:1
**prohibited** 10:4
**prohibition** 8:25 9:10
**project** 10:7
**promoters** 3:15 4:8
**promotional** 9:4
**protect** 6:24
**protected** 4:12
**protections** 11:4
**protects** 13:13
**provided** 9:15 9:18,24
**provision** 3:9
**provisions** 7:25
**publicly** 9:12 9:18
**purchase** 8:9
**purchasing** 8:13
**put** 4:14 11:3 12:22
**puts** 12:5

**r**

**r** 14:25
**raised** 8:24
**reading** 2:18 8:23
**realize** 11:12
**reason** 6:19
**reasonable** 5:18,24 6:21
**receive** 4:3
**recipients** 9:18
**recognize** 5:15
**recognized** 10:24
**record** 7:9,11 7:12 15:4
**reduction** 9:21
**reductions** 9:7 9:11
**refocus** 4:10
**register** 12:14
**regularly** 2:14
**regulate** 3:10 6:2,10
**regulates** 4:6
**regulatory** 5:7
**rely** 3:15
**remind** 5:20
**removing** 5:3
**requirements** 10:3
**requires** 12:13 12:17
**resale** 2:16,18 11:2
**reselling** 11:10 11:18
**residents** 6:4 6:24 11:5,23 13:14
**restricting** 2:20
**restrictions** 5:5
**resumes** 2:17
**retired** 9:3,17
**rigged** 11:22
**ripped** 11:13 13:3
**road** 15:20
**room** 2:8
**root** 4:8
**rulings** 4:1
**rush** 11:24

**s**

**sales** 12:11
**satisfy** 9:14
**saw** 11:19
**saying** 6:18 11:6
**says** 5:21
**scalper** 11:20
**scalpers** 12:8 12:14
**scalping** 2:20
**scheduled** 2:14
**scooping** 11:9
**search** 11:14
**seat** 12:21
**seatgeek** 11:15
**seats** 11:15
**second** 7:15 8:23
**secondary** 4:13 5:5 6:10
**see** 4:8 13:3
**seems** 6:20,23
**selected** 12:21
**selecting** 12:19
**sell** 12:9,12
**selling** 8:2

**senior** 9:17
**seniors** 9:3
**service** 6:19
**set** 9:12 11:1
**shameful** 11:24
**short** 8:12
**show** 12:1 13:2
**showrunners** 13:2
**signature** 15:9
**significant** 12:8 12:15
**simple** 3:8
**simply** 4:8
**solution** 13:13
**solutions** 15:19
**soon** 12:12
**special** 11:25
**specific** 8:9 10:3
**specified** 9:22
**speculative** 12:11
**sports** 10:8 13:19
**staff** 10:5 13:7 13:8,15
**state** 5:13
**stay** 4:4
**strikes** 3:9
**strong** 13:9
**strongest** 11:4
**stubhub** 11:15
**students** 9:17
**subject** 5:11
**suite** 15:21
**support** 4:15 6:9,11 10:12
**supporting** 6:6
**sure** 6:17 7:17 13:21
**surprised** 12:20
**surveillance** 8:1,5,15,22,25 9:9,25
**system** 6:17 11:22

**t**

**t** 14:25,25
**take** 6:13 13:25
**talent** 4:9
**talking** 5:25
**targeted** 13:22
**tax** 6:20
**taxes** 5:23 10:3 12:18
**teachers** 9:16
**teams** 10:9
**technical** 2:19
**terms** 9:14,22
**thank** 3:4,5 4:16,22 6:24 7:1,19 10:5,11 10:25 13:10,15 13:24 14:1
**theater** 12:25
**theaters** 13:11
**thing** 8:17
**things** 12:4
**think** 5:25 6:10 6:13
**thirty** 1:18
**three** 3:19 9:18
**ticket** 1:13 3:10 5:4,23 8:13 9:21 12:6,9,11 12:12,18
**ticketing** 3:19
**ticketmaster** 5:9 6:3,14
**tickets** 4:6 8:2 11:9,18,20 12:19
**time** 2:7
**today** 2:6 3:9 4:16 7:20 13:6
**together** 7:5 10:18 12:2 14:5
**transcript** 15:3
**true** 15:3
**tuesday** 2:6
**turn** 6:3
**turning** 11:25
**two** 8:16,16 9:15
**type** 3:25 4:3

**u**

**u.s.** 5:12
**unanimously** 7:24 10:21 14:8
**uncertainty** 3:25
**unchecked** 6:15
**underlying** 4:24 6:9
**undermining** 5:17
**uneven** 5:6
**unfair** 8:18
**unfamiliar** 8:4
**upfront** 12:19
**use** 8:7 9:1,24 10:1 12:10
**used** 9:6
**using** 8:6
**usually** 8:7

**v**

**v** 1:13
**value** 12:6
**venues** 3:12,17 3:18,22 4:2 5:16 6:12 11:23 13:1,11
**veritext** 15:19
**victor** 15:2
**vivid** 11:15
**volume** 12:13

**vote** 10:15 11:1 13:25 14:3
**voting** 7:9

**w**

**want** 5:19 10:5 13:2,10,15,18
**washington** 3:24 13:19
**watching** 12:1
**way** 4:7 5:18 12:4
**ways** 6:15
**website** 2:12
**week** 11:19
**wide** 8:22
**wilson** 2:9
**work** 13:10
**worked** 13:13
**wring** 11:24
**www.dccoun...** 2:12

**y**

**years** 3:19